## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Tzuhsin Yang a/k/a Christine Yang,<br><br>                                  Plaintiff,<br><br>v.<br><br>Peony Lin, an individual, and<br>Jane Doe, an unknown individual,<br><br>                                Defendants. | Civil Action No. 2:19-cv-08534-ES-MAH<br><br>**NOTICE OF MOTION<br>FOR *PRO HAC VICE* ADMISSION<br>OF TOMASZ R. BARCZYK, ESQ,<br>and JEFFREY M. ROSENFELD,<br>ESQ.** |

**TO:**   **Arla D. Cahill**
        Madelbaum Salsburg, P.C.
        3 Becker Farm Road
        Roseland, NJ 07068
        *Attorneys for Defendant, Peony Lin*

**PLEASE TAKE NOTICE** that on May 6, 2019, Plaintiff, Tzuhsin (Christine) Yang ("Plaintiff"), by and through her attorneys, Trimboli and Prusinowski, LLC, will move before the United States District Court, District of New Jersey, for an Order granting admission *pro hac vice* to Tomasz R. Barczyk, Esq. and Jeffrey M. Rosenfeld, Esq., each of the law firm of Kronenberger Rosenfeld, LLP.

1

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiff will rely upon the Affidavits of Tomasz R. Barczyk, Esq. and Jeffrey M. Rosenfeld, Esq., that accompany this Notice.

Dated: April 11, 2019

                                                     James T. Prusinowski (0729)
jprusinowski@trimprulaw.com
**TRIMBOLI & PRUSINOWSKI, LLC**
268 South Street
Morristown, NJ 07960
Tel: 973-660-1095
Fax: 973-349-1307
*Attorneys for Plaintiff Tzuhsin (Christine) Yang*