# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Tzuhsin Yang a/k/a Christine Yang,<br><br>                          Plaintiff,<br><br>    v.<br><br>Peony Lin, an individual, and<br>Jane Doe, an unknown individual,<br><br>                        Defendants. | Civil Action No. 2:19-cv-08534-ES-MAH<br><br>**AFFIDAVIT OF<br>TOMASZ R. BARCZYK, ESQ.** |

STATE OF CALIFORNIA       )
                                       ) ss.
COUNTY OF SAN FRANCISCO )

    I, TOMASZ R. BARCZYK, ESQ., of full age, being duly sworn according to law, upon his oath, states:

    1.    I am an attorney at law licensed to practice in the State of California and the State of Illinois and am counsel for Plaintiff Tzuhsin (Christine) Yang in the above captioned matter.

    2.    I am a resident of the State of California.

    3.    I am a member of the law firm of Kronenberger Rosenfeld, LLP, with an office address of 150 Post St., Suite 520, San Francisco, CA 94108, (415) 955-1155, email: tomasz@krinternetlaw.com.

4. I am not regularly engaged in business or professional activities in the State of New Jersey. I have had no other temporary admissions in the State of New Jersey in the past five years.

5. I submit this certification in support of my application for admission to this Court *pro hac vice*, pursuant to Local Civil Rule 101.1(c), for this matter.

6. I am in compliance with all of the requirements set forth under Local Civil Rule 101.1(c) for admission *pro hac vice*.

7. I am licensed to practice in the State of California and was licensed on December 9, 2016. My attorney registration number is 312620. I am a member of the Bar in good standing in the State of California. The name and address of the office maintaining the roll of California Bar members is: The State Bar of California, 180 Howard Street, San Francisco, CA 94105. Attached hereto as Exhibit 1 is a true and accurate copy of my Certificate of Good Standing in California.

8. I am also licensed to practice in the State of Illinois and was licensed on February 8, 2018. My attorney registration number is 6326568. I am a member of the Bar in good standing in the State of Illinois. The name and address of the office maintaining the roll of Illinois Bar members is: Attorney Registration & Disciplinary Commission of the Supreme Court of Illinois, One Prudential Plaza, 130 East Randolph Drive, Suite 1500, Chicago, IL 60601-6219. Attached hereto as Exhibit 2 is a true and accurate copy of my Certificate of Good Standing in Illinois.

9. I am also licensed to practice before the United States District Court for the Central District of California, the United States District Court for the Southern District of California, the United States District Court for the Eastern District of California, and the United States District Court for the Northern District of California.

10. I have never been suspended, disbarred, or resigned as a result of any disciplinary charge, investigation, or proceeding from the practice of law in any jurisdiction.

11. There are no disciplinary proceedings pending against me in any jurisdiction.

12. Upon admission to appear *pro hac vice,* I will forthwith make payment in the amount of $150 payable to the Clerk, U.S. District Court in accordance with Local Civil Rule 101.1(c)(3).

13. Pursuant to Local Civil Rule 101.1, upon admission to appear *pro hac vice,* I will submit a signed copy of the Order together with payment in the amount of $150 to the New Jersey Lawyer's Fund for Client Protection.

14. Good cause exists for the request for temporary admission. I have substantial knowledge of the underlying case, specialized knowledge of anonymous online defamation cases, and an extended attorney-client relationship with Plaintiff. I have been assisting the Plaintiff in all pre-filing issues and throughout the entire case.

15. I shall abide by the New Jersey Court Rules, including all disciplinary rules.

16. James T. Prusinowski, Esq., of Trimboli and Prusinowski, LLC, 268 South Street, Morristown, NJ 07960, has appeared and agreed to act as co-counsel.

Dated: 3/27/19

_____
TOMASZ R. BARCZYK, ESQ.

SUBSCRIBED AND SWORN to before me

this ___ day of ____, 2019.

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.
>
> STATE OF CALIFORNIA COUNTY OF San Francisco
> Subscribed and sworn to (or affirmed) before me on this 27th day of MARCH
> 20 19 by TOMASZ R. BARCZYK
> proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
> _____
> (Signature of Notary)
>
> D. NIGAM
> Notary Public - California
> San Francisco County
> Commission # 2259134
> My Comm. Expires Oct 19, 2022

4

# EXHIBIT 1



# Supreme Court of California

JORGE E. NAVARRETE

*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *TOMASZ ROMAN BARCZYK*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that TOMASZ ROMAN BARCZYK, #312620, was on the 9th day of December 2016, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 28th day of March 2019.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
F. Coello, Deputy Clerk

# EXHIBIT 2

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Tomasz Roman Barczyk

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 02/08/2018 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 29th day of March, 2019.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois