

**Mandelbaum Salsburg**
*attorneys at law*

BARRY R. MANDELBAUM
WILLIAM S. BARRETT[3]
LYNNE STROBER✱
OWEN T. HUGHES[2]
ARTHUR D. GROSSMAN
DEBORAH L. GREENE
MICHAEL A. SAFFER[3]
STEVEN A. HOLT[5]
DENNIS J. ALESSI[6]◄
JOSEPH J. PETERS
CRAIG W. ALEXANDER[3]
MARTIN D. HAUPTMAN
STUART GOLD[3]
CHERYL H. BURSTEIN[4]
ROBIN F. LEWIS[3]
RICHARD I. SIMON[3]
STEVEN I. ADLER
PETER H. TANELLA
DAVID S. CARTON✦●
GORDON C. DUUS[7]
THOMAS W. ACKERMANN
RICHARD I. MILLER[9]
DANIEL J. BARKIN[6]
DOUGLAS I. EILENDER[3]
JEFFREY M. ROSENTHAL[6]
PETER A. LEVY[3]
MICHAEL F. BEVACQUA, JR.[3]
LAWRENCE C. WEINER[3]
MOHAMED H. NABULSI[3]
EDWARD J. ALBOWICZ[3]
LAUREN X. TOPELSOHN[3]
CASEY GOCEL[3]
ERIC R. GOLDBERG[14]

ARLA D. CAHILL[5]
RONALD D. COLEMAN[3]
JOEL G. MacMULL[8]
VINCENT J. McGILL[8]
DAMIAN P. CONFORTI[3]
RAJ GADHOK[3]
JEFFREY L. WASSERMAN[3]
BARRY M. SCHWARTZ[3]
LISA FACTOR FOX[3]
GARY S. YOUNG[3]
STEVEN W. TEPPLER[11]
J. RUSSELL BULKELEY[12]

- SENIOR COUNSEL -
YALE I. LAZRIS
JOSEPH J. DISCENZA+
CHARLES S. LORBER

- COUNSEL -
ALAN L. SUSSMAN[3]
MANUEL R. GROVA, JR.
LAUREN A. CARNEVALE[3]
RYAN M. BUEHLER
MARC J. COMER[5]
JEFFREY E. GRABELLE
MARK ORENSTEIN[8]
STEVEN L. POLAKOFF[8]
_____
IRVING MANDELBAUM (1906-1993)
RICHARD M. SALSBURG (1938-2011)
ROBERT W. GLUCK (1947-2013)
RICHARD L. SLAVITT (RET.)
RICHARD H. STEINBERG (RET.)
HON. ROBERT A. LONGHI (RET.)

- OF COUNSEL -
HON. MICHAEL K. DIAMOND (RET.)
HON. PAUL J. VICHNESS (RET.)
ALAN L. GLAZNER[3]
THOMAS V. HILDNER
VINCENT J. NUZZI[3]
JAMES L. ESPOSITO
DEVANSHU L. MODI
LAURIE J. WOOG
JAMES T. ELLIOTT[3]
WILLIAM M. FETKY
HILARY L. BRUNELL[7]
LAWRENCE B. GOODWIN▼
DAVID FLAXMAN[10]
RICHARD M. MILLER[3]
JONATHAN M. PETTY
E. MILES PRENTICE[8]

- ASSOCIATES -
MARA P. CODEY[3]
JENNIFER E. PRESTI
SHAWNA A. BROWN[3]
BRIAN M. BLOCK[1]
PHILIP A. PORTANTINO[3]
JOSHUA M. GORSKY[3]
ELISABETE M. ROCHA
EDWARD P. DABEK, JR.[3]
RONEN YAIR[3]
CHRISTOPHER G. SALLOUM[3]
TREVOR G. ANDERSON[13]
OLGA UGOLEV[3]▼
DEREK PREVETE
ETHAN C. WELLS
MICHELLE SCANLON[3]

✱ FELLOW OF THE AMERICAN ACADEMY
    OF MATRIMONIAL LAWYERS
+ DESIGNATED BY THE SUPREME COURT
    OF NEW JERSEY AS A CERTIFIED
    CIVIL TRIAL ATTORNEY
✦ CERTIFIED BY THE SUPREME COURT
    OF NEW JERSEY AS A CERTIFIED
    MATRIMONIAL LAW ATTORNEY
◄ CERTIFICATE; HEALTHCARE LAW
    COMPLIANCE
● COURT APPOINTED MEDIATOR
▼ REGISTERED U.S. PATENT ATTORNEY

1   MEMBER OF NJ & PA BAR
2   MEMBER OF NJ & FL BAR
3   MEMBER OF NJ & NY BAR
4   MEMBER OF NJ, NY & CA BAR
5   MEMBER OF NJ, NY & PA BAR
6   MEMBER OF NJ, NY & D.C. BAR
7   MEMBER OF NJ & D.C. BAR
8   MEMBER OF NY BAR
9   MEMBER OF NJ, NY & CO BAR
10  MEMBER OF NY & CA BAR
11  MEMBER OF NY, D.C., IL & FL BAR
12  MEMBER OF NY, D.C. & CT BAR
13  MEMBER OF NJ, NY & GA BAR
14  MEMBER OF NY, NJ, CO & PA BAR
_____

CELEBRATING 89 YEARS
OF SERVICE TO OUR
CLIENTS AND COMMUNITY

3 Becker Farm Road
Suite 105
Roseland, New Jersey 07068
www.lawfirm.ms
t. 973.736.4600
f. 973.325.7467

Edison, NJ
Elizabeth, NJ
Eatontown, NJ
New York, NY
North Palm Beach, FL
Denver, CO

E-Mail:   @lawfirm.ms
Ref. File #

May 3, 2019

**VIA ECF**
Honorable Esther Salas, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

    RE:  Yang v. Lin, Civil Action No. 2:19-cv-08534-ES-MAH

Dear Judge Salas:

  This law firm represents defendant Peony Lin ("Defendant") in the above referenced matter. Defendant's Motion to Dismiss Complaint pursuant to Fed. R. Civ. P. 12(b)(6) is scheduled for May 20, 2019. Due to intervening pre-paid travel that would impact our ability to prepare Defendant's reply papers by the May 13, 2019 deadline, we respectfully request that the motion return date be rescheduled to June 3, 2018, with the plaintiff's opposing papers due on May 13, 2019 and Defendant's reply papers due on May 28, 2019. This request and proposed briefing schedule is made with the consent of plaintiff's counsel. No prior extensions have been requested regarding this motion.

  We thank the Court for its consideration.

            Respectfully submitted,

            /s/ Arla D. Cahill
            Arla D. Cahill

cc:  All Counsel of Record (Via ECF)

*Member of International Society of Primerus Law Firms*

4843-1236-3670, v. 1