## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **TZUHSIN YANG,**<br><br>          **Plaintiff**<br><br>v.<br><br>**PEONY LIN,**<br><br>          **Defendant.** | **Case No. 19–cv–08534–ES–ESK**<br><br><br>**ORDER** |

      **THIS MATTER** having come before the Court on the parties' joint letter of May 11, 2020 (Joint Letter) (ECF No. 42) concerning a dispute relating to subpoenas to be issued by plaintiff; and the Court having held a hearing on the record on May 22, 2020; and for good cause shown,

      **IT IS** on this   **26th** day of **May 2020**   **ORDERED** that:

      1.   The telephone status conference scheduled for June 9, 2020 is adjourned to **August 11, 2020 at 4:00 p.m.**   The parties shall file a joint letter, at least three business days before the conference advising of the status of discovery, any pending motions, and any other issues to be addressed.

      2.   The relief requested in the Joint Letter (**ECF No. 42**) is **DENIED** without prejudice.


                                                              */s/ Edward S. Kiel*
                                                             **Edward S. Kiel**
                                                              **United States Magistrate Judge**