Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Tzuhsin Yang a/k/a Christine Yang,<br><br>                    Plaintiff,<br><br>          v.<br><br>Peony Lin, an individual, and<br>Jane Doe, an unknown individual,<br><br>                    Defendants. | Civil Action No. 2:19-cv-08534-ES-ESK |

---

**PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION
TO DEFENDANT PEONY LIN**

---

                    **TRIMBOLI & PRUSINOWSKI, LLC**
                    268 South Street
                    Morristown, NJ 07960
                    Tel: 973-660-1095
                    Fax: 973-349-1307
                    *Attorneys for Plaintiff Tzuhsin Yang*

James T. Prusinowski, Esq. (0729)
jprusinowski@trimprulaw.com

Jeffrey M. Rosenfeld, Esq. (*Pro Hac Vice*)

PROPOUNDING PARTY:        PLAINTIFF TZUHSIN YANG

RESPONDING PARTY:        DEFENDANT PEONY LIN

SET:                    ONE

 Plaintiff Tzuhsin Yang a/k/a Christine Yang ("Plaintiff" or "Yang"), by and through her attorneys, hereby requests, pursuant to Federal Rule of Civil Procedure 36, that Defendant Peony Lin ("Defendant" or "Lin") respond to the following First Set of Requests for Admission (the "Requests") within the time permitted by law. These Requests are governed by the following Definitions and Instructions.

**<u>DEFINITIONS</u>**

 1. "ANY" and "ALL" shall mean and include any and all in the most inclusive sense of those terms.

 2. "COMMUNICATION" or "COMMUNICATIONS" shall mean and include any and all communications of any kind, including without limitation, any and all conversations, discussions, inquiries, correspondence, notes (handwritten or otherwise), message slips, logs, emails (or other similar electronic communications), or other such transmittals of information, whether written, oral, or by any other means. The terms "COMMUNICATION" and "COMMUNICATIONS" include internal communications.

 3. "DOCUMENT" and "DOCUMENTS" shall mean and include all materials within the scope of Fed. R. Civ. P. 34 and shall include all writings and recordings (including all originals and all non-

identical copies) as defined by Fed. R. Evid. 1001. Without limitation, "DOCUMENT" and "DOCUMENTS" shall include the original and each non-identical copy of any written, printed, typed, recorded, computerized, electronic, taped, graphic, or other matter, in whatever form, in any medium, whether in final or draft form, and shall include all internet weblogs and internet user logs.

4.    "EACH" shall mean and include each and every.

5.    "ELECTRONIC ACCOUNT(S)" shall mean any electronic account used for email, electronic messaging/posting, and/or social media, including but not limited to WeChat, Instagram, Facebook, Skype, Twitter, Apple, iTunes, Gmail, Google, and LinkedIn.

6.    "ELECTRONIC DEVICE(S)" shall mean any computer, laptop, tablet, mobile phone, any device capable of creating, transmitting, or receiving audio communications, text, or data by telephony, and/or any device capable of accessing the internet.

7.    The term "INCLUDING" as used herein is illustrative and is in no way a limitation on the information requested.

8.    "IDENTIFY" shall mean to describe and delineate with detail and specificity, including, without limitation, providing ALL background and contextual information relevant thereto.

a.    When used with reference to a natural PERSON, "IDENTIFY" shall mean to state his/her/their full name,

his/her/their job title and employer at the time referred to, his/her/their last known job title and employer, and his/her/their last known residence and business addresses and phone numbers.

b.  When used with reference to an entity PERSON, "IDENTIFY" shall mean to state its full name, title, employer, phone number, and address.

c.  When used in reference to a DOCUMENT, "IDENTIFY" shall mean to state the date, author (or, if different/applicable, signatories), the type of DOCUMENT (e.g., letter, memorandum, etc.), the PERSON who sent and the PERSON receiving the DOCUMENT, the company and/or individual having possession of the DOCUMENT, and all other specifics necessary to IDENTIFY the DOCUMENT with sufficient particularity. If ANY DOCUMENT was, but is no longer, in YOUR possession or subject to YOUR control, state what disposition was made of it and the reasons for such disposition.

d.  When referring to a written COMMUNICATION, "IDENTIFY" shall mean to state the DOCUMENTS in which the COMMUNICATION was made.

e.  When referring to an oral COMMUNICATION, "IDENTIFY" shall mean to state the identity of the PERSONS participating in the COMMUNICATION and the date and time

4

it occurred.

f.    When used in reference to a fact, "IDENTIFY" shall mean to state the fact in sufficient detail to reflect all potentially relevant information and to IDENTIFY the documentary or testimonial support for that fact.

g.    When referring to a product or thing, "IDENTIFY" shall mean to state the title, any code or project name, or any other name by which it has been referred, and a general description of the product or thing.

9.    "PERSON" or "PERSONS" shall mean and include ANY individual, corporation, partnership, joint venture, firm, association, proprietorship, agency, board, authority, commission, limited liability company (LLC), doing business as (DBA), or other legal, business, or governmental entity.

10.    "PLAINTIFF" or "YANG" as used herein means Plaintiff Tzuhsin Yang a/k/a Christine Yang, and ALL PERSONS acting on her behalf.

11.    "REGARDING" or "RELATING TO" shall be construed in the broadest sense and shall mean and include: concerning, alluding to, relating to, responding to, referring to, connected with, commenting on, summarizing, with respect to, pertaining to, about, regarding, discussing, involving, showing, referring, describing, reflecting, analyzing, evidencing, comprising, constituting, containing, embodying, mentioning, consisting of, or otherwise

relating to the subject matter.

12. "THIRD PARTY" or "THIRD PARTIES" shall mean and include ANY PERSON other than YOU, INCLUDING both natural PERSONS and artificial PERSONS.

13. "YOU," "YOUR," and "DEFENDANT" as used herein shall mean and include Defendant Peony Lin, and ALL PERSONS acting on her behalf, including without limitation, ALL past or present officers, directors, employees, representatives, consultants, partners, independent contractors, agents, or attorneys.

14. As used herein, the singular form of a noun or pronoun will include within its meaning the plural form of a noun or pronoun, and vice versa; the use of the masculine, feminine, and non-binary forms of a pronoun will include within their meanings masculine, feminine, and non-binary forms of the pronoun collectively; the use of the tense of any verb will include all other tenses of the verb so used; and the use of "and" will include "or" and vice versa.

## INSTRUCTIONS

1. For each Request, admit the Request, specifically deny the Request, or state in detail why YOU cannot truthfully admit or deny it.

2. ALL information requested herein is to be set forth if it is in the possession of, control of, or is available and accessible to YOU or YOUR respective agents, consultants, counsel,

or representatives.

3. When a Request does not specifically request a particular fact, but such a fact is necessary in order to make the response to the Request comprehensible, complete, or not misleading, such fact shall be included as part of the response and the Request shall be deemed specifically to include such fact.

4. If reasonable investigation and diligent inquiry fail to reveal information sufficient to respond to a Request or ANY part thereof, the response should so state.

5. If YOU do not admit a matter, YOUR answer must specifically deny it or state in detail why the answering party cannot truthfully admit or deny it. When good faith requires that YOU qualify an answer or deny only a part of a matter, YOUR answer must specify the part admitted and qualify or deny the rest. YOU may assert lack of knowledge or information as a reason for failing to admit or deny only if YOU have made a reasonable inquiry and the information YOU can readily obtain is insufficient to enable YOU to admit or deny the Request.

6. If ANY information called for by ANY Request is withheld on the basis of a claim of privilege or attorney work-product, the claimed basis for withholding the information and the nature of the information shall be set forth in a privilege log which includes a statement of ALL the circumstances that will be relied upon to support such claim.

7.  These Requests shall be deemed continuing in nature so as to require supplementary answers between the time answers are served and the time of trial.

8.  Unless otherwise stated, the time period for these Requests is January 1, 2015 to the present.

## REQUESTS FOR ADMISSION

### REQUEST NO. 1:

Admit that YOU authored or co-authored the following statement:

Here is her single's profile in Taiwan. She calls herself Christy Baby 96. Nasty, she uses the same name handle she used to post videos of her kid on YouTube. http://www.igonet.com.tw/article_view.php?pid=321 Apparently she not only messed up that other lady's marriage, she was also the mistress of her last husband. His ex-wife openly trashes her in the Taiwanese business community telling everyone it is because of her they ended up divorcing. She however has the last laugh because her husband hands of her old cast off homes for that whore to live at. There is a reason why she doesn't have a digital footprint. It's because she never owned anything in her life. It was all homes of the men she had sex with for money, a roof over her head, and

material goods… In other words a hooker.

**REQUEST NO. 2:**

Admit that YOU published the following statement on the website and webpage <https://exposecheatersonline.com/christine-yang-freemont-california/>:

Here is her single's profile in Taiwan. She calls herself Christy Baby 96. Nasty, she uses the same name handle she used to post videos of her kid on YouTube. http://www.igonet.com.tw/article_view.php?pid=321 Apparently she not only messed up that other lady's marriage, she was also the mistress of her last husband. His ex-wife openly trashes her in the Taiwanese business community telling everyone it is because of her they ended up divorcing. She however has the last laugh because her husband hands of her old cast off homes for that whore to live at. There is a reason why she doesn't have a digital footprint. It's because she never owned anything in her life. It was all homes of the men she had sex with for money, a roof over her head, and material goods… In other words a hooker.

**REQUEST NO. 3:**

Admit that YOU authored or co-authored the following

statement:

> Apparently a lot of people know about this whore. Check out the chatter on: https://kantie.org/topics/huaren/2223063

**REQUEST NO. 4:**

Admit that YOU published the following statement on the website and webpage <https://exposecheatersonline.com/christine-yang-freemont-california/>:

> Apparently a lot of people know about this whore. Check out the chatter on: https://kantie.org/topics/huaren/2223063

**REQUEST NO. 5:**

Admit that YOU authored or co-authored the following statement:

> cant believe this narcissist still breathing today, did she end up getting that real estate job? or should I be more surprised she is actually looking for a legitimate job other than sleeping with married men

**REQUEST NO. 6:**

Admit that YOU published the following statement on the website and webpage <https://exposecheatersonline.com/christine-yang-freemont-california/>:

cant believe this narcissist still breathing today, did she end up getting that real estate job? or should I be more surprised she is actually looking for a legitimate job other than sleeping with married men

**REQUEST NO. 7:**

Admit that YOU authored or co-authored the following statement:

Not sure, but she is def. trying to scrub the internet of her pictures and all the chatter about her sleeping around with married men for money.

**REQUEST NO. 8:**

Admit that YOU published the following statement on the website and webpage <https://exposecheatersonline.com/christine-yang-freemont-california/>:

Not sure, but she is def. trying to scrub the internet of her pictures and all the chatter about her sleeping around with married men for money.

**REQUEST NO. 9:**

Admit that YOU authored or co-authored the following statement:

we will keep it alive lol Christine you are not getting away

with this, you are a cancer to society and things will all get thrown back at you one day.

**REQUEST NO. 10:**

Admit that YOU published the following statement on the website and webpage <https://exposecheatersonline.com/christine-yang-freemont-california/>:

we will keep it alive lol Christine you are not getting away with this, you are a cancer to society and things will all get thrown back at you one day

**REQUEST NO. 11:**

Admit that YOU authored or co-authored the following statement:

Haha… yes people should know about her nasty diseased whoring ways. Its amazing to be divorced twice by the age of 30. Living with god knows how many men. I think this new guy Calvin Lau is probably the youngest millionaire she snagged up to date. Looks like she is hitting up all of the East Bay area in terms of living with men. Looks like she went from Fremont to Newerk…

**REQUEST NO. 12:**

Admit that YOU published the following statement on the

website and webpage <https://exposecheatersonline.com/christine-yang-freemont-california/>:

> Haha… yes people should know about her nasty diseased whoring ways. Its amazing to be divorced twice by the age of 30. Living with god knows how many men. I think this new guy Calvin Lau is probably the youngest millionaire she snagged up to date. Looks like she is hitting up all of the East Bay area in terms of living with men. Looks like she went from Fremont to Newerk…

**REQUEST NO. 13:**

Admit that YOU authored or co-authored the following statement:

> she is so disgusting, with her pretentious mousy voice, 3 inch make up, how can anyone stand her? she will be friends with you as long as you keep repeating by her ears ' you are so pretty!' if you have some context inside, go run for a beauty pageant and be useful, but the moment you open your mouth people know you are full of crap inside

**REQUEST NO. 14:**

Admit that YOU published the following statement on the website and webpage <https://exposecheatersonline.com/christine-yang-freemont-california/>:

she is so disgusting, with her pretentious mousy voice, 3 inch make up, how can anyone stand her? she will be friends with you as long as you keep repeating by her ears ' you are so pretty!' if you have some context inside, go run for a beauty pageant and be useful, but the moment you open your mouth people know you are full of crap inside

**REQUEST NO. 15:**

Admit that YOU authored or co-authored the following statement:

What is there to say other than what is said here :

Christine Yang of California

She sometimes goes by this name now. She still has sex with her last ex-husband for money and she still preys on married men and unsuspecting young engineers, for freebies. Not only does she have a fake face and body, she is mean hearted as well. I also heard about the rumors she made up about the ex-husband's poor ex-wife in Taiwanese circles.  In fact Christine gets so excited when she is making fun of her female friends in Taiwan and looking down her nose at how poor life style they are living compared to her materialistic one. Because you know it is all a show. She watches Facebook like a hawk and any new trends in materialistic goods, she tries

14

to follow. If she can't get a man to buy it for her she pretends. Just look at the Van Cleefe jewlery pictures lol, she is at the store. She is so short too! Apparently doing plastic surgery is not fake enough for her. She uses iphone apps to make herself look abnormally tall and thin, she is actually about 160 cm.


**REQUEST NO. 16:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/annie-chang-a-k-a-christine-yang-east-bay-san-francisco/>.

What is there to say other than what is said here :

Christine Yang of California

She sometimes goes by this name now. She still has sex with her last ex-husband for money and she still preys on married men and unsuspecting young engineers, for freebies. Not only does she have a fake face and body, she is mean hearted as well. I also heard about the rumors she made up about the ex-husband's poor ex-wife in Taiwanese circles.  In fact Christine gets so excited when she is making fun of her female friends in Taiwan and looking down her nose at how poor life style they are living compared to her materialistic one. Because you know it is all a show. She watches Facebook like a hawk and any new trends in materialistic goods, she tries

to follow. If she can't get a man to buy it for her she pretends. Just look at the Van Cleefe jewelry pictures lol, she is at the store. She is so short too! Apparently doing plastic surgery is not fake enough for her. She uses iphone apps to make herself look abnormally tall and thin, she is actually about 160 cm.

**REQUEST NO. 17:**

Admit that YOU authored or co-authored the following statement:

Christine Yang, I saw that a few times how she changed both her FB account and her IG into Annie Chang for a while. What a slut. I just read all those things about her on.

http://forums.huaren.us/archiver/showtopic.aspx?topicid=2223063

https://cheatersandbastards.com/christine-yang-of-california/

I also saw all the names and stuff she goes by : tinetine96, tinetine_96, cbaby96, cbaby_96,

annie.chang I'm a part of the Taiwanese community here in the bay area and I've seen her around. She definitely puts up a good act around people, pretending to be so sweet and delicate with her high pitched mousy voice. When in reality she does

16

nothing but, manipulate people, her social media sites, and her selfies so look good and of course get money.

I hope someone tell that slut's exhusband's last wife, that this whore is going around making rumors about her. This girl is such a horrid sack of crap, not for just sleeping around for money, but how she talks behind the back of all her supposed girlfriends and will even make up rumors about people so she can have a laugh. Oh and she's so gross, the other day I saw some pictures of her and cold sores on her mouth. I guess all that sucking old men's you know what, gave her some STDs. Nasty nasty, all I can say

to all of this is

Karma, Karma, Karma, and we all know how Karma is!


**REQUEST NO. 18:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/annie-chang-a-k-a-christine-yang-east-bay-san-francisco/>.

Christine Yang, I saw that a few times how she changed both her FB account and her IG into Annie Chang for a while. What a slut. I just read all those things about her on.

http://forums.huaren.us/archiver/showtopic.aspx?topicid=222
3063

https://cheatersandbastards.com/christine-yang-of-california/

I also saw all the names and stuff she goes by : tinetine96, tinetine_96, cbaby96, cbaby_96,

annie.chang I'm a part of the Taiwanese community here in the bay area and I've seen her around. She definitely puts up a good act around people, pretending to be so sweet and delicate with her high pitched mousy voice. When in reality she does nothing but, manipulate people, her social media sites, and her selfies so look good and of course get money.

I hope someone tell that slut's exhusband's last wife, that this whore is going around making rumors about her. This girl is such a horrid sack of crap, not for just sleeping around for money, but how she talks behind the back of all her supposed girlfriends and will even make up rumors about people so she can have a laugh. Oh and she's so gross, the other day I saw some pictures of her and cold sores on her mouth. I guess all that sucking old men's you know what, gave her some STDs. Nasty nasty, all I can say

to all of this is

Karma, Karma, Karma, and we all know how Karma is!

**REQUEST NO. 19:**

Admit that YOU authored or co-authored the following statement:

what a disgusting human being – karma will come back some day!

She has no ability to survive in this world without sleeping with men – a cheap prostitute?

According to the photos she shares , she is in love with herself, in vain .

Sadly her daughter will be like her- a poisonous cycle

One day she will get a failed plastic surgery and look like a corpse bride

**REQUEST NO. 20:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/annie-chang-a-k-a-christine-yang-east-bay-san-francisco/>.

what a disgusting human being – karma will come back some day!

She has no ability to survive in this world without sleeping with men – a cheap prostitute?

According to the photos she shares , she is in love with herself, in vain .

Sadly her daughter will be like her- a poisonous cycle

One day she will get a failed plastic surgery and look like a corpse bride

**REQUEST NO. 21:**

Admit that YOU authored or co-authored the following statement:

Very disgusting, lord, I guess this new guy doesn't do his research, why would a woman have pictures of herself all over the hotels around SF, if she lives there? Why? Cause the house she lived in was her ex-husband's and the men she was having sex with were mostly married.

**REQUEST NO. 22:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/annie-chang-a-k-a-christine-yang-east-bay-san-francisco/>.

Very disgusting, lord, I guess this new guy doesn't do his research, why would a woman have pictures of herself all over the hotels around SF, if she lives there? Why? Cause the house she lived in was her ex-husband's and the men she was having sex with were mostly married.

**REQUEST NO. 23:**

Admit that YOU authored or co-authored the following

statement:

> oh gosh does she ever get sick of herself? poor guy she hooked up this time, pretty sure it won't last much longer…. (it has already been a while lol)

**REQUEST NO. 24:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/annie-chang-a-k-a-christine-yang-east-bay-san-francisco/>.

> oh gosh does she ever get sick of herself? poor guy she hooked up this time, pretty sure it won't last much longer…. (it has already been a while lol)

**REQUEST NO. 25:**

Admit that YOU authored or co-authored the following statement:

> Michelle
>
> 005613170 is the correct person you are referring to. Her blog indicated about being the face of a real estate company, I strongly advise you reconsider. She is a public disgrace and will openly target and humiliate other women, for the sake of feeling superior. She is mentally sick, and in love with herself in vain. But will act extremely sentimental, with her mousy voice, to get what she wants. Once she targets

one person, will suck all the blood out, drain everything possible, then hunt for the next one. She is un-educated, and notorious in the Chinese community.

**REQUEST NO. 26:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/annie-chang-a-k-a-christine-yang-east-bay-san-francisco/>.

Michelle

005613170 is the correct person you are referring to. Her blog indicated about being the face of a real estate company, I strongly advise you reconsider. She is a public disgrace and will openly target and humiliate other women, for the sake of feeling superior. She is mentally sick, and in love with herself in vain. But will act extremely sentimental, with her mousy voice, to get what she wants. Once she targets one person, will suck all the blood out, drain everything possible, then hunt for the next one. She is un-educated, and notorious in the Chinese community.

**REQUEST NO. 27:**

Admit that YOU authored or co-authored the following statement:

Yes it her – your link not correct it's ending in 13170 not 13160

**REQUEST NO. 28:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/annie-chang-a-k-a-christine-yang-east-bay-san-francisco/>.

Yes it her – your link not correct it's ending in 13170 not 13160

**REQUEST NO. 29:**

Admit that YOU authored or co-authored the following statement:

Looks like Miss Narcissus is attempting to scrub the internet of her whoring images. Haha… too late though. So many in the San Fransisco Bay area know of what a disgusting uneducated plasitic whore she is.

Jesus… divorced twice by age of 30 both to men old enough to be her father and mistress to the last husband ruining his marriage too? Amazing that a whore like this hasn't been ousted a long time ago.

**REQUEST NO. 30:**

Admit that YOU published the following statement on the

website and webpage <https://cheatersandbastards.com/annie-chang-a-k-a-christine-yang-east-bay-san-francisco/>.

Looks like Miss Narcissus is attempting to scrub the internet of her whoring images. Haha… too late though. So many in the San Fransisco Bay area know of what a disgusting uneducated plasitic whore she is.

Jesus… divorced twice by age of 30 both to men old enough to be her father and mistress to the last husband ruining his marriage too? Amazing that a whore like this hasn't been ousted a long time ago.

**REQUEST NO. 31:**

Admit that YOU authored or co-authored the following statement:

poor mrs narcissus trying too hard, but it won't work lol! this bitch trying to move to east coast now?

**REQUEST NO. 32:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/annie-chang-a-k-a-christine-yang-east-bay-san-francisco/>.

poor mrs narcissus trying too hard, but it won't work lol! this bitch trying to move to east coast now?

**REQUEST NO. 33:**

Admit that YOU authored or co-authored the following statement:

She has had plastic surgery paid for by her men and every thing she owns down to her underwear... all paid for by having sex with men. She has no education and while dating one man will keep others on the tab for money.

Her and all of her friends from Taiwan are cut from the same cloth. They hate each other, but will hang around each other in order to be "introduced"; to other men. This is done by inviting them to business dinners, boy friend's or husbands friend get togethers, you get the picture.

Has been divorced at least 2 times, possibly 3, all to very old men. Was known to be the last husband's mistress and ruined a marriage of over 25 years. (While married in November of 2014 to last husband, she promptly continued to have sex with other single and married men.)

She has already been ousted in very very RICH old men, old world, Taiwanese Business communities in both Bay Area and Taipei as being an uneducated gold digger.

Current target are engineers in Silicon Valley, these girls know the socially akward, generally world clueless men both married and single have money, but will go crazy over a little attention from a hot little Asian Girl.

25

FB page : https://www.facebook.com/christine.yang.739

Blog from Taipei :

http://www.igonet.com.tw/article_view.php?pid=321

Handles are : tinetine96, Christy Baby, CBaby


**REQUEST NO. 34:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

She has had plastic surgery paid for by her men and every thing she owns down to her underwear... all paid for by having sex with men. She has no education and while dating one man will keep others on the tab for money.

Her and all of her friends from Taiwan are cut from the same cloth. They hate each other, but will hang around each other in order to be "introduced"; to other men. This is done by inviting them to business dinners, boy friend's or husbands friend get togethers, you get the picture.

Has been divorced at least 2 times, possibly 3, all to very old men. Was known to be the last husband's mistress and ruined a marriage of over 25 years. (While married in November of 2014 to last husband, she promptly continued to have sex with other single and married men.)

She has already been ousted in very very RICH old men, old

26

world, Taiwanese Business communities in both Bay Area and Taipei as being an uneducated gold digger.

Current target are engineers in Silicon Valley, these girls know the socially akward, generally world clueless men both married and single have money, but will go crazy over a little attention from a hot little Asian Girl.

FB page : https://www.facebook.com/christine.yang.739

Blog from Taipei :

http://www.igonet.com.tw/article_view.php?pid=321

Handles are : tinetine96, Christy Baby, CBaby


**REQUEST NO. 35:**

Admit that YOU authored or co-authored the following statement:

She has never held a job in her life, but she tells people she is a real estate agent. When in fact she is also the mistress of one. He pays her $5000/ month to be his whore and she uses that as cache as a "job". He was also a part of the circle of rich Taiwanese business men that her ex-husbands were a part of, in fact they all probably know of each other. Not only does she have her toes dipped in the old man money pool, she is also part of a circle of gold diggers and gigolos. In fact unknown to her last ex-husband's ex-wife, she had her closest gigolo friend spread rumors about her

that she paid for sex.

Not only is she fake on the outside with all her sad plastic surgery, she is fake on the inside. She will lie through her teeth and enjoy the demise of the poor women she destroyed for her disgusting pleasure.

She will tell men, she mostly has men friends cause women are too jealous of her, but in fact most of these male friends where either men who paid for her to have sex with them or part of that gigolo click. Also, on her Face Book, men do not realize that she will play around with the public facing and private tab. So while the boyfriend or lover of the season may think she is posting to the world that they are a couple. In secret if she is trolling for a new man, she will hide the public facing side of the "couple" pics.

She also lies about "buying" a new home, when in fact the homes are usually places she is put up by men. For instance, the last town home she lived in was actually owned by her ex-husband. His first wife was also name Christine and he had many home purchased around the bay area with her name. So when she moved from his mansion in San Jose and downgraded into one of his town homes in Fremont, she ripped off a picture from Redfine of a home that was purchased in her neighborhood and then posted it and told her lovers she just purchased a home.

This is also the case after she was kicked out of that town home and was moved to somewhere in probably Newark. She posted a fake picture of having purchased a home there as well. Sad… just sad.

Her "motherly" images with her daughter is only for show. She never really cooked with her daughter until maybe a few years ago, as was blatantly obvious in the Thanksgivings pic. in 2016, with all the NEW products, and the idiot even said, Oh not bad for first time making pie.

For the most part her version of mothering, was having the men she sleeps with pay for lavish vacations for her daughter, or to buy her daughter expensive outfits from Burberry with the money gained by sleeping with men. (great role model)

Originality is definitely not her forte. Most of her picture poses are copied from either her friends, or people she follows online. She is also actually quite short, she uses the App Cymera, to stretch her legs out and give herself extra nip and tucks to look perfect.

Her sad attempts at interior design, from the pathetic flowers, cliche prints of books, to the luxury products she covets, and the really bad non-original drawings she does, all copied off of other Instagram and Face Book accounts.

So to sum it all up, there is a reason why a supposed "perfect" beautiful woman can't keep a man. It is like putting lipstick

on a pig, no matter how you shellac a rotten facade, it is still a rotten facade, sad and empty. There is just nothing inside.

She tries desperately to sound educated by regurgitating things she hears on TV or online, but has no actual thought of her own and its quite boring. Her lack of any sort of normal skill such as cooking, much less holding a normal conversation that doesn't involve sex, FaceBook, shopping, or gossip.

It seems many know of this whore. Check out the chatter on this Chinese chat site. You can use Google Translate if you don't know Chinese.

https://www.gjczz.com/p/DmAXADRj/zhou-wu-xia-wu-xian-lai-wu-shi-ba-yi-ge-wang-hong-dan-qin-ma-ma/

She also goes by the name Annie Chang when she thinks too many people know her real name. , Cbaby_96, and Tinetine_96 are other handles she uses


**REQUEST NO. 36:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

She has never held a job in her life, but she tells people she is a real estate agent. When in fact she is also the

30

mistress of one. He pays her $5000/ month to be his whore and she uses that as cache as a "job". He was also a part of the circle of rich Taiwanese business men that her ex-husbands were a part of, in fact they all probably know of each other. Not only does she have her toes dipped in the old man money pool, she is also part of a circle of gold diggers and gigolos. In fact unknown to her last ex-husband's ex-wife, she had her closest gigolo friend spread rumors about her that she paid for sex.

Not only is she fake on the outside with all her sad plastic surgery, she is fake on the inside. She will lie through her teeth and enjoy the demise of the poor women she destroyed for her disgusting pleasure.

She will tell men, she mostly has men friends cause women are too jealous of her, but in fact most of these male friends where either men who paid for her to have sex with them or part of that gigolo click. Also, on her Face Book, men do not realize that she will play around with the public facing and private tab. So while the boyfriend or lover of the season may think she is posting to the world that they are a couple. In secret if she is trolling for a new man, she will hide the public facing side of the "couple" pics.

She also lies about "buying" a new home, when in fact the homes are usually places she is put up by men. For instance,

31

the last town home she lived in was actually owned by her ex-husband. His first wife was also name Christine and he had many home purchased around the bay area with her name. So when she moved from his mansion in San Jose and downgraded into one of his town homes in Fremont, she ripped off a picture from Redfine of a home that was purchased in her neighborhood and then posted it and told her lovers she just purchased a home.

This is also the case after she was kicked out of that town home and was moved to somewhere in probably Newark. She posted a fake picture of having purchased a home there as well. Sad… just sad.

Her "motherly" images with her daughter is only for show. She never really cooked with her daughter until maybe a few years ago, as was blatantly obvious in the Thanksgivings pic. in 2016, with all the NEW products, and the idiot even said, Oh not bad for first time making pie.

For the most part her version of mothering, was having the men she sleeps with pay for lavish vacations for her daughter, or to buy her daughter expensive outfits from Burberry with the money gained by sleeping with men. (great role model)

Originality is definitely not her forte. Most of her picture poses are copied from either her friends, or people she follows online. She is also actually quite short, she uses

the App Cymera, to stretch her legs out and give herself extra nip and tucks to look perfect.

Her sad attempts at interior design, from the pathetic flowers, cliche prints of books, to the luxury products she covets, and the really bad non-original drawings she does, all copied off of other Instagram and Face Book accounts.

So to sum it all up, there is a reason why a supposed "perfect" beautiful woman can't keep a man. It is like putting lipstick on a pig, no matter how you shellac a rotten facade, it is still a rotten facade, sad and empty. There is just nothing inside.

She tries desperately to sound educated by regurgitating things she hears on TV or online, but has no actual thought of her own and its quite boring. Her lack of any sort of normal skill such as cooking, much less holding a normal conversation that doesn't involve sex, FaceBook, shopping, or gossip.

It seems many know of this whore. Check out the chatter on this Chinese chat site. You can use Google Translate if you don't know Chinese.

https://www.gjczz.com/p/DmAXADRj/zhou-wu-xia-wu-xian-lai-wu-shi-ba-yi-ge-wang-hong-dan-qin-ma-ma/

She also goes by the name Annie Chang when she thinks too many people know her real name. , Cbaby_96, and Tinetine_96

33

are other handles she uses

**REQUEST NO. 37:**

Admit that YOU authored or co-authored the following statement:

Yes, I know what you mean. I friends with some men that she is "friends" with. She tries to talk them into taking her to where ever she wants to go. The man will think he is thinking of taking her to Taiwan Las Vegas, or Hawaii, but truth is she looks at her social media and finds out where is best to go and then ask a lot of different men until one of them will take her.

Any time she post a trip, new bag, shoes, or makeup which wow, did you see her new post? Probably over $8000 worth of La Mar, Sissley, and Cle de peau?

This is not normal buying pattern. Normal people buy 1 or 2 things at a time. When she buys it is a lot of the same thing like when she got those butterfly shoes or a whole line of $1000 a piece makeup. Which only shows she obviously must have had a man buy her a bunch of stuff in exchange for sex. She is so stupid, she thinks she is showing a beautiful life for other women to envy, but all that she show is that she must opened her legs to another rich old man. The other thing is it is obvious she is now worried about aging.

34

LOL her sh it will age too and she will not be able to have rich old men buy her things any more. What a sad sad empty life. Already in her 30's and nothing to show her daughter, but all the things she got for having sex.

And oh lady is right. Her last ex-husband did post pictures of them on a trip last year. (Boyfriend may not know or the boyfriend can be old pictures she repost to pretend she is in normal relationship.) The last husband did pay for her body so he still offers her money, trips, shopping spree, and dinners at expensive restraunts when he wants sex with her. She is his back door hooker.

**REQUEST NO. 38:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

Yes, I know what you mean. I friends with some men that she is "friends" with. She tries to talk them into taking her to where ever she wants to go. The man will think he is thinking of taking her to Taiwan Las Vegas, or Hawaii, but truth is she looks at her social media and finds out where is best to go and then ask a lot of different men until one of them will take her.

Any time she post a trip, new bag, shoes, or makeup which

35

wow, did you see her new post? Probably over $8000 worth of La Mar, Sissley, and Cle de peau?

This is not normal buying pattern. Normal people buy 1 or 2 things at a time. When she buys it is a lot of the same thing like when she got those butterfly shoes or a whole line of $1000 a piece makeup. Which only shows she obviously must have had a man buy her a bunch of stuff in exchange for sex. She is so stupid, she thinks she is showing a beautiful life for other women to envy, but all that she show is that she must opened her legs to another rich old man. The other thing is it is obvious she is now worried about aging.

LOL her sh it will age too and she will not be able to have rich old men buy her things any more. What a sad sad empty life. Already in her 30's and nothing to show her daughter, but all the things she got for having sex.

And oh lady is right. Her last ex-husband did post pictures of them on a trip last year. (Boyfriend may not know or the boyfriend can be old pictures she repost to pretend she is in normal relationship.) The last husband did pay for her body so he still offers her money, trips, shopping spree, and dinners at expensive restraunts when he wants sex with her. She is his back door hooker.

**REQUEST NO. 39:**

Admit that YOU authored or co-authored the following

36

statement:

I been with her many time. She not smart, but easy to have sex with when you give shopping. She is very very good in bed. She know many things. Only thing is no fun when she spend day on Facebook and text. She no have job and spend day watch beauty video, drama, and text men. All seems to be true on chat site. She very short girl, but she do funny thing on picture look long. She empty in head, but have good whole chest for fun.


**REQUEST NO. 40:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

I been with her many time. She not smart, but easy to have sex with when you give shopping. She is very very good in bed. She know many things. Only thing is no fun when she spend day on Facebook and text. She no have job and spend day watch beauty video, drama, and text men. All seems to be true on chat site. She very short girl, but she do funny thing on picture look long. She empty in head, but have good whole chest for fun.

**REQUEST NO. 41:**

Admit that YOU authored or co-authored the following

37

statement:

Can you elaborate on very very good in bed? Does she spit or swallow? How about a full review?

**REQUEST NO. 42:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

Can you elaborate on very very good in bed? Does she spit or swallow? How about a full review?

**REQUEST NO. 43:**

Admit that YOU authored or co-authored the following statement:

Very true, very true, I too also see picture of her with other men last year. I do not think boyfriend knows.

I heard girl was very poor before she married first old man. That is why she buys so much when she can get money from men. People who have poor mental have poor habits. Glutenous habit. The go crazy when buying things, especially when they want to get as much as they can from one man before moving on to next.

I have to agree, she is very sad girl. She like to pretend she is rich in things and life, but she really show she is empty in head and sad that she has no skills other than

38

seducing and conning men out of money. I feel sad for daughter when she find out mom is hooker.

**REQUEST NO. 44:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

Very true, very true, I too also see picture of her with other men last year. I do not think boyfriend knows.

I heard girl was very poor before she married first old man. That is why she buys so much when she can get money from men. People who have poor mental have poor habits. Glutenous habit. The go crazy when buying things, especially when they want to get as much as they can from one man before moving on to next. I have to agree, she is very sad girl. She like to pretend she is rich in things and life, but she really show she is empty in head and sad that she has no skills other than seducing and conning men out of money. I feel sad for daughter when she find out mom is hooker.

**REQUEST NO. 45:**

Admit that YOU authored or co-authored the following statement:

This is so very funny. I hadn't checked on this since I

replied to post, but yes it does seem like many people know of this disgusting whore.

I find it funny someone ask what she does for work on that Chinese chat site and on her recent post with her sad drawing of some living room she hash tag it "enjoymywork". I almost died laughing. Obviously she is reading all this talk about her.

We all know her "enjoymywork" is having sex for money. Of course she does. She can not possibly think copying some interior image from a magazine is actually what an interior designer does? Or putting silly little tiffany boxes all around the house, or sad photos of books on the walls equals interior design.

Hey idiot, if you are reading this, interior designing actually requires skills, such as an actual sense of creativity that doesn't involve ripping off people online, CAD, actual design programs, understanding codes and regulations, actually understanding how to solve problems, and first and fore most actual WORK that doesn't involve opening up your legs and mouth for money. Something you could have found out after a few minutes of looking things up on the internet, but oh… but that isn't something your tiny little brain can comprehend can it? Nah your delicate little fingers can only do things like post selfies and troll other

people for ideas on how to life a "beautifullife" haha.

What a colossal moron, the other thing that makes me laugh is her sketching skills. I find it very apropros that she chose herself as the first subject of her drawing. Take narcissism to a new height. And god… really? The marker work and the shading style, yet again ripped off from people online.

Sad just sad… give it up empty little silicone girl. Just go back to posting half naked pictures of your silicone tits, your redone face, and your materialistic travel, purses, and jewlerly you get from the men you do for money, and call it a day. Why try to pretend to be able to do anything else? Its just laughable!


**REQUEST NO. 46:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

This is so very funny. I hadn't checked on this since I replied to post, but yes it does seem like many people know of this disgusting whore.

I find it funny someone ask what she does for work on that Chinese chat site and on her recent post with her sad drawing of some living room she hash tag it "enjoymywork". I almost died laughing. Obviously she is reading all this talk about

her.

We all know her "enjoymywork" is having sex for money. Of course she does. She can not possibly think copying some interior image from a magazine is actually what an interior designer does? Or putting silly little tiffany boxes all around the house, or sad photos of books on the walls equals interior design.

Hey idiot, if you are reading this, interior designing actually requires skills, such as an actual sense of creativity that doesn't involve ripping off people online, CAD, actual design programs, understanding codes and regulations, actually understanding how to solve problems, and first and fore most actual WORK that doesn't involve opening up your legs and mouth for money. Something you could have found out after a few minutes of looking things up on the internet, but oh… but that isn't something your tiny little brain can comprehend can it? Nah your delicate little fingers can only do things like post selfies and troll other people for ideas on how to life a "beautifullife" haha.

What a colossal moron, the other thing that makes me laugh is her sketching skills. I find it very apropros that she chose herself as the first subject of her drawing. Take narcissism to a new height. And god… really? The marker work and the shading style, yet again ripped off from people online.

42

Sad just sad… give it up empty little silicone girl. Just go back to posting half naked pictures of your silicone tits, your redone face, and your materialistic travel, purses, and jewlerly you get from the men you do for money, and call it a day. Why try to pretend to be able to do anything else? Its just laughable!

**REQUEST NO. 47:**

Admit that YOU authored or co-authored the following statement:

How come she hasn't caught AIDs by now?

**REQUEST NO. 48:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

How come she hasn't caught AIDs by now?

**REQUEST NO. 49:**

Admit that YOU authored or co-authored the following statement:

Good question… but I have an inkling that it has to do with her picking very, in a weird way, clueless men who have not really messed around before. Plus she probably has a decade

43

supply of Taiwanese condoms from her last husband lol.

Anyways initially she thought only old men had money, so would target them. She has been the mistress of many in a crew that her first husband hung around with in the Bay area. They are all a part of social groups on FB as well as general Taiwanese Business Men with money social groups, you can get an idea if you look at all the groups she is involved in on FB.

She snagged the second husband and the long term previous boyfriend from hanging around those groups. Then her HO…ific friends told her to try stupid white engineer boys in the Silicon Valley cause they will go crazy over any Asian girl, plus many of them probably didn't have girlfriends before, and she said she tried some and she just wasn't into them, but it gave her the idea to start hitting up Asian American's who never had a girl hit on them before.

So from married to single, she just doesn't give a shit, she pretty much does any guy who will give her things, even while being in a "relationship" long term with another guy. She's good at pretending to be all innocent and sweet to any guy she is currently with, but that act can only go so far. Generally guys get sick of her within 3 yrs. at the max, cause one can only "ACT" for so long.

And let's face it divorced 2x's and with each husband loads of plastic surgery? Ha this poor idiot she is doing now… if

that really is an engagement ring he gave her…. yeah it looks like she is trying to hide the fact that the ring is worn at a Store and the only thing she got from there is that silly Cartier braclete that ALL the Chinese girls are wearing… yeah sooo original.

Anyways she&#'ll probably get a few more cosmetic enhancements (she's definetly not looking fresh any more) while with the next guy, get all that she can, and when she senses he isn't into her, will start screwing other men again to make sure someone will carry her while she gets what she can from the divorce procedures.

She's pretty calculating like that. She also has sex with men in power positions to help her with her legal stuff and feigns innocence during everything.


**REQUEST NO. 50:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

Good question… but I have an inkling that it has to do with her picking very, in a weird way, clueless men who have not really messed around before. Plus she probably has a decade supply of Taiwanese condoms from her last husband lol.

Anyways initially she thought only old men had money, so would

target them. She has been the mistress of many in a crew that her first husband hung around with in the Bay area. They are all a part of social groups on FB as well as general Taiwanese Business Men with money social groups, you can get an idea if you look at all the groups she is involved in on FB.

She snagged the second husband and the long term previous boyfriend from hanging around those groups. Then her HO…ific friends told her to try stupid white engineer boys in the Silicon Valley cause they will go crazy over any Asian girl, plus many of them probably didn't have girlfriends before, and she said she tried some and she just wasn't into them, but it gave her the idea to start hitting up Asian American's who never had a girl hit on them before.

So from married to single, she just doesn't give a shit, she pretty much does any guy who will give her things, even while being in a "relationship" long term with another guy. She's good at pretending to be all innocent and sweet to any guy she is currently with, but that act can only go so far. Generally guys get sick of her within 3 yrs. at the max, cause one can only "ACT" for so long.

And let's face it divorced 2x's and with each husband loads of plastic surgery? Ha this poor idiot she is doing now… if that really is an engagement ring he gave her…. yeah it looks like she is trying to hide the fact that the ring is worn at

46

a Store and the only thing she got from there is that silly Cartier braclete that ALL the Chinese girls are wearing... yeah sooo original.

Anyways she&#'ll probably get a few more cosmetic enhancements (she's definetly not looking fresh any more) while with the next guy, get all that she can, and when she senses he isn't into her, will start screwing other men again to make sure someone will carry her while she gets what she can from the divorce procedures.

She's pretty calculating like that. She also has sex with men in power positions to help her with her legal stuff and feigns innocence during everything.


**REQUEST NO. 51:**

Admit that YOU authored or co-authored the following statement:

hahaha..so funny, with so many Chinese knowing her by now (and simply doing a google search her reputation is already trashed all over internet) I wonder how long she can last. fortunately American is so big she can more to 50 diff states and hunt for a new target in each new city lol

but I wonder why these men don't pick someone more beautiful, more natural make up (there are tons of pretty asians out there, and much more educated) dunno why men would fall for

someone with 3 inch makeup and 5 inch fake eyelash. anyone seeing her, even if is a first time meet & greet, can totally tell she is a prostitute (from head to toe she looks like a prostitute no doubt) and its so obvious she is the type of girl who cannot keep her legs closed.

**REQUEST NO. 52:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

hahaha..so funny, with so many Chinese knowing her by now (and simply doing a google search her reputation is already trashed all over internet) I wonder how long she can last. fortunately American is so big she can more to 50 diff states and hunt for a new target in each new city lol

but I wonder why these men don't pick someone more beautiful, more natural make up (there are tons of pretty asians out there, and much more educated) dunno why men would fall for someone with 3 inch makeup and 5 inch fake eyelash. anyone seeing her, even if is a first time meet & greet, can totally tell she is a prostitute (from head to toe she looks like a prostitute no doubt) and its so obvious she is the type of girl who cannot keep her legs closed.

**REQUEST NO. 53:**

Admit that YOU authored or co-authored the following statement:

LOL you guys are so funny! Not sure, but men are stupid and like that other girl said, a lot of the engineer types never had a relationship probably so when a glamor girl comes on to them they think. Wow this girl is into me! She loves me! Yeah… let't see if she will love your arse if you drive a Ford pickup and take her to Denny's lol

Looks like the idiot new Boyfriend proposed to her. Hope he has a prenup, he is the third guy she is snagging for money. I guess divorcing 3 x's will be the charm lol.

**REQUEST NO. 54:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

LOL you guys are so funny! Not sure, but men are stupid and like that other girl said, a lot of the engineer types never had a relationship probably so when a glamor girl comes on to them they think. Wow this girl is into me! She loves me! Yeah… let't see if she will love your arse if you drive a Ford pickup and take her to Denny's lol

Looks like the idiot new Boyfriend proposed to her. Hope he

has a prenup, he is the third guy she is snagging for money.
I guess divorcing 3 x's will be the charm lol.


**REQUEST NO. 55:**

Admit that YOU authored or co-authored the following statement:

Will she sleep with women too lol


**REQUEST NO. 56:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

Will she sleep with women too lol


**REQUEST NO. 57:**

Admit that YOU authored or co-authored the following statement:

why isn't this piece of garbage in jail yet? she needs to be on medicine to treat her narcissist…. actually don't bother wasting medical supply on this crap.

**REQUEST NO. 58:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

why isn't this piece of garbage in jail yet? she needs to be on medicine to treat her narcissist…. actually don't bother wasting medical supply on this crap.

**REQUEST NO. 59:**

Admit that YOU authored or co-authored the following statement:

Looks like she should add Christine Lau to her list of names. The new fiance's last name is Lau. Let's see how long this one lasts. When a guy stops putting her at the center of his universe she will definitely start hitting up the old men she used to do plus new men she picks up at bars.

Always have one at the ready, her ho money from her last two marriages can only last so long.

**REQUEST NO. 60:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

Looks like she should add Christine Lau to her list of names. The new fiance's last name is Lau. Let's see how long this one lasts. When a guy stops putting her at the center of his universe she will definitely start hitting up the old men she used to do plus new men she picks up at bars.

51

Always have one at the ready, her ho money from her last two marriages can only last so long.

**REQUEST NO. 61:**

Admit that YOU authored or co-authored the following statement:

if it last longer than 12/31/2018 it's a milestone lol bet it will go downhill quickly afterwards ( too predictable this soap opera ) .

bank account isn't unlimited. Makeup can only look fresh early in the day . Go marry trump or some one with a deeper pocket with all that Chanel you need . Regardless you a a savage wearing Chanel/Dior/Hermès. You don't have class nor elegance !

**REQUEST NO. 62:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

if it last longer than 12/31/2018 it's a milestone lol bet it will go downhill quickly afterwards ( too predictable this soap opera ) .

bank account isn't unlimited. Makeup can only look fresh early in the day . Go marry trump or some one with a deeper pocket

with all that Chanel you need . Regardless you a a savage wearing Chanel/Dior/Hermès. You don't have class nor elegance !

**REQUEST NO. 63:**

Admit that YOU authored or co-authored the following statement:

Lol Tonia, the slut was sleeping with other men right after she married the last husband Nov. 2014, so who's to say she won't do it during the day while he's at work or if he is working late?

Class… non existent here. She's an attention whore. She knows people know her FB site and her whore baby handle… but she has no shame!

she still uses it cause she like all the old men she ammassed on FB! ( all with her bikini and bedroom pics by the way)

**REQUEST NO. 64:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

Lol Tonia, the slut was sleeping with other men right after she married the last husband Nov. 2014, so who's to say she won't do it during the day while he's at work or if he is

working late?

Class… non existent here. She's an attention whore. She knows people know her FB site and her whore baby handle… but she has no shame!

she still uses it cause she like all the old men she ammassed on FB! ( all with her bikini and bedroom pics by the way)

**REQUEST NO. 65:**

Admit that YOU authored or co-authored the following statement:

Hi Tiffany , sounds like she works in the men's bathroom lol Agree with what you say, we all know how this engagement/ marriage will turn out to be (no surprises) just a matter of time ( which by the way she thinks she has A TON ) but she is def not looking fresh anymore

**REQUEST NO. 66:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

Hi Tiffany , sounds like she works in the men's bathroom lol Agree with what you say, we all know how this engagement/ marriage will turn out to be (no surprises) just a matter of time ( which by the way she thinks she has A TON ) but she is

def not looking fresh anymore

**REQUEST NO. 67:**

Admit that YOU authored or co-authored the following statement:

hmmmmm. I think I know this person. I'll check out my suspicions and come back tomororw if I am correct

**REQUEST NO. 68:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

hmmmmm. I think I know this person. I'll check out my suspicions and come back tomororw if I am correct

**REQUEST NO. 69:**

Admit that YOU authored or co-authored the following statement:

So do u know her personally? I've heard she is great at acting like some delicate flower haha.

**REQUEST NO. 70:**

Admit that YOU published the following statement on the

website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

> So do u know her personally? I've heard she is great at acting like some delicate flower haha.

**REQUEST NO. 71:**

Admit that YOU authored or co-authored the following statement:

> Haha I know who you are talking about. I just found out she has a new blog. Why does she have so many accounts? christysecretgarden.blogspot.com

**REQUEST NO. 72:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

> Haha I know who you are talking about. I just found out she has a new blog. Why does she have so many accounts? christysecretgarden.blogspot.com

**REQUEST NO. 73:**

Admit that YOU authored or co-authored the following statement:

> Because she be a ho thats why. She has to have all these

secrete avenues to pick up prospective men. She is always so
worried the current money bags won't last.


**REQUEST NO. 74:**

Admit that YOU published the following statement on the
website and webpage <https://cheatersandbastards.com/christine-
yang-of-california/>:

Because she be a ho thats why. She has to have all these
secrete avenues to pick up prospective men. She is always so
worried the current money bags won't last.


**REQUEST NO. 75:**

Admit that YOU authored or co-authored the following
statement:

Haha I just found out she has a new blog. Why does she have
so many accounts?? How much money does this girl spend???
christysecretgarden.blogspot.com


**REQUEST NO. 76:**

Admit that YOU published the following statement on the
website and webpage <https://cheatersandbastards.com/christine-
yang-of-california/>:

Haha I just found out she has a new blog. Why does she have
so many accounts?? How much money does this girl spend???

christysecretgarden.blogspot.com

**REQUEST NO. 77:**

Admit that YOU authored or co-authored the following statement:

Actually the point is, she spends other people's money namely the guy she is doing at the moment. Also in general, when the said guy doesn't take her on trips, she reposts old photos. Haha she started doing that on IG a few years back. All her ho pics with her Billionar ex-husband,and some guy called her on it and asked why she was reposting old pics. Uhg, I just saw that blog, she is so original isn't she? One thing is for sure, she, herself, and herself is that most important thing in her life hahahaha.

**REQUEST NO. 78:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

Actually the point is, she spends other people's money namely the guy she is doing at the moment. Also in general, when the said guy doesn't take her on trips, she reposts old photos. Haha she started doing that on IG a few years back. All her ho pics with her Billionar ex-husband,and some guy called her

on it and asked why she was reposting old pics. Uhg, I just saw that blog, she is so original isn't she? One thing is for sure, she, herself, and herself is that most important thing in her life hahahaha.


**REQUEST NO. 79:**

Admit that YOU authored or co-authored the following statement:

Even her plastic surgery ridden friend wears clothes that are fitting of a mother on vacation with kids and friends. She obviously forgot the memo about being a mother haha. Tube top mini dress and man number #101 paying for my vacation isn't one of them.

Hahahahahaha


**REQUEST NO. 80:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

Even her plastic surgery ridden friend wears clothes that are fitting of a mother on vacation with kids and friends. She obviously forgot the memo about being a mother haha. Tube top mini dress and man number #101 paying for my vacation isn't one of them.

Hahahahahaha

**REQUEST NO. 81:**

Admit that YOU authored or co-authored the following statement:

She's very proud of that despite every body else think it's disgusting + pathetic

**REQUEST NO. 82:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

She's very proud of that despite every body else think it's disgusting + pathetic

**REQUEST NO. 83:**

Admit that YOU authored or co-authored the following statement:

she is such a psycho, seems like she was trying to mess with her ex husband's ex wife again.how much lower can you get, you are just a whore, remember that!

**REQUEST NO. 84:**

Admit that YOU published the following statement on the

website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

she is such a psycho, seems like she was trying to mess with her ex husband's ex wife again.how much lower can you get, you are just a whore, remember that!

**REQUEST NO. 85:**

Admit that YOU authored or co-authored the following statement:

She is. I used to be friends with her until I found out crap she was talking about me behind my back. She was all excited when was juggling her ex-husband, another married man, an old relator (who she pretended to work for), a Korean guy who was younger than her that owned one of the bars here in the Bay Area, and the current fiance. What the guy she's doing right now doesn't know is, that 1st Valentines date they went on to Coi was actually a place she went to with her ex-husband the year before and their first trip to Las Vegas and Taiwan was because a couple of the other guys she was trying to get to take her wouldn't. Usually girls tie strong memories with places they've been with people, but haha Halfmoon Bay was her honeymoon place with her ex! And she slept with another guy there and visited again recently with someone she supposedly loves?!

**REQUEST NO. 86:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

She is. I used to be friends with her until I found out crap she was talking about me behind my back. She was all excited when was juggling her ex-husband, another married man, an old relator (who she pretended to work for), a Korean guy who was younger than her that owned one of the bars here in the Bay Area, and the current fiance. What the guy she's doing right now doesn't know is, that 1st Valentines date they went on to Coi was actually a place she went to with her ex-husband the year before and their first trip to Las Vegas and Taiwan was because a couple of the other guys she was trying to get to take her wouldn't. Usually girls tie strong memories with places they've been with people, but haha Halfmoon Bay was her honeymoon place with her ex! And she slept with another guy there and visited again recently with someone she supposedly loves?!

**REQUEST NO. 87:**

Admit that YOU authored or co-authored the following

statement:

> Michelle, what is there not to be able to use? One can just look at her FaceBook feed and see she is at the very least a narcissist, if not the disgusting whore that she is known to be around the Bay Area, and although she may have cleaned it up recently, she always posted loads of pictures of herself around the Bay Area in 5 Star Hotels. What do you think that means? I see on her new blog she posted she has a job opportunity and I am assuming that may be your company. All I am going to say is there are too many people in the Bay Area and in many circles that know of this whore. She was the mistress of many men and as she likes to say gained Financial Freedom. How do you assume this was gained when the girl barely ever worked in her 30 something years of life with no real education and not much a her own credit history?

> I think you know the answer to any burning questions you may have by just looking at her social media handle (cbaby), her accounts, and the quality of her followers. So knowing all of this, it is really up to your company whether you will be ok with a known gold digger to represent your company. Despite having a new fiance, who is to say she may not use your platform in order to find new monetary prospects? She is a disgusting display of humanity that has no empathy for other people when it comes to her own pleasure and materialistic

63

needs. Know this and make your decision.


**REQUEST NO. 88:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

Michelle, what is there not to be able to use? One can just look at her FaceBook feed and see she is at the very least a narcissist, if not the disgusting whore that she is known to be around the Bay Area, and although she may have cleaned it up recently, she always posted loads of pictures of herself around the Bay Area in 5 Star Hotels. What do you think that means? I see on her new blog she posted she has a job opportunity and I am assuming that may be your company. All I am going to say is there are too many people in the Bay Area and in many circles that know of this whore. She was the mistress of many men and as she likes to say gained Financial Freedom. How do you assume this was gained when the girl barely ever worked in her 30 something years of life with no real education and not much a her own credit history?

I think you know the answer to any burning questions you may have by just looking at her social media handle (cbaby), her accounts, and the quality of her followers. So knowing all of this, it is really up to your company whether you will be ok

with a known gold digger to represent your company. Despite having a new fiance, who is to say she may not use your platform in order to find new monetary prospects? She is a disgusting display of humanity that has no empathy for other people when it comes to her own pleasure and materialistic needs. Know this and make your decision.

**REQUEST NO. 89:**

Admit that YOU authored or co-authored the following statement:

Haha Tiffany you should have emailed her sooner! You seem to know her personally. I don't know why this isn't enough information. I guess they can't use this site as a reputable reference… XD Too bad Michelle won't be back to see our comments. But maybe everyone else here emailed her already… lol

**REQUEST NO. 90:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

Haha Tiffany you should have emailed her sooner! You seem to know her personally. I don't know why this isn't enough information. I guess they can't use this site as a reputable

reference… XD Too bad Michelle won't be back to see our comments. But maybe everyone else here emailed her already… lol

**REQUEST NO. 91:**

Admit that YOU authored or co-authored the following statement:

she will turn the real estate platform into a living hell

**REQUEST NO. 92:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

she will turn the real estate platform into a living hell

**REQUEST NO. 93:**

Admit that YOU authored or co-authored the following statement:

For the women… I'm sure she will be more than happy to go above and beyond in those empty Million dollar plus homes around the Bay Area lol.

**REQUEST NO. 94:**

Admit that YOU published the following statement on the

website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

> For the women… I'm sure she will be more than happy to go above and beyond in those empty Million dollar plus homes around the Bay Area lol.

**REQUEST NO. 95:**

Admit that YOU authored or co-authored the following statement:

> I find it amusing she is actually looking for a job, its more net work opportunity to sleep with more men
>
> she has very low level literacy, is capable of only simple language, and will fall for you as long as you keep on complimenting her "oh! you are so pretty"
>
> she is a sick women, and a back stabber, for your own safety, stay away from her!

**REQUEST NO. 96:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

> I find it amusing she is actually looking for a job, its more net work opportunity to sleep with more men
>
> she has very low level literacy, is capable of only simple

language, and will fall for you as long as you keep on complimenting her "oh! you are so pretty"

she is a sick women, and a back stabber, for your own safety, stay away from her!


**REQUEST NO. 97:**

Admit that YOU authored or co-authored the following statement:

Hey Emily, you seem to also know her more personally. Yeah, I had a friend who used to "see" her a few years back. He picked her up at a club. When they started seeing each other she told him girls hate her because they are jealous of how beautiful she is and her "beautiful" life style haha. That is why she only had "men" friends. Yeah… he knew real quick what that meant when he saw all her hotel posts. Uhg… He also noticed the few girl friends she would hang with were ugly as hell.


**REQUEST NO. 98:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

Hey Emily, you seem to also know her more personally. Yeah, I had a friend who used to "see" her a few years back. He

picked her up at a club. When they started seeing each other she told him girls hate her because they are jealous of how beautiful she is and her "beautiful" life style haha. That is why she only had "men" friends. Yeah… he knew real quick what that meant when he saw all her hotel posts. Uhg… He also noticed the few girl friends she would hang with were ugly as hell.


**REQUEST NO. 99:**

Admit that YOU authored or co-authored the following statement:

lol hope your friend got out of that relationship before she drained his bank account. its impossible for her to hang out with talented friends, intelligent women would never lower themselves to be friends with this whore. all she talks about all day is beauty, bags, and crap.

**REQUEST NO. 100:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

lol hope your friend got out of that relationship before she drained his bank account. its impossible for her to hang out with talented friends, intelligent women would never lower themselves to be friends with this whore. all she talks about

all day is beauty, bags, and crap.


**REQUEST NO. 101:**

Admit that YOU authored or co-authored the following statement:

this whore moving to the east coast now?


**REQUEST NO. 102:**

Admit that YOU published the following statement on the website and webpage <https://cheatersandbastards.com/christine-yang-of-california/>:

this whore moving to the east coast now?


**REQUEST NO. 103:**

Admit that YOU authored or co-authored the following statement:

Here is her single's profile in Taiwan. She calls herself Christy Baby 96. Nasty, she uses the same name handle she used to post videos of her kid on YouTube. http://www.igonet.com.tw/article_view.php?pid=321 Apparently she not only messed up that other lady's marriage, she was also the mistress of her last husband. His ex-wife openly trashes her in the Taiwanese business community telling everyone it is because of her they ended up divorcing. She

however has the last laugh because her husband hands of her old cast off homes for that whore to live at. There is a reason why she doesn't have a digital footprint. It's because she never owned anything in her life. It was all homes of the men she had sex with for money, a roof over her head, and material goods… In other words a hooker.

**REQUEST NO. 104:**

Admit that YOU published the following statement on the website and webpage <https://shesahomewrecker.com/christine-yang-freemont-california/>:

Here is her single's profile in Taiwan. She calls herself Christy Baby 96. Nasty, she uses the same name handle she used to post videos of her kid on YouTube. http://www.igonet.com.tw/article_view.php?pid=321 Apparently she not only messed up that other lady's marriage, she was also the mistress of her last husband. His ex-wife openly trashes her in the Taiwanese business community telling everyone it is because of her they ended up divorcing. She however has the last laugh because her husband hands of her old cast off homes for that whore to live at. There is a reason why she doesn't have a digital footprint. It's because she never owned anything in her life. It was all homes of the men she had sex with for money, a roof over her head, and

material goods… In other words a hooker.

**REQUEST NO. 105:**

Admit that YOU authored or co-authored the following statement:

She's already engaged to a Chinese guy. She has a huge engagement ring too. She goes to places like France, Japan, Dubai, and so forth. She wouldn't want to be with anyone unless they're extremely rich.

**REQUEST NO. 106:**

Admit that YOU published the following statement on the website and webpage <https://shesahomewrecker.com/christine-yang-freemont-california/>:

She's already engaged to a Chinese guy. She has a huge engagement ring too. She goes to places like France, Japan, Dubai, and so forth. She wouldn't want to be with anyone unless they're extremely rich.

**REQUEST NO. 107:**

Admit that YOU authored or co-authored the following statement:

This girl named Christine Yang, also known as Christine Hu is a piece of Taiwanese garbage. She is roughly around 36 and

72

has married 2 men both close to if not over 20 yrs. her senior. She has never worked a day of her life accept the oldest on in the book. (facebook.com/christine.yang.739) Money is her objective so when the first husband was about to call it quits, she got pregnant. Didn't matter, she was such a terrible mother she never got custody of her. Meanwhile she found her next target, a cross-dressing bisexual. He paid for her lifestyle so she put a blind eye to his BS, for 4 years, until she found a super rich old business tycoon from Taipei. She married his old saggy butt for the gifts and expensive trips he takes her on ( which is what she tells younger men she has sex with). While married.. or possibly still married to that guy, she is having sex with anything else that is married or single. Yes… she seduced even my husband. The only man I was with for 21 yrs. and 17 yrs. of marriage. The man I had 2 kids with that hated skanky girls like this one. Oh.. she played her innocent cards with him. He was introduced to her by her friend who… wanted some whores to entertain her business meeting and called her in to join in… and she lied saying that she actually worked in Realestate. ( I noticed around him she would wear very demure clothing.) Her last husband or is it still current? She lied so much to everyone… gave her a full body haul. Breast implants… you name it. She makes herself look like a little innocent Asian doll.

Apparently she spends her days manipulating her FB posts so that her friends back in Taipei will be jealous of her.

So in order to do that, she chooses which guy will take her out on the most expensive dinner, hotel, or trip and then will post it on her FB page. My husband was an idiot enough to think she was a normal person and was "into" him. In the space of a year, granted it was on and off because she had other men to have sex with and get gifts from, he spent close to $30,000 on her on $1,200 a/night hotels and $500 Michelin dinners. This from a man that thought a $65 shirt was over the top. We are not rich by any means. I found out later, the girlfriend of the cross dresser found out how much her boyfriend spent on that whore and went ballistic. She said exactly what I said, which is, she bleeds men to death of their finances. She however, has ties to the Taiwanese community here and has been telling people about her. So why is she angry about a past girlfriend? Because this piece of work still keeps in contact with all the men she's slept with for "just incase" sex sessions and "just incase" financial needs if one money bags slips through her grasps. Which accounts for her on and off relationship with my husband. So any who, when I did the cross check of credit card bills, email histories, etc. against her FB posts. Basically the whore would get other dates and sex session inline while at

74

hotels with other men and many times would go to the same hotels around the bay area with not only her husband, but the many different men she had been with. She has probably been to a good 70% of all the 5 star hotels around the WHOLE of the bay area, wine country, and Las Vegas. She is obsessed with her phone. So you will probably see her around Fremont, Santana Row San Jose, San Francisco, Palo Alto, Mountain View and Las Vegas taking selfies of herself or getting the poor schmuck she is screwing her to take her whoretastic pictures. Mean while how disgusting is this?

Her husband or ex…the Taiwanese Tycoon from Taipei, owns several homes around the Bay area. He demoted her from his mansion to one of his crappier homes in Fremont cause he found out she was sleeping around, but decided he invested enough in her to keep her as his side whore. Anyways, he has a large box of condoms at the house for his open house sex visits, and the whore actually walks around with them in her purse to use with other men!!! She is such an idiot, she thinks she is being coy by not posting pictures with men's faces, but in her "food" pics there are always arms, watches, phones, bellys, shirts, etc. caught and you can tell they are from different men. (At least 6 in just this past 9 months and that is without all her posts… as she will show and hide things all the time) What a disgusting piece of trash. I mean

75

who does this? She who's father left her mother for another woman, who grew up with the pain of divorce and infidelity actually said to my husband she was fine that he was married and had two kids. She just wanted to have fun! She didn't care that she would destroy a relationship of over 20 yrs, much less 2 other kid's lives. SO SHE COULD HAVE FUN! While posting pictures of herself drappen on beds all around the Bay area, she posts pictures of herself with her daughter… with locations stamps!!!

Who does that and opens up their FB to public? She should be thrown in jail for endangerment of a minor. So be careful ladies of the Bay area, she doesn't care if the men are married or old, as long as they pay for an expensive dinner and a nice hotel she'll gladly have sex with them because it is "FUN" and she can make her friend back home jealous. Check out her FB page and you'll know what I mean : facebook.com/christine.yang.739 By the way all these pictures are on her public facing page.


**REQUEST NO. 108:**

Admit that YOU published the following statement on the website and webpage <https://shesahomewrecker.com/christine-yang-hu-freemont-california/>:

This girl named Christine Yang, also known as Christine Hu
is a piece of Taiwanese garbage. She is roughly around 36
and has married 2 men both close to if not over 20 yrs. her
senior. She has never worked a day of her life accept the
oldest on in the book. (facebook.com/christine.yang.739)
Money is her objective so when the first husband was about
to call it quits, she got pregnant. Didn't matter, she was
such a terrible mother she never got custody of her.
Meanwhile she found her next target, a cross-dressing
bisexual. He paid for her lifestyle so she put a blind eye
to his BS, for 4 years, until she found a super rich old
business tycoon from Taipei. She married his old saggy butt
for the gifts and expensive trips he takes her on ( which
is what she tells younger men she has sex with). While
married.. or possibly still married to that guy, she is
having sex with anything else that is married or single.
Yes… she seduced even my husband. The only man I was with
for 21 yrs. and 17 yrs. of marriage. The man I had 2 kids
with that hated skanky girls like this one. Oh.. she played
her innocent cards with him. He was introduced to her by
her friend who… wanted some whores to entertain her
business meeting and called her in to join in… and she lied
saying that she actually worked in Realestate. ( I noticed
around him she would wear very demure clothing.) Her last

husband or is it still current? She lied so much to everyone… gave her a full body haul. Breast implants… you name it. She makes herself look like a little innocent Asian doll. Apparently she spends her days manipulating her FB posts so that her friends back in Taipei will be jealous of her.

So in order to do that, she chooses which guy will take her out on the most expensive dinner, hotel, or trip and then will post it on her FB page. My husband was an idiot enough to think she was a normal person and was "into" him. In the space of a year, granted it was on and off because she had other men to have sex with and get gifts from, he spent close to $30,000 on her on $1,200 a/night hotels and $500 Michelin dinners. This from a man that thought a $65 shirt was over the top. We are not rich by any means. I found out later, the girlfriend of the cross dresser found out how much her boyfriend spent on that whore and went ballistic. She said exactly what I said, which is, she bleeds men to death of their finances. She however, has ties to the Taiwanese community here and has been telling people about her. So why is she angry about a past girlfriend? Because this piece of work still keeps in contact with all the men she's slept with for "just incase" sex sessions and "just incase" financial needs if one money bags slips through her

grasps. Which accounts for her on and off relationship with my husband. So any who, when I did the cross check of credit card bills, email histories, etc. against her FB posts. Basically the whore would get other dates and sex session inline while at hotels with other men and many times would go to the same hotels around the bay area with not only her husband, but the many different men she had been with. She has probably been to a good 70% of all the 5 star hotels around the WHOLE of the bay area, wine country, and Las Vegas. She is obsessed with her phone. So you will probably see her around Fremont, Santana Row San Jose, San Francisco, Palo Alto, Mountain View and Las Vegas taking selfies of herself or getting the poor schmuck she is screwing her to take her whoretastic pictures. Mean while how disgusting is this?

Her husband or ex…the Taiwanese Tycoon from Taipei, owns several homes around the Bay area. He demoted her from his mansion to one of his crappier homes in Fremont cause he found out she was sleeping around, but decided he invested enough in her to keep her as his side whore. Anyways, he has a large box of condoms at the house for his open house sex visits, and the whore actually walks around with them in her purse to use with other men!!! She is such an idiot, she thinks she is being coy by not posting pictures with

men's faces, but in her "food" pics there are always arms, watches, phones, bellys, shirts, etc. caught and you can tell they are from different men. (At least 6 in just this past 9 months and that is without all her posts… as she will show and hide things all the time) What a disgusting piece of trash. I mean who does this? She who's father left her mother for another woman, who grew up with the pain of divorce and infidelity actually said to my husband she was fine that he was married and had two kids. She just wanted to have fun! She didn't care that she would destroy a relationship of over 20 yrs, much less 2 other kid's lives. SO SHE COULD HAVE FUN! While posting pictures of herself drappen on beds all around the Bay area, she posts pictures of herself with her daughter… with locations stamps!!! Who does that and opens up their FB to public? She should be thrown in jail for endangerment of a minor. So be careful ladies of the Bay area, she doesn't care if the men are married or old, as long as they pay for an expensive dinner and a nice hotel she'll gladly have sex with them because it is "FUN" and she can make her friend back home jealous. Check out her FB page and you'll know what I mean : facebook.com/christine.yang.739 By the way all these pictures are on her public facing page.

**REQUEST NO. 109:**

Admit that YOU authored or co-authored the following statement:

Roughly around 37 yrs. old, Christine Yang has been divorced 2 times, possibly 3, all to men at least 20 yrs. her senior. While married will continue to sleep with both single and other married men in order to keep other revenues of money open.rnrnPuts on an act to be everything that particular man wants, while conning them into giving her expensive trips, material goods, and money. Ultimate goal with marriages is the money she receives after the divorce.rnrnShe will pull stunts like pretending her credit card has "problems" while out shopping with which ever man she is with and has them pay for her items.rnrnWas mistress of last husband Limin Hu and very prominent Taiwanese man who was the CEO of Ellie Mae here in the states. While married to him in Nov. 2014 slept with many other men including certain married men in the bay area because she knew her days were numbered with Limin. He had caught her cheating not 3 months after they were married.

**REQUEST NO. 110:**

Admit that YOU published the following statement on the website and webpage <https://www.anti-scam.org/scammer/5824.html>:

Roughly around 37 yrs. old, Christine Yang has been divorced

2 times, possibly 3, all to men at least 20 yrs. her senior. While married will continue to sleep with both single and other married men in order to keep other revenues of money open.rnrnPuts on an act to be everything that particular man wants, while conning them into giving her expensive trips, material goods, and money. Ultimate goal with marriages is the money she receives after the divorce.rnrnShe will pull stunts like pretending her credit card has "problems" while out shopping with which ever man she is with and has them pay for her items.rnrnWas mistress of last husband Limin Hu and very prominent Taiwanese man who was the CEO of Ellie Mae here in the states. While married to him in Nov. 2014 slept with many other men including certain married men in the bay area because she knew her days were numbered with Limin. He had caught her cheating not 3 months after they were married.

**REQUEST NO. 111:**

Admit that YOU authored or co-authored the following statement:

Here is her single's profile in Taiwan. She calls herself Christy Baby 96. Nasty, she uses the same name handle she used to post videos of her kid on YouTube. http://www.igonet.com.tw/article_view.php?pid=321 Apparently she not only messed up that other lady's marriage, she was

also the mistress of her last husband. His ex-wife openly trashes her in the Taiwanese business community telling everyone it is because of her they ended up divorcing. She however has the last laugh because her husband hands of her old cast off homes for that whore to live at. There is a reason why she doesn't have a digital footprint. It's because she never owned anything in her life. It was all homes of the men she had sex with for money, a roof over her head, and material goods… In other words a hooker.

**REQUEST NO. 112:**

Admit that YOU published the following statement on the website and webpage <https://reportcheater.com/06/christine-yang-freemont-california/>:

Here is her single's profile in Taiwan. She calls herself Christy Baby 96. Nasty, she uses the same name handle she used to post videos of her kid on YouTube. http://www.igonet.com.tw/article_view.php?pid=321 Apparently she not only messed up that other lady's marriage, she was also the mistress of her last husband. His ex-wife openly trashes her in the Taiwanese business community telling everyone it is because of her they ended up divorcing. She however has the last laugh because her husband hands of her old cast off homes for that whore to live at. There is a

reason why she doesn't have a digital footprint. It's because she never owned anything in her life. It was all homes of the men she had sex with for money, a roof over her head, and material goods… In other words a hooker.

**REQUEST NO. 113:**

Admit that YOU authored or co-authored the following statement:

Here is her single's profile in Taiwan. She calls herself Christy Baby 96. Nasty, she uses the same name handle she used to post videos of her kid on YouTube. http://www.igonet.com.tw/article_view.php?pid=321 Apparently she not only messed up that other lady's marriage, she was also the mistress of her last husband. His ex-wife openly trashes her in the Taiwanese business community telling everyone it is because of her they ended up divorcing. She however has the last laugh because her husband hands of her old cast off homes for that whore to live at. There is a reason why she doesn't have a digital footprint. It's because she never owned anything in her life. It was all homes of the men she had sex with for money, a roof over her head, and material goods… In other words a hooker.

**REQUEST NO. 114:**

Admit that YOU published the following statement on the website and webpage <https://reportcheatingonline.com/christine-yang-freemont-california/>:

Here is her single's profile in Taiwan. She calls herself Christy Baby 96. Nasty, she uses the same name handle she used to post videos of her kid on YouTube. http://www.igonet.com.tw/article_view.php?pid=321 Apparently she not only messed up that other lady's marriage, she was also the mistress of her last husband. His ex-wife openly trashes her in the Taiwanese business community telling everyone it is because of her they ended up divorcing. She however has the last laugh because her husband hands of her old cast off homes for that whore to live at. There is a reason why she doesn't have a digital footprint. It's because she never owned anything in her life. It was all homes of the men she had sex with for money, a roof over her head, and material goods... In other words a hooker.

**REQUEST NO. 115:**

Admit that YOU authored or co-authored the following statement:

This girl named Christine Yang, also known as Christine Hu is a piece of Taiwanese garbage. She is roughly around 36 and has married 2 men both close to if not over 20 yrs. her

senior. She has never worked a day of her life accept the oldest on in the book. (facebook.com/christine.yang.739) Money is her objective so when the first husband was about to call it quits, she got pregnant. Didn't matter, she was such a terrible mother she never got custody of her. Meanwhile she found her next target, a cross-dressing bisexual. He paid for her lifestyle so she put a blind eye to his BS, for 4 years, until she found a super rich old business tycoon from Taipei. She married his old saggy butt for the gifts and expensive trips he takes her on ( which is what she tells younger men she has sex with). While married.. or possibly still married to that guy, she is having sex with anything else that is married or single. Yes… she seduced even my husband. The only man I was with for 21 yrs. and 17 yrs. of marriage. The man I had 2 kids with that hated skanky girls like this one. Oh.. she played her innocent cards with him. He was introduced to her by her friend who… wanted some whores to entertain her business meeting and called her in to join in… and she lied saying that she actually worked in Real Estate. ( I noticed around him she would wear very demure clothing.) Her last husband or is it still current? She lied so much to everyone… gave her a full body haul. Breast implants… you name it. She makes herself look like a little innocent Asian doll. Apparently she spends her days manipulating her FB posts so

that her friends back in Taipei will be jealous of her. So in order to do that, she chooses which guy will take her out on the most expensive dinner, hotel, or trip and then will post it on her FB page. My husband was an idiot enough to think she was a normal person and was "into" him. In the space of a year, granted it was on and off because she had other men to have sex with and get gifts from, he spent close to $30,000 on her on $1,200 a/night hotels and $500 Michelin dinners. This from a man that thought a $65 shirt was over the top. We are not rich by any means. I found out later, the girlfriend of the cross dresser found out how much her boyfriend spent on that whore and went ballistic. She said exactly what I said, which is, she bleeds men to death of their finances. She however, has ties to the Taiwanese community here and has been telling people about her. So why is she angry about a past girlfriend? Because this piece of work still keeps in contact with all the men she's slept with for "just incase" sex sessions and "just incase" financial needs if one money bags slips through her grasps. Which accounts for her on and off relationship with my husband. So any who, when I did the cross check of credit card bills, email histories, etc. against her FB posts. Basically the whore would get other dates and sex session inline while at hotels with other men and many times would go to the same hotels around the bay

87

area with not only her husband, but the many different men she had been with. She has probably been to a good 70% of all the 5 star hotels around the WHOLE of the bay area, wine country, and Las Vegas. She is obsessed with her phone. So you will probably see her around Fremont, Santana Row San Jose, San Francisco, Palo Alto, Mountain View and Las Vegas taking selfies of herself or getting the poor schmuck she is screwing her to take her whoretastic pictures. Mean while how disgusting is this? Her husband or ex…the Taiwanese Tycoon from Taipei, owns several homes around the Bay area. He demoted her from his mansion to one of his crappier homes in Fremont cause he found out she was sleeping around, but decided he invested enough in her to keep her as his side whore. Anyways, he has a large box of condoms at the house for his open house sex visits, and the whore actually walks around with them in her purse to use with other men!!! She is such an idiot, she thinks she is being coy by not posting pictures with men's faces, but in her "food" pics there are always arms, watches, phones, bellys, shirts, etc. caught and you can tell they are from different men. (At least 6 in just this past 9 months and that is without all her posts… as she will show and hide things all the time) What a disgusting piece of trash. I mean who does this? She who's father left her mother for another woman, who grew up with the pain of

divorce and infidelity actually said to my husband she was fine that he was married and had two kids. She just wanted to have fun! She didn't care that she would destroy a relationship of over 20 yrs, much less 2 other kid's lives. SO SHE COULD HAVE FUN! While posting pictures of herself drappen on beds all around the Bay area, she posts pictures of herself with her daughter… with locations stamps!!! Who does that and opens up their FB to public? She should be thrown in jail for endangerment of a minor. So be careful ladies of the Bay area, she doesn't care if the men are married or old, as long as they pay for an expensive dinner and a nice hotel she'll gladly have sex with them because it is "FUN" and she can make her friend back home jealous. Check out her FB page and you'll know what I mean : facebook.com/christine.yang.739 By the way all these pictures are on her public facing page.

**REQUEST NO. 116:**

Admit that YOU published the following statement on the website and webpage <https://reportcheatingwife.com/christine-yang-hu-freemont-california/>:

This girl named Christine Yang, also known as Christine Hu is a piece of Taiwanese garbage. She is roughly around 36 and has married 2 men both close to if not over 20 yrs. her

senior. She has never worked a day of her life accept the oldest on in the book. (facebook.com/christine.yang.739) Money is her objective so when the first husband was about to call it quits, she got pregnant. Didn't matter, she was such a terrible mother she never got custody of her. Meanwhile she found her next target, a cross-dressing bisexual. He paid for her lifestyle so she put a blind eye to his BS, for 4 years, until she found a super rich old business tycoon from Taipei. She married his old saggy butt for the gifts and expensive trips he takes her on ( which is what she tells younger men she has sex with). While married.. or possibly still married to that guy, she is having sex with anything else that is married or single. Yes… she seduced even my husband. The only man I was with for 21 yrs. and 17 yrs. of marriage. The man I had 2 kids with that hated skanky girls like this one. Oh.. she played her innocent cards with him. He was introduced to her by her friend who… wanted some whores to entertain her business meeting and called her in to join in… and she lied saying that she actually worked in Real Estate. ( I noticed around him she would wear very demure clothing.) Her last husband or is it still current? She lied so much to everyone… gave her a full body haul. Breast implants… you name it. She makes herself look like a little innocent Asian doll. Apparently she spends her days manipulating her FB posts so

that her friends back in Taipei will be jealous of her. So in order to do that, she chooses which guy will take her out on the most expensive dinner, hotel, or trip and then will post it on her FB page. My husband was an idiot enough to think she was a normal person and was "into" him. In the space of a year, granted it was on and off because she had other men to have sex with and get gifts from, he spent close to $30,000 on her on $1,200 a/night hotels and $500 Michelin dinners. This from a man that thought a $65 shirt was over the top. We are not rich by any means. I found out later, the girlfriend of the cross dresser found out how much her boyfriend spent on that whore and went ballistic. She said exactly what I said, which is, she bleeds men to death of their finances. She however, has ties to the Taiwanese community here and has been telling people about her. So why is she angry about a past girlfriend? Because this piece of work still keeps in contact with all the men she's slept with for "just incase" sex sessions and "just incase" financial needs if one money bags slips through her grasps. Which accounts for her on and off relationship with my husband. So any who, when I did the cross check of credit card bills, email histories, etc. against her FB posts. Basically the whore would get other dates and sex session inline while at hotels with other men and many times would go to the same hotels around the bay

area with not only her husband, but the many different men she had been with. She has probably been to a good 70% of all the 5 star hotels around the WHOLE of the bay area, wine country, and Las Vegas. She is obsessed with her phone. So you will probably see her around Fremont, Santana Row San Jose, San Francisco, Palo Alto, Mountain View and Las Vegas taking selfies of herself or getting the poor schmuck she is screwing her to take her whoretastic pictures. Mean while how disgusting is this? Her husband or ex…the Taiwanese Tycoon from Taipei, owns several homes around the Bay area. He demoted her from his mansion to one of his crappier homes in Fremont cause he found out she was sleeping around, but decided he invested enough in her to keep her as his side whore. Anyways, he has a large box of condoms at the house for his open house sex visits, and the whore actually walks around with them in her purse to use with other men!!! She is such an idiot, she thinks she is being coy by not posting pictures with men's faces, but in her "food" pics there are always arms, watches, phones, bellys, shirts, etc. caught and you can tell they are from different men. (At least 6 in just this past 9 months and that is without all her posts… as she will show and hide things all the time) What a disgusting piece of trash. I mean who does this? She who's father left her mother for another woman, who grew up with the pain of

divorce and infidelity actually said to my husband she was fine that he was married and had two kids. She just wanted to have fun! She didn't care that she would destroy a relationship of over 20 yrs, much less 2 other kid's lives. SO SHE COULD HAVE FUN! While posting pictures of herself drappen on beds all around the Bay area, she posts pictures of herself with her daughter… with locations stamps!!! Who does that and opens up their FB to public? She should be thrown in jail for endangerment of a minor. So be careful ladies of the Bay area, she doesn't care if the men are married or old, as long as they pay for an expensive dinner and a nice hotel she'll gladly have sex with them because it is "FUN" and she can make her friend back home jealous. Check out her FB page and you'll know what I mean : facebook.com/christine.yang.739 By the way all these pictures are on her public facing page.

**REQUEST NO. 117:**

Admit that YOU authored or co-authored the following statement:

a piece of Taiwanese garbage. She is roughly around 36 and has married 2 men both close to if not over 20 yrs. her senior. She has never worked a day of her life accept the oldest on in the book. (facebook.com/christine.yang.739)

Money is her objective so when the first husband was about to call it quits, she got pregnant. Didn't matter, she was such a terrible mother she never got custody of her. Meanwhile she found her next target, a crossdressing bisexual. He paid for her lifestyle so she put a blind eye to his BS, for 4 years, until she found a super rich old business tycoon from Taipei. She married his old saggy butt for the gifts and expensive trips he takes her on ( which is what she tells younger men she has sex with). While married.. or possibly still married to that guy, she is having sex with anything else that is married or single. Yes... she seduced even my husband. The only man I was with for 21 yrs. and 17 yrs. of marriage. The man I had 2 kids with that hated skanky girls like this one. Oh.. she played her innocent cards with him. He was introduced to her by her friend who... wanted some whores to entertain her business meeting and called her in to join in... and she lied saying that she actually worked in Real Estate. ( I noticed around him she would wear very demure clothing.) Her last husband or is it still current? She lied so much to everyone... gave her a full body haul. Breast implants... you name it. She makes herself look like a little innocent Asian doll. Apparently she spends her days manipulating her FB posts so that her friends back in Taipei will be jealous of her. So in order to do that, she chooses which guy will take her out

94

on the most expensive dinner, hotel, or trip and then will post it on her FB page. My husband was an idiot enough to think she was a normal person and was "into" him. In the space of a year, granted it was on and off because she had other men to have sex with and get gifts from, he spent close to $30,000 on her on $1,200 a/night hotels and $500 Michelin dinners. This from a man that thought a $65 shirt was over the top. We are not rich by any means. I found out later, the girlfriend of the cross dresser found out how much her boyfriend spent on that whore and went ballistic. She said exactly what I said, which is, she bleeds men to death of their finances. She however, has ties to the Taiwanese community here and has been telling people about her. So why is she angry about a past girlfriend? Because this piece of work still keeps in contact with all the men she's slept with for "just incase" sex sessions and "just incase" financial needs if one money bags slips through her grasps. Which accounts for her on and off relationship with my husband. So any who, when I did the cross check of credit card bills, email histories, etc. against her FB posts. Basically the whore would get other dates and sex session inline while at hotels with other men and many times would go to the same hotels around the bay area with not only her husband, but the many different men she had been with. She has probably been

95

to a good 70% of all the 5 star hotels around the WHOLE of the bay area, wine country, and Las Vegas. She is obsessed with her phone. So you will probably see her around Fremont, Santana Row San Jose, San Francisco, Palo Alto, Mountain View and Las Vegas taking selfies of herself or getting the poor schmuck she is screwing her to take her whoretastic pictures. Mean while how disgusting is this?

Her husband or ex...the Taiwanese Tycoon from Taipei, owns several homes around the Bay area. He demoted her from his mansion to one of his crappier homes in Fremont cause he found out she was sleeping around, but decided he invested enough in her to keep her as his side whore. Anyways, he has a large box of condoms at the house for his open house sex visits, and the whore actually walks around with them in her purse to use with other men!!! She is such an idiot, she thinks she is being coy by not posting pictures with men's faces, but in her "food" pics there are always arms, watches, phones, bellys, shirts, etc. caught and you can tell they are from different men. (At least 6 in just this past 9 months and that is without all her posts... as she will show and hide things all the time) What a disgusting piece of trash. I mean who does this? She who's father left her mother for another woman, who grew up with the pain of divorce and infidelity actually said to my husband she was fine that he was married

and had two kids. She just wanted to have fun! She didn't care that she would destroy a relationship of over 20 yrs, much less 2 other kid's lives. SO SHE COULD HAVE FUN! While posting pictures of herself drappen on beds all around the Bay area, she posts pictures of herself with her daughter... with locations stamps!!! Who does that and opens up their FB to public? She should be thrown in jail for endangerment of a minor. So be careful ladies of the Bay area, she doesn't care if the men are married or old, as long as they pay for an expensive dinner and a nice hotel she'll gladly have sex with them because it is "FUN" and she can make her friend back home jealous. Check out her FB page and you'll know what I mean : facebook.com/christine.yang.739 By the way all these pictures are on her public facing page.

**REQUEST NO. 118:**

Admit that YOU published the following statement on the website and webpage <https://www.datingcomplaints.co/christine-yang-hu-freemont-california/>:

This girl named Christine Yang, also known as Christine Hu is a piece of Taiwanese garbage. She is roughly around 36 and has married 2 men both close to if not over 20 yrs. her senior. She has never worked a day of her life accept the oldest on in the book. (facebook.com/christine.yang.739)

Money is her objective so when the first husband was about to call it quits, she got pregnant. Didn't matter, she was such a terrible mother she never got custody of her. Meanwhile she found her next target, a crossdressing bisexual. He paid for her lifestyle so she put a blind eye to his BS, for 4 years, until she found a super rich old business tycoon from Taipei. She married his old saggy butt for the gifts and expensive trips he takes her on ( which is what she tells younger men she has sex with). While married.. or possibly still married to that guy, she is having sex with anything else that is married or single. Yes... she seduced even my husband. The only man I was with for 21 yrs. and 17 yrs. of marriage. The man I had 2 kids with that hated skanky girls like this one. Oh.. she played her innocent cards with him. He was introduced to her by her friend who... wanted some whores to entertain her business meeting and called her in to join in... and she lied saying that she actually worked in Real Estate. ( I noticed around him she would wear very demure clothing.) Her last husband or is it still current? She lied so much to everyone... gave her a full body haul. Breast implants... you name it. She makes herself look like a little innocent Asian doll. Apparently she spends her days manipulating her FB posts so that her friends back in Taipei will be jealous of her. So in order to do that, she chooses which guy will take her out

on the most expensive dinner, hotel, or trip and then will post it on her FB page. My husband was an idiot enough to think she was a normal person and was "into" him. In the space of a year, granted it was on and off because she had other men to have sex with and get gifts from, he spent close to $30,000 on her on $1,200 a/night hotels and $500 Michelin dinners. This from a man that thought a $65 shirt was over the top. We are not rich by any means. I found out later, the girlfriend of the cross dresser found out how much her boyfriend spent on that whore and went ballistic. She said exactly what I said, which is, she bleeds men to death of their finances. She however, has ties to the Taiwanese community here and has been telling people about her. So why is she angry about a past girlfriend? Because this piece of work still keeps in contact with all the men she's slept with for "just incase" sex sessions and "just incase" financial needs if one money bags slips through her grasps. Which accounts for her on and off relationship with my husband. So any who, when I did the cross check of credit card bills, email histories, etc. against her FB posts. Basically the whore would get other dates and sex session inline while at hotels with other men and many times would go to the same hotels around the bay area with not only her husband, but the many different men she had been with. She has probably been

99

to a good 70% of all the 5 star hotels around the WHOLE of the bay area, wine country, and Las Vegas. She is obsessed with her phone. So you will probably see her around Fremont, Santana Row San Jose, San Francisco, Palo Alto, Mountain View and Las Vegas taking selfies of herself or getting the poor schmuck she is screwing her to take her whoretastic pictures. Mean while how disgusting is this?

Her husband or ex...the Taiwanese Tycoon from Taipei, owns several homes around the Bay area. He demoted her from his mansion to one of his crappier homes in Fremont cause he found out she was sleeping around, but decided he invested enough in her to keep her as his side whore. Anyways, he has a large box of condoms at the house for his open house sex visits, and the whore actually walks around with them in her purse to use with other men!!! She is such an idiot, she thinks she is being coy by not posting pictures with men's faces, but in her "food" pics there are always arms, watches, phones, bellys, shirts, etc. caught and you can tell they are from different men. (At least 6 in just this past 9 months and that is without all her posts... as she will show and hide things all the time) What a disgusting piece of trash. I mean who does this? She who's father left her mother for another woman, who grew up with the pain of divorce and infidelity actually said to my husband she was fine that he was married

100

and had two kids. She just wanted to have fun! She didn't care that she would destroy a relationship of over 20 yrs, much less 2 other kid's lives. SO SHE COULD HAVE FUN! While posting pictures of herself drappen on beds all around the Bay area, she posts pictures of herself with her daughter... with locations stamps!!! Who does that and opens up their FB to public? She should be thrown in jail for endangerment of a minor. So be careful ladies of the Bay area, she doesn't care if the men are married or old, as long as they pay for an expensive dinner and a nice hotel she'll gladly have sex with them because it is "FUN" and she can make her friend back home jealous. Check out her FB page and you'll know what I mean : facebook.com/christine.yang.739 By the way all these pictures are on her public facing page.


**REQUEST NO. 119:**

Admit that YOU sent an email to mhenderson@realtor-recruting.com, which stated:

Good evening, I saw your post regarding background check on Ms Christine Yang on a real estate job. I have had connections with her in the past, and would say it is not advised your company to recruit her. Her goal is to sleep with with men, regardless married or single, and has ruined many families and relationships. She is uneducated, and motivations are

always questionable

The comments on the website are all valid, and for the

sake of you and your company's image, I strongly advise

you consider other candidates.

Thank you for reading.


**REQUEST NO. 120:**

Admit that YOU sent an email to mhenderson@realtor-

recruting.com, which stated:

I always believed in women helping each other out, and

would not be writing to you if my life in the past hadn't

turned into a circus because of Christine Yang, this

very candidate you are screening. For everyone's sanity,

I strongly recommend you drop this candidate in your

recruiting process.


**REQUEST NO. 121:**

Admit that YOU are acquainted with Julia Kim, the defendant

in the lawsuit *Yang v. Kim*, Case No. 19CV349841, pending in the

California Superior Court for Santa Clara County ("Julia Kim").


**REQUEST NO. 122:**

Admit that YOU have communicated with Julia Kim.

**REQUEST NO. 123:**

Admit that the allegedly defamatory statements identified in Paragraphs 18, 20, 22, 24, 26, 28, 29, and 30 of the Complaint are false.

**REQUEST NO. 124:**

Admit that YOU knew that the allegedly defamatory statements identified in Paragraphs 18, 20, 22, 24, 26, 28, 29, and 30 of the Complaint were false when they were published.

**REQUEST NO. 125:**

Admit that YOU did not know whether the allegedly defamatory statements identified in Paragraphs 18, 20, 22, 24, 26, 28, 29, and 30 of the Complaint were true or false when they were published.

**REQUEST NO. 126:**

Admit that you have no basis for believing that the allegedly defamatory statements identified in Paragraphs 18, 20, 22, 24, 26, 28, 29, and 30 of the Complaint are true.

Respectfully submitted,
**Trimboli & Prusinowski, LLC**


 s/James Prusinowski_____
James T. Prusinowski, Esq. (0729)

Dated: April 2, 2020

103