Exhibit 9

**KRONENBERGER ROSENFELD, LLP**

Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
Tomasz R. Barczyk (CA Bar No. 312620)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
tomasz@KRInternetLaw.com

Attorneys for Plaintiff
Tzuhsin Yang

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF SANTA CLARA**
**UNLIMITED CIVIL**

|  |  |
|---|---|
| **TZUHSIN YANG**, an individual, | Case No. 19CV349841 |
| Plaintiff, | **DECLARATION OF DOMINGO RIVERA UNDER CAL. EVID. CODE §1561(a)** |
| v. | |
| **JULIA KIM**, an individual, and **JOHN DOES 2–20**, | |
| Defendants. | |

Case No. 19CV349841

DECLARATION OF DOMINGO RIVERA
UNDER CAL. EVID. CODE §1561

YANG_002088

YANG021588

I, Domingo Rivera, certify and declare as follows:

1.    I am an attorney residing in Virginia and an active member of the Virginia bar. I am over the age of eighteen years, and I am not a party to this action. I have personal knowledge of each fact stated in this declaration.

2.    I consult with several businesses, including CheatersandBastards.com, regarding computer forensics, including the maintenance and retrieval of website data. I also regularly serve as a consulting and testifying expert in federal and state litigation on the issue of computer forensics.

3.    While I am not an employee, officer, or director of CheatersandBastards.com, I have been engaged by CheatersandBastards.com to assist the business in responding to subpoenas seeking its website user data. In this role as a technical consultant, CheatersandBastards.com has provided me with access to its website user data for the <cheatersandbastards.com> website.

4.    I have the authority to certify CheatersandBastards.com's website user data as stated herein.

5.    The <cheatersandbastards.com> website allows users to publish posts and comments to posts on the website. CheatersandBastards.com retains certain website user data on its web server about users who publish posts and comments on the <cheatersandbastards.com> website. This website user data includes, for each post and comment on the <cheatersandbastards.com> website, the user's IP address, the date and time of the post or comment, the user name, and the user's unverified email address. CheatersandBastards.com's web server automatically saves this user data when a user publishes a post or comment on the <cheatersandbastards.com> website in the regular course of the operation of the web server and its software. CheatersandBastards.com's web server automatically obtains a user's IP address, and the date and time of the user's post or comment, from the user's internet connection to the <cheatersandbastards.com> website by way of the transmission control protocol/internet protocol. On the <cheatersandbastards.com> website, a user must enter a user name and email address

1

**DECLARATION OF DOMINGO RIVERA UNDER CAL. EVID. CODE §1561**

YANG_002089

YANG021589

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  into the website before that user can publish a post or a comment;
2  CheatersandBastards.com's web server automatically saves the user name and email
3  address once it is entered by the user.

4    6.    On April 18, 2019, Plaintiff served a subpoena on CheatersandBastards.com
5  requesting records, a true and correct copy of which is attached hereto as **Exhibit A** (the
6  "Subpoena").

7    7.    In response to the Subpoena, and in my role as a technical consultant, I
8  assisted CheatersandBastards.com in retrieving and producing responsive records, which
9  are attached hereto as **Exhibit B** (the "Records").

10    8.    The Records comprise a true and correct copy of all of the responsive
11  website user data for the <cheatersandbastards.com> website that I retrieved from the
12  <cheatersandbastards.com> web server. The Records identify the IP address, the date,
13  the time, the user name, and the email address used to publish the identified posts and
14  comments identified in the Subpoena. The Records comprise all available responsive
15  documents that I located.

16    9.    I am qualified to certify the Records as described in this declaration.

17    I declare under penalty of perjury under the laws of the State of California that the
18  foregoing is true and correct. Executed at the place and on the date stated below.

19

20    By: /s/ Domingo Rivera

21    Name: Domingo Rivera

22    Date: November 5, 2019
    Location: Virginia Beach, Virginia

23

24

25

26

27

28

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

YANG021590

# Exhibit A

YANG_002091

YANG021591

SUBP-010

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Karl S. Kronenberger (226112); Jeffrey M. Rosenfeld (222187)<br>150 Post Street, Suite 520<br>San Francisco, CA 94108<br>TELEPHONE NO.: 415 955-1155    FAX NO.: 415-955-1158<br>E-MAIL ADDRESS: karl@KRInternetLaw.com<br>ATTORNEY FOR *(Name):* Plaintiff Tzuhsin Yang | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Francisco
STREET ADDRESS:   400 McAllister Street
MAILING ADDRESS:   400 McAllister Street
CITY AND ZIP CODE:   San Francisco 94102
BRANCH NAME:   Civic Center Courthouse

PLAINTIFF/PETITIONER: Tzuhsin Yang

DEFENDANT/RESPONDENT: John Does 1-20

| | |
|---|---|
| **DEPOSITION SUBPOENA**<br>**FOR PRODUCTION OF BUSINESS RECORDS** | CASE NUMBER:<br>CGC-18-570963 |

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known):*
Robert Johnston, Director (cheatersandbastards.com) c/o Domingo Rivera, Esq. 1390 Chain Bridge Road #10042, McLean, VA 22101

1. **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS** described in item 3, as follows:

To *(name of deposition officer):* Jeffrey M. Rosenfeld
On *(date)* : May 8, 2019    At *(time):* 5:00 p.m.
Location *(address):* 150 Post St., Suite 520, San Francisco, CA 94108

**Do not release the requested records to the deposition officer prior to the date and time stated above.**

a. ☐ by delivering a true, legible, and durable **copy** of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. ☑ by delivering a true, legible, and durable **copy** of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. ☐ by making the **original** business records described in item 3 available for inspection at your business address by the attorney's representative and permitting **copying** at your business address under reasonable conditions during normal business hours.

2. *The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.*

3. The records to be produced are described as follows *(if electronically stored information is demanded, the form or forms in which each type of information is to be produced may be specified):*
   See Attachment 3

   ☑ Continued on Attachment 3.

4. **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.**

Date issued: April 18, 2019

Jeffrey M. Rosenfeld
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PERSON ISSUING SUBPOENA)

Attorney for Plaintiff
_____
(Proof of service on reverse)    (TITLE)

Page 1 of 2

**DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS**

Code of Civil Procedure, §§ 2020.410–2020.440;
Government Code, § 68097.1
*www.courts.ca.gov*

**YANG_002092**

YANG021592

SUBP-010

| PLAINTIFF/PETITIONER: Tzuhsin Yang | CASE NUMBER: |
| DEFENDANT/RESPONDENT: John Does 1-20 | CGC-18-570963 |

## PROOF OF SERVICE OF DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS

1. I served this *Deposition Subpoena for Production of Business Records* by personally delivering a copy to the person served as follows:

    a. Person served (name):

    b. Address where served:

    c. Date of delivery:

    d. Time of delivery:

    e. (1) ☐ Witness fees were paid.
          Amount: . . . . . . . . . . . . . . $ _____
       (2) ☐ Copying fees were paid.
          Amount: . . . . . . . . . . . . . . $ _____

    f. Fee for service: . . . . . . . . . . . . . . . . . $ _____

2. I received this subpoena for service on (date):

3. Person serving:

    a. ☐ Not a registered California process server.
    b. ☐ California sheriff or marshal.
    c. ☐ Registered California process server.
    d. ☐ Employee or independent contractor of a registered California process server.
    e. ☐ Exempt from registration under Business and Professions Code section 22350(b).
    f. ☐ Registered professional photocopier.
    g. ☐ Exempt from registration under Business and Professions Code section 22451.
    h. Name, address, telephone number, and, if applicable, county of registration and number:

**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▷ _____
         (SIGNATURE)

**(For California sheriff or marshal use only)**
**I certify** that the foregoing is true and correct.

Date:

▷ _____
         (SIGNATURE)

SUBP-010 [Rev. January 1, 2012]       **DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS**       Page 2 of 2

**YANG_002093**

YANG021593

*Yang v. Does*                                                    Case No. CGC-18-570963

**Attachment 3**

1.    Documents and electronically stored information containing, and/or that may lead to, the identification, personal information (including date of birth, gender, and mobile phone number), Internet Protocol ("IP") address(es), and/or contact information, including email address, of the party and/or parties involved with the publication of the following posts and comments that appeared on the website <cheatersandbastards.com>:

    a.    The post on the webpage <https://cheatersandbastards.com/annie-chang-a-k-a-christine-yang-east-bay-san-francisco/> dated May 9, 2018 and entitled "Annie Chang a.k.a. Christine Yang East Bay San Francisco," and the following comments thereto:

        i.    July 24, 2018 at 9:12 p.m. by "Tiffany C."

        ii.    July 30, 2018 at 1:39 a.m. by "Jen"

        iii.    August 23, 2018 at 6:30 a.m. by "lliang"

        iv.    September 20, 2018 at 2:00 p.m. by "zzz"

        v.    September 29, 2018 at 3:05 a.m. by "Elsa"

        vi.    September 28, 2018 at 7:22 p.m. by "Janine"

    b.    The post on the webpage <https://cheatersandbastards.com/christine-yang-of-california/> dated January 3, 2018 and entitled "Christine Yang of California," and the following comments thereto:

        i.    April 29, 2018 at 4:58 a.m. by "Sophie."

        ii.    May 8, 2018 at 5:37 a.m. by "Qxiao."

        iii.    May 16, 2018 at 11:44 p.m. by "Ste88."

1

**YANG_002094**

YANG021594

iv.  June 26, 2018 at 11:52 p.m. by "Dxioa."

v.  July 24, 2018 at 1:12 a.m. by "Sophie."

vi.  July 28, 2018 at 1:49 a.m. by "Danielle."

vii.  August 10, 2018 at 3:54 a.m. by "So."

viii.  August 16, 2018 at 2:07 a.m. by "jenny."

ix.  August 23, 2018 at 6:13 a.m. by "Lliang."

x.  August 19, 2018 at 3:01 p.m. by "Tonia."

xi.  September 10, 2018 at 5:30 p.m. by "mercedes."

xii.  September 11, 2018 at 5:44 p.m. by "so."

xiii.  September 13, 2018 at 2:45 p.m. by "Tonia."

xiv.  September 14, 2018 at 8:42 p.m. by "Tiffany C."

xv.  September 16, 2018 at 10:42 p.m. by "Tonia."

xvi.  September 15, 2018 at 11:41 a.m. by "Jessie."

xvii.  September 16, 2018 at 3:28 a.m. by "Wendy."

xviii.  September 18, 2018 at 8:11 a.m. by "So."

xix.  September 18, 2018 at 5:32 a.m. by "Luludance."

xx.  September 19, 2018 at 7:04 a.m. by "Lliang."

xxi.  September 18, 2018 at 6:02 a.m. by "luludance."

xxii.  September 19, 2018 at 6:49 a.m. by "So."

xxiii.  September 19, 2018 at 7:01 a.m. by "Tiffany C."

xxiv.  September 20, 2018 at 2:11 a.m. by "Elle."

xxv.  September 20, 2018 at 2:04 p.m. by "Emily."

xxvi.  September 21, 2018 at 4:26 a.m. by "Exfriend."

2

YANG_002095

YANG021595

xxvii.   September 27, 2018 at 10:56 p.m. by "Tiffany C."

xxviii.   September 28, 2018 at 10:15 a.m. by "luludance."

xxix.   September 30, 2018 at 12:25 a.m. by "tonia."

xxx.   October 5, 2018 at 9:14 p.m. by "lliang."

xxxi.   October 7, 2018 at 2:32 a.m. by "Emily."

xxxii.   October 9, 2018 at 3:56 a.m. by "RoseC11."

"Document(s)" shall mean all writings under Cal. Evid. Code §250 in whatever form or medium, including electronically stored information. The subpoena seeks documents within your possession, custody, or control. The subpoena specifically excludes any communications, contents of a user's private mail messages, or stored content files held or maintained on behalf of a user that are protected by the Stored Communications Act, 18 U.S.C. §2701, et seq.

3

**YANG_002096**

YANG021596



## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO

# Document Scanning Lead Sheet

Nov-14-2018 12:07 pm

Case Number: CGC-18-570963

Filing Date: Nov-14-2018 12:05

Filed by: WILLIAM TRUPEK

Image: 06573351

ORDER

TZUHSIN YANG VS. JOHN DOES 1 TO 20

001C06573351

**Instructions:**
Please place this sheet on top of the document to be scanned.

YANG_002097

YANG021597



1 | **KRONENBERGER ROSENFELD, LLP**
2 | Karl S. Kronenberger (CA Bar No. 226112)
    Jeffrey M. Rosenfeld (CA Bar No. 222187)
3 | 150 Post Street, Suite 520
    San Francisco, CA 94108
4 | Telephone: (415) 955-1155
    Facsimile: (415) 955-1158
5 | karl@KRInternetLaw.com
6 | jeff@KRInternetLaw.com

7 | Attorneys for Plaintiff
    Tzuhsin Yang

FILED
San Francisco County Superior Court

NOV 1 4 2018

CLERK OF THE COURT
BY: _____
Deputy Clerk

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO
## UNLIMITED CIVIL

**TZUHSIN YANG**, an individual,

      Plaintiff,

  v.

**JOHN DOES 1–20,**

      Defendants.

Case No. CGC-18-570963

**DISCOVERY**

HK

**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR EXPEDITED DISCOVERY AND RELATED ORDERS**

Date:     November 14, 2018
Time:    11:00 a.m.
Dept.:    302

Complaint Filed: October 30, 2018

Case No. CGC-18-570963

**[~~PROP.~~] ORDER GRANTING PLAINTIFF'S EX PARTE APP. FOR EXPEDITED DISCOVERY**

YANG_002098

YANG021598

1    The Court, having reviewed and considered Plaintiff Tzuhsin Yang's ex parte

2  application for expedited discovery and related orders, the memorandum of points and

3  authorities and declarations in support thereof, the other related papers and pleadings on

4  file herein, and with good cause appearing therefore:

5    IT IS HEREBY ORDERED that Plaintiff's request for expedited discovery under

6  Code of Civil Procedure §2025.210(b) and related authorities is GRANTED.

7    IT IS FURTHER ORDERED that Plaintiff is permitted to engage in early discovery

8  for the limited purpose of identifying Defendants John Does 1–20, and Plaintiff may a)

9  serve the subpoenas attached as Exhibits H–N to the Declaration of Jeffrey M. Rosenfeld

10  ("Initial Subpoenas"); and b) serve subpoenas on any cable operator or telephone

11  corporation that is identified as the owner of an IP address used to publish the allegedly

12  defamatory statements.

13    IT IS FURTHER ORDERED that this order constitutes an order under 47 U.S.C.

14  §551(c), authorizing a cable operator that receives a subpoena from Plaintiff to disclose

15  personally identifiable information about its subscribers.

16    IT IS FURTHER ORDERED that this order constitutes an order under Cal. Public

17  Utilities Code §2894, authorizing a telephone corporation to disclose subscriber

18  information pursuant to a court order.

19    IT IS FURTHER ORDERED that because Plaintiff has exercised due diligence in

20  attempting to notify Defendants John Does 1–20 of this ex parte application, to the extent

21  any recipient of a subpoena authorized by this order is a telephone corporation which is a

22  public utility or otherwise possesses personal records subject to Code of Civil Procedure

23  §1985.3, the notice requirements of §1985.3 are hereby waived pursuant to §1985.3(h).

24

25  IT IS SO ORDERED this 14ᵗʰ day of November, 2018.

26

27  _____

28  Judge of the Superior Court
San Francisco County

HAROLD KAHN

Case No. CGC-18-570963          1          [PROP.] ORDER GRANTING PLAINTIFF'S EX PARTE APP. FOR EXPEDITED DISCOVERY

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

YANG_002099

YANG021599

# Exhibit B

YANG_002100

YANG021600

URL: https://cheatersandbastards.com/annie-chang-a-k-…ay-san-francisco/

Comments:

emily
ldie@yahoo.com
71.172.57.200In reply to Jane.
poor mrs narcissus trying too hard, but it won't work lol! this bitch trying to move to east coast now?

Submitted on: Dec 22, 2018 @ 00:21

Jane
janeyang@yahoo.com
2605:3e80:1800:10::46
Looks like Miss Narcissus is attempting to scrub the internet of her whoring images. Haha… too late though. So many in the San Fransisco Bay area know of what a disgusting uneducated plasitic whore she is.
Jesus… divorced twice by age of 30 both to men old enough to be her father and mistress to the last husband ruining his marriage too? Amazing that a whore like this hasn't been ousted a long time ago.

Submitted on: Oct 26, 2018 @ 20:25

Elsa
dikels@yahoo.com
2604:2000:1002:9:fcf0:4c38:cb88:9ad9In reply to MichelleH.
Michelle
005613170 is the correct person you are referring to. Her blog indicated about being the face of a real estate company, I strongly advise you reconsider. She is a public disgrace and will openly target and humiliate other women, for the sake of feeling superior. She is mentally sick, and in love with herself in vain. But will act extremely sentimental, with her mousy voice, to get what she wants. Once she targets one person, will suck all the blood out, drain everything possible, then hunt for the next one. She is un-educated, and notorious in the Chinese community.

YANG_002101

YANG021601

Sep 29, 2018 @ 03:05

Janine
kahgs@yahoo.com
2604:2000:1002:9:6cdb:92b7:61b4:520f
Yes it her – your link not correct it's ending in 13170 not 13160

Sep 28, 2018 @ 19:22

MichelleH
mhenderson3141981@mail.com
155.94.127.115 In reply to MichelleH.
Here's the full URL to our candidate's LinkedIn page:
http://linkedln.us.christine-yang-005613160/

Submitted on: Sep 26, 2018 @ 21:10



MichelleH
mhenderson@realtor-recruiting.com
209.58.131.51
Hello, I am a contract recruiter working with a real estate firm. I found this page while doing due diligence on one of our candidates – never ran into anything quite like this. I would like to build as comprehensive a report as possible and I'm afraid I can't use this information as-is. Could someone confirm if this is the same person? LinkedIn.us/christine-yang-005613170/
Whether it be personal references or documented evidence, if anyone could provide me with further information on Ms. Yang's background in the next couple days, that would be great. Please contact me at:
mhenderson
at
realtor-recruiting.com
As this is time sensitive and I may miss your comments. Your feedback will be kept anonymous and confidential. Thank you.

Submitted on: Sep 25, 2018 @ 13:49

zzz
dieldeid@yahoo.com

[2604:2000:1002:9:149e:ca66:2242:5760](#)In reply to [lliang](#).

oh gosh does she ever get sick of herself? poor guy she hooked up this time, pretty sure it won't last much longer…. (it has already been a while lol)

Sep 20, 2018 @ 14:00

lliang

lliang1@yahoo.com

[2605:3e80:1800:10::46e](#)In reply to [Jen](#).

Very disgusting, lord, I guess this new guy doesn't do his research, why would a woman have pictures of herself all over the hotels around SF, if she lives there? Why? Cause the house she lived in was her ex-husband's and the men she was having sex with were mostly married.

Aug 23, 2018 @ 06:30

Jen

hj675@yahoo.com

[2604:2000:1002:b16:44b2:21c1:e764:59fd](#)In reply to [Tiffany C](#).

what a disgusting human being – karma will come back some day!

She has no ability to survive in this world without sleeping with men – a cheap prostitute?

According to the photos she shares , she is in love with herself, in vain .

Sadly her daughter will be like her- a poisonous cycle

One day she will get a failed plastic surgery and look like a corpse bride

Submitted on: Jul 30, 2018 @ 01:39

Tiffany C

tiffanychang88@gmail.com

[2605:3e80:1800:10::1b](#)

Christine Yang, I saw that a few times how she changed both her FB account and her IG into Annie Chang for a while. What a slut. I just read all those things about her on.

[http://forums.huaren.us/archiver/showtopic.aspx?topicid=2223063](#)

[https://cheatersandbastards.com/christine-yang-of-california/](#)

I also saw all the names and stuff she goes by : tinetine96, tinetine_96, cbaby96, cbaby_96, annie.chang

I'm a part of the Taiwanese community here in the bay area and I've seen her around. She definitely puts up a good act around people, pretending to be so sweet and delicate with her

YANG_002103

YANG021603

high pitched mousy voice. When in reality she does nothing but, manipulate people, her social media sites, and her selfies so look good and of course get money.

I hope someone tell that slut's exhusband's last wife, that this whore is going around making rumors about her. This girl is such a horrid sack of crap, not for just sleeping around for money, but how she talks behind the back of all her supposed girlfriends and will even make up rumors about people so she can have a laugh.

Oh and she's so gross, the other day I saw some pictures of her and cold sores on her mouth. I guess all that sucking old men's you know what, gave her some STDs. Nasty nasty, all I can say to all of this is

Karma, Karma, Karma, and we all know how Karma is!

Submitted on: Jul 24, 2018 @ 21:12

YANG_002104

YANG021604

URL: https://cheatersandbastards.com/christine-yang-of-california/

Lesgo Mongering
vitallite@yahoo.com
216.45.53.154

In reply to Ste88.
Can you elaborate on very very good in bed? Does she spit or swallow? How about a full review?
Jan 20, 2019 @ 11:33

emily
dkisue@yahoo.com
71.172.57.200

this whore moving to the east coast now?
Dec 18, 2018 @ 21:15

Emily
djeuks@gmail.com
2604:2000:1002:9:e
03b:d30e:332a:b4e
d

In reply to RoseC11.
lol hope your friend got out of that relationship before she drained his bank account. its impossible for her to hang out with talented friends, intelligent women would never lower themselves to be friends with this whore. all she talks about all day is beauty, bags, and crap.
Oct 27, 2018 @ 01:13

RoseC11
rosechang@yahoo.com
2605:3e80:1800:10:
0:0:0:441

Hey Emily, you seem to also know her more personally. Yeah, I had a friend who used to "see" her a few years back. He picked her up at a club. When they started seeing each other she told him girls hate her because they are jealous of how beautiful she is and her "beautiful" life style haha. That is why she only had "men" friends. Yeah… he knew real quick what that meant when he saw all her hotel posts. Uhg… He also noticed the few girl friends she would hang with were ugly as hell.
Oct 9, 2018 @ 03:56

emily
ldidj@yahoo.com
2604:2000:1002:9:4
d16:2ad8:a6f7:e9c3

I find it amusing she is actually looking for a job, its more net work opportunity to sleep with more men
she has very low level literacy, is capable of only simple language, and will fall for you as long as you keep on complimenting her "oh! you are so pretty"
she is a sick women, and a back stabber, for your own safety, stay away from her!
Oct 7, 2018 @ 02:32

YANG_002105

lliang
lliang@yahoo.com
2605:3e80:1800:10:0:0:0:449

In reply to tonia.
For the women… I'm sure she will be more than happy to go above and beyond in those empty Million dollar plus homes around the Bay Area lol.
Oct 5, 2018 @ 21:14

tonia
toniahd38937@yahoo.com
2604:2000:1002:9:5451:c768:6530:55c1

In reply to luludance.
she will turn the real estate platform into a living hell
Sep 30, 2018 @ 00:25

luludance
luludance1983839@mail.com
155.94.127.119

In reply to Tiffany C..
Haha Tiffany you should have emailed her sooner! You seem to know her personally. I don't know why this isn't enough information. I guess they can't use this site as a reputable reference… XD Too bad Michelle won't be back to see our comments. But maybe everyone else here emailed her already…lol
Sep 28, 2018 @ 10:15

Tiffany C.
tiffanyc10@aol.com
2605:3e80:1800:10::415

In reply to Michelle.
Michelle, what is there not to be able to use? One can just look at her FaceBook feed and see she is at the very least a narcissist, if not the disgusting whore that she is known to be around the Bay Area, and although she may have cleaned it up recently, she always posted loads of pictures of herself around the Bay Area in 5 Star Hotels. What do you think that means? I see on her new blog she posted she has a job opportunity and I am assuming that may be your company. All I am going to say is there are too many people in the Bay Area and in many circles that know of this whore. She was the mistress of many men and as she likes to say gained Financial Freedom. How do you assume this was gained when the girl barely ever worked in her 30 something years of life with no real education and not much a her own credit history?
I think you know the answer to any burning questions you may have by just looking at her social media handle (cbaby), her accounts, and the quality of her followers. So knowing all of this, it is really up to your company whether you will be ok with a known gold digger to represent your company. Despite having a new fiance, who is to say she may not use your platform in order to find new monetary prospects? She is a disgusting display of humanity that has no

empathy for other people when it comes to her own pleasure and materialistic needs. Know this and make your decision.
Sep 27, 2018 @ 22:56

Michelle
mlhenderson3141981@mail.com
155.94.127.115

Hello, I am a contract recruiter working with a real estate firm. I found this page while doing due diligence on one of our candidates. I'd like to build as comprehensive a report as possible and I'm afraid I can't use this information as-is. Whether it be personal references or documented evidence, if anyone could provide me with further information on Ms. Yang's background in the next couple days, that would be great. Please contact me at mhenderson@realtor-recruiting.com as this is time sensitive and I may miss your comments. Your feedback will be kept anonymous and confidential. Thank you.
Sep 26, 2018 @ 20:53

Exfriend
txliang@aol.com
2605:3e80:1800:10::437

In reply to emily.
She is. I used to be friends with her until I found out crap she was talking about me behind my back. She was all excited when was juggling her ex-husband, another married man, an old relator (who she pretended to work for), a Korean guy who was younger than her that owned one of the bars here in the Bay Area, and the current fiance. What the guy she's doing right now doesn't know is, that 1st Valentines date they went on to Coi was actually a place she went to with her ex-husband the year before and their first trip to Las Vegas and Taiwan was because a couple of the other guys she was trying to get to take her wouldn't. Usually girls tie strong memories with places they've been with people, but haha Halfmoon Bay was her honeymoon place with her ex! And she slept with another guy there and visited again recently with someone she supposedly loves?!
Sep 21, 2018 @ 04:26

emily
emily@yahoo.com
2604:2000:1002:9:149e:ca66:2242:5760

In reply to Tiffany C..
she is such a psycho, seems like she was trying to mess with her ex husband's ex wife again.how much lower can you get, you are just a whore, remember that!
Sep 20, 2018 @ 14:04

Elle
dldj@yahoo.com
2604:2000:1002:9:34c8:e66c:64a2:70f

In reply to Tiffany C..
She's very proud of that despite every body else think it's disgusting + pathetic
Sep 20, 2018 @ 02:11

YANG_002107

YANG021607

Lliang
lliang@yahoo.co.uk
2605:3e80:1800:10::42b

In reply to Luludance.
Because she be a ho thats why. She has to have all these secrete avenues to pick up prospective men. She is always so worried the current money bags won't last.
Sep 19, 2018 @ 07:04

Tiffany C.
tiffanyc@yahoo.com
2605:3e80:1800:10::42b

In reply to luludance.
Even her plastic surgery ridden friend wears clothes that are fitting of a mother on vacation with kids and friends. She obviously forgot the memo about being a mother haha. Tube top mini dress and man number #101 paying for my vacation isn't one of them. Hahahahahaha
Sep 19, 2018 @ 07:01

So
so101@yahoo.com
2601:646:8580:1878:b07c:4a7d:13b1:cf77

In reply to luludance.
Actually the point is, she spends other people's money namely the guy she is doing at the moment. Also in general, when the said guy doesn't take her on trips, she reposts old photos. Haha she started doing that on IG a few years back. All her ho pics with her Billionar ex-husband, and some guy called her on it and asked why she was reposting old pics. Uhg, I just saw that blog, she is so original isn't she? One thing is for sure, she, herself, and herself is that most important thing in her life hahahaha.
Sep 19, 2018 @ 06:49

So
so110@yahoo.com
2601:646:8580:1878:15b5:50ef:7a96:ae03

In reply to Jessie.
So do u know her personally? I've heard she is great at acting like some delicate flower haha.
Sep 18, 2018 @ 08:11

luludance
luludance1989@mail.com
73.71.162.112

Haha I just found out she has a new blog. Why does she have so many accounts?? How much money does this girl spend??? christysecretgarden.blogspot.com
Sep 18, 2018 @ 06:02

Luludance
luludance989@yahoo382.com
77.111.246.5

Haha I know who you are talking about. I just found out she has a new blog. Why does she have so many accounts? christysecretgarden.blogspot.com
Sep 18, 2018 @ 05:32

YANG_002108

YANG021608

Tonia
toniachen@gmail.com
2604:2000:1002:9:5c37:95a2:2a52:ab35

In reply to Tiffany C..
Hi Tiffany , sounds like she works in the men's bathroom lol
Agree with what you say, we all know how this engagement/ marriage will turn out to be (no surprises) just a matter of time ( which by the way she thinks she has A TON ) but she is def not looking fresh anymore
Sep 16, 2018 @ 22:42

Wendy
djgy56@yahoo.com
2604:2000:1002:9:a145:6319:105a:173a

In reply to Jessie.
ok~
Sep 16, 2018 @ 03:28

Jessie
willierbeaudoin@gmail.com
106.70.173.178

hmmmmm. I think I know this person. I'll check out my suspicions and come back tomororw if I am correct
Sep 15, 2018 @ 11:41

Tiffany C.
tiffanychung@yahoo.com
2601:646:8580:1878:1cf5:2a1e:624e:b6a7

In reply to Tonia.
Lol Tonia, the slut was sleeping with other men right after she married the last husband Nov. 2014, so who's to say she won't do it during the day while he's at work or if he is working late?
Class… non existent here. She's an attention whore. She knows people know her FB site and her whore baby handle… but she has no shame!
she still uses it cause she like all the old men she ammassed on FB! ( all with her bikini and bedroom pics by the way)
Sep 14, 2018 @ 20:42

Tonia
jfdu55@yahoo.com
72.225.148.162

In reply to So.
if it last longer than 12/31/2018 it's a milestone lol bet it will go downhill quickly afterwards ( too predictable this soap opera ) . bank account isn't unlimited. Makeup can only look fresh early in the day . Go marry trump or some one with a deeper pocket with all that Chanel you need . Regardless you a a savage wearing Chanel/Dior/Hermès. You don't have class nor elegance !
Sep 13, 2018 @ 02:45

YANG_002109

YANG021609

So
so1985@yahoo.com
2601:646:8580:1878:857f:7dbf:e15d:c845

Looks like she should add Christine Lau to her list of names. The new fiance's last name is Lau. Let's see how long this one lasts. When a guy stops putting her at the center of his universe she will definitely start hitting up the old men she used to do plus new men she picks up at bars.
Always have one at the ready, her ho money from her last two marriages can only last so long.
Sep 11, 2018 @ 17:44

mercedes
dke933388@hotmail.com
72.225.148.162

why isn't this piece of garbage in jail yet? she needs to be on medicine to treat her narcissist….actually don't bother wasting medical supply on this crap.
Sep 10, 2018 @ 17:30

Lliang
lliang1@yahoo.com
2601:646:8580:1878:e149:62c5:56e7:f388

In reply to jenny.
LOL you guys are so funny! Not sure, but men are stupid and like that other girl said, a lot of the engineer types never had a relationship probably so when a glamor girl comes on to them they think. Wow this girl is into me! She loves me! Yeah… let't see if she will love your arse if you drive a Ford pickup and take her to Denny's lol.
Looks like the idiot new Boyfriend proposed to her. Hope he has a prenup, he is the third guy she is snagging for money. I guess divorcing 3 x's will be the charm lol.
Aug 23, 2018 @ 06:13

Tonia
lkdh67@gmail.com
2604:2000:1002:22fd:191e:25b5:223a:e98d

will she sleep with women too lol
Aug 19, 2018 @ 15:01

YANG_002110

YANG021610

jenny
jeennu.eehdi297@gmail.com
2604:2000:1002:b16:205c:3615:d288:b07a

In reply to So.

hahaha..so funny, with so many Chinese knowing her by now (and simply doing a google search her reputation is already trashed all over internet) I wonder how long she can last. fortunately American is so big she can more to 50 diff states and hunt for a new target in each new city lol

but I wonder why these men don't pick someone more beautiful, more natural make up (there are tons of pretty asians out there, and much more educated) dunno why men would fall for someone with 3 inch makeup and 5 inch fake eyelash. anyone seeing her, even if is a first time meet & greet, can totally tell she is a prostitute (from head to toe she looks like a prostitute no doubt) and its so obvious she is the type of girl who cannot keep her legs closed.

Aug 16, 2018 @ 02:07

So
sophie98@yahoo.com
2605:3e80:1800:10::42c

Good question… but I have an inkling that it has to do with her picking very, in a weird way, clueless men who have not really messed around before. Plus she probably has a decade supply of Taiwanese condoms from her last husband lol.

Anyways initially she thought only old men had money, so would target them. She has been the mistress of many in a crew that her first husband hung around with in the Bay area. They are all a part of social groups on FB as well as general Taiwanese Business Men with money social groups, you can get an idea if you look at all the groups she is involved in on FB.

She snagged the second husband and the long term previous boyfriend from hanging around those groups. Then her HO…ific friends told her to try stupid white engineer boys in the Silicon Valley cause they will go crazy over any Asian girl, plus many of them probably didn't have girlfriends before, and she said she tried some and she just wasn't into them, but it gave her the idea to start hitting up Asian American's who never had a girl hit on them before.

So from married to single, she just doesn't give a shit, she pretty much does any guy who will give her things, even while being in a "relationship" long term with another guy. She's good at pretending to be all innocent and sweet to any guy she is currently with, but that act can only go so far. Generally guys get sick of her within 3 yrs. at the max, cause one can only "ACT" for so long.

And let's face it divorced 2x's and with each husband loads of plastic surgery? Ha this poor idiot she is doing now… if that really is an engagement ring he gave her…. yeah it looks like she is trying to hide the fact that the ring is worn at a Store and the only thing she got from there is that silly Cartier braclete that ALL the Chinese girls are wearing… yeah sooo original.

Anyways she'll probably get a few more cosmetic enhancements (she's definetly not looking fresh any more) while with the next guy, get all that she can, and when she senses he isn't into her, will start

YANG_002111

YANG021611

screwing other men again to make sure someone will carry her while she gets what she can from the divorce procedures.

She's pretty calculating like that. She also has sex with men in power positions to help her with her legal stuff and feigns innocence during everything.

Aug 10, 2018 @ 03:54

YANG_002112

YANG021612

URL: https://cheatersandbastards.com/annie-chang-a-k-…ay-san-francisco/

Comments:

emily

ldie@yahoo.com

71.172.57.200In reply to Jane.

poor mrs narcissus trying too hard, but it won't work lol! this bitch trying to move to east coast now?

Submitted on: Dec 22, 2018 @ 00:21

Jane

janeyang@yahoo.com

2605:3e80:1800:10::46

Looks like Miss Narcissus is attempting to scrub the internet of her whoring images. Haha… too late though. So many in the San Fransisco Bay area know of what a disgusting uneducated plasitic whore she is.

Jesus… divorced twice by age of 30 both to men old enough to be her father and mistress to the last husband ruining his marriage too? Amazing that a whore like this hasn't been ousted a long time ago.

Submitted on: Oct 26, 2018 @ 20:25

Elsa

dikels@yahoo.com

2604:2000:1002:9:fcf0:4c38:cb88:9ad9In reply to MichelleH.

Michelle

005613170 is the correct person you are referring to. Her blog indicated about being the face of a real estate company, I strongly advise you reconsider. She is a public disgrace and will openly target and humiliate other women, for the sake of feeling superior. She is mentally sick, and in love with herself in vain. But will act extremely sentimental, with her mousy voice, to get what she wants. Once she targets one person, will suck all the blood out, drain everything possible, then hunt for the next one. She is un-educated, and notorious in the Chinese community.

YANG_002113

Sep 29, 2018 @ 03:05


Janine

kahgs@yahoo.com

2604:2000:1002:9:6cdb:92b7:61b4:520f

Yes it her – your link not correct it's ending in 13170 not 13160

Sep 28, 2018 @ 19:22


MichelleH

mhenderson3141981@mail.com

155.94.127.115In reply to MichelleH.

Here's the full URL to our candidate's LinkedIn page:

http://linkedIn.us.christine-yang-005613160/

Submitted on: Sep 26, 2018 @ 21:10

MichelleH

mhenderson@realtor-recruiting.com

209.58.131.51

Hello, I am a contract recruiter working with a real estate firm. I found this page while doing due diligence on one of our candidates – never ran into anything quite like this. I would like to build as comprehensive a report as possible and I'm afraid I can't use this information as-is. Could someone confirm if this is the same person? LinkedIn.us/christine-yang-005613170/
Whether it be personal references or documented evidence, if anyone could provide me with further information on Ms. Yang's background in the next couple days, that would be great.
Please contact me at:
mhenderson
at
realtor-recruiting.com
As this is time sensitive and I may miss your comments. Your feedback will be kept anonymous and confidential. Thank you.

Submitted on: Sep 25, 2018 @ 13:49


zzz

dieldeid@yahoo.com

2604:2000:1002:9:149e:ca66:2242:5760In reply to lliang.

oh gosh does she ever get sick of herself? poor guy she hooked up this time, pretty sure it won't last much longer.... (it has already been a while lol)

Sep 20, 2018 @ 14:00

lliang

lliang1@yahoo.com

2605:3e80:1800:10::46eIn reply to Jen.

Very disgusting, lord, I guess this new guy doesn't do his research, why would a woman have pictures of herself all over the hotels around SF, if she lives there? Why? Cause the house she lived in was her ex-husband's and the men she was having sex with were mostly married.

Aug 23, 2018 @ 06:30

Jen

hj675@yahoo.com

2604:2000:1002:b16:44b2:21c1:e764:59fdIn reply to Tiffany C.

what a disgusting human being – karma will come back some day!
She has no ability to survive in this world without sleeping with men – a cheap prostitute?
According to the photos she shares , she is in love with herself, in vain .
Sadly her daughter will be like her- a poisonous cycle
One day she will get a failed plastic surgery and look like a corpse bride

Submitted on: Jul 30, 2018 @ 01:39

Tiffany C

tiffanychang88@gmail.com

2605:3e80:1800:10::1b

Christine Yang, I saw that a few times how she changed both her FB account and her IG into Annie Chang for a while. What a slut. I just read all those things about her on.
http://forums.huaren.us/archiver/showtopic.aspx?topicid=2223063
https://cheatersandbastards.com/christine-yang-of-california/
I also saw all the names and stuff she goes by : tinetine96, tinetine_96, cbaby96, cbaby_96, annie.chang
I'm a part of the Taiwanese community here in the bay area and I've seen her around. She definitely puts up a good act around people, pretending to be so sweet and delicate with her

YANG_002115

YANG021615

high pitched mousy voice. When in reality she does nothing but, manipulate people, her social media sites, and her selfies so look good and of course get money.

I hope someone tell that slut's exhusband's last wife, that this whore is going around making rumors about her. This girl is such a horrid sack of crap, not for just sleeping around for money, but how she talks behind the back of all her supposed girlfriends and will even make up rumors about people so she can have a laugh.

Oh and she's so gross, the other day I saw some pictures of her and cold sores on her mouth. I guess all that sucking old men's you know what, gave her some STDs. Nasty nasty, all I can say to all of this is

Karma, Karma, Karma, and we all know how Karma is!

Submitted on: Jul 24, 2018 @ 21:12

YANG_002116

YANG021616

URL: https://cheatersandbastards.com/christine-yang-of-california/

Lesgo Mongering
vitallite@yahoo.com
216.45.53.154

In reply to Ste88.
Can you elaborate on very very good in bed? Does she spit or swallow? How about a full review?
Jan 20, 2019 @ 11:33

emily
dkisue@yahoo.com
71.172.57.200

this whore moving to the east coast now?
Dec 18, 2018 @ 21:15

Emily
djeuks@gmail.com
2604:2000:1002:9:e
03b:d30e:332a:b4e
d

In reply to RoseC11.
lol hope your friend got out of that relationship before she drained his bank account. its impossible for her to hang out with talented friends, intelligent women would never lower themselves to be friends with this whore. all she talks about all day is beauty, bags, and crap.
Oct 27, 2018 @ 01:13

RoseC11
rosechang@yahoo.com
2605:3e80:1800:10:0:0:441

Hey Emily, you seem to also know her more personally. Yeah, I had a friend who used to "see" her a few years back. He picked her up at a club. When they started seeing each other she told him girls hate her because they are jealous of how beautiful she is and her "beautiful" life style haha. That is why she only had "men" friends. Yeah… he knew real quick what that meant when he saw all her hotel posts. Uhg… He also noticed the few girl friends she would hang with were ugly as hell.
Oct 9, 2018 @ 03:56

emily
ldidj@yahoo.com
2604:2000:1002:9:4
d16:2ad8:a6f7:e9c3

I find it amusing she is actually looking for a job, its more net work opportunity to sleep with more men
she has very low level literacy, is capable of only simple language, and will fall for you as long as you keep on complimenting her "oh! you are so pretty"
she is a sick women, and a back stabber, for your own safety, stay away from her!
Oct 7, 2018 @ 02:32

YANG_002117

YANG021617

lliang
lliang@yahoo.com
2605:3e80:1800:10:0:0:0:449

In reply to tonia.
For the women… I'm sure she will be more than happy to go above and beyond in those empty Million dollar plus homes around the Bay Area lol.
Oct 5, 2018 @ 21:14

tonia
toniahd38937@yahoo.com
2604:2000:1002:9:5451:c768:6530:55c1

In reply to luludance.
she will turn the real estate platform into a living hell
Sep 30, 2018 @ 00:25

luludance
luludance1983839@mail.com
155.94.127.119

In reply to Tiffany C..
Haha Tiffany you should have emailed her sooner! You seem to know her personally. I don't know why this isn't enough information. I guess they can't use this site as a reputable reference… XD Too bad Michelle won't be back to see our comments. But maybe everyone else here emailed her already…lol
Sep 28, 2018 @ 10:15

Tiffany C.
tiffanyc10@aol.com
2605:3e80:1800:10::415

In reply to Michelle.
Michelle, what is there not to be able to use? One can just look at her FaceBook feed and see she is at the very least a narcissist, if not the disgusting whore that she is known to be around the Bay Area, and although she may have cleaned it up recently, she always posted loads of pictures of herself around the Bay Area in 5 Star Hotels. What do you think that means? I see on her new blog she posted she has a job opportunity and I am assuming that may be your company. All I am going to say is there are too many people in the Bay Area and in many circles that know of this whore. She was the mistress of many men and as she likes to say gained Financial Freedom. How do you assume this was gained when the girl barely ever worked in her 30 something years of life with no real education and not much a her own credit history?
I think you know the answer to any burning questions you may have by just looking at her social media handle (cbaby), her accounts, and the quality of her followers. So knowing all of this, it is really up to your company whether you will be ok with a known gold digger to represent your company. Despite having a new fiance, who is to say she may not use your platform in order to find new monetary prospects? She is a disgusting display of humanity that has no

YANG_002118

YANG021618

empathy for other people when it comes to her own pleasure and materialistic needs. Know this and make your decision.

Sep 27, 2018 @ 22:56

Michelle
mlhenderson3141981@mail.com
155.94.127.115

Hello, I am a contract recruiter working with a real estate firm. I found this page while doing due diligence on one of our candidates. I'd like to build as comprehensive a report as possible and I'm afraid I can't use this information as-is. Whether it be personal references or documented evidence, if anyone could provide me with further information on Ms. Yang's background in the next couple days, that would be great. Please contact me at mhenderson@realtor-recruiting.com as this is time sensitive and I may miss your comments. Your feedback will be kept anonymous and confidential. Thank you.

Sep 26, 2018 @ 20:53

Exfriend
txliang@aol.com
2605:3e80:1800:10:
:437

In reply to emily.
She is. I used to be friends with her until I found out crap she was talking about me behind my back. She was all excited when was juggling her ex-husband, another married man, an old relator (who she pretended to work for), a Korean guy who was younger than her that owned one of the bars here in the Bay Area, and the current fiance. What the guy she's doing right now doesn't know is, that 1st Valentines date they went on to Coi was actually a place she went to with her ex-husband the year before and their first trip to Las Vegas and Taiwan was because a couple of the other guys she was trying to get to take her wouldn't. Usually girls tie strong memories with places they've been with people, but haha Halfmoon Bay was her honeymoon place with her ex! And she slept with another guy there and visited again recently with someone she supposedly loves?!

Sep 21, 2018 @ 04:26

emily
emily@yahoo.com
2604:2000:1002:9:1
49e:ca66:2242:5760

In reply to Tiffany C..
she is such a psycho, seems like she was trying to mess with her ex husband's ex wife again.how much lower can you get, you are just a whore, remember that!

Sep 20, 2018 @ 14:04

Elle
dldj@yahoo.com
2604:2000:1002:9:3
4c8:e66c:64a2:70f

In reply to Tiffany C..
She's very proud of that despite every body else think it's disgusting + pathetic

Sep 20, 2018 @ 02:11

YANG_002119

YANG021619

Lliang
lliang@yahoo.co.uk
2605:3e80:1800:10::42b

In reply to Luludance.
Because she be a ho thats why. She has to have all these secrete avenues to pick up prospective men. She is always so worried the current money bags won't last.
Sep 19, 2018 @ 07:04

Tiffany C.
tiffanyc@yahoo.com
2605:3e80:1800:10::42b

In reply to luludance.
Even her plastic surgery ridden friend wears clothes that are fitting of a mother on vacation with kids and friends. She obviously forgot the memo about being a mother haha. Tube top mini dress and man number #101 paying for my vacation isn't one of them. Hahahahahaha
Sep 19, 2018 @ 07:01

So
so101@yahoo.com
2601:646:8580:1878:b07c:4a7d:13b1:cf77

In reply to luludance.
Actually the point is, she spends other people's money namely the guy she is doing at the moment. Also in general, when the said guy doesn't take her on trips, she reposts old photos. Haha she started doing that on IG a few years back. All her ho pics with her Billionar ex-husband, and some guy called her on it and asked why she was reposting old pics. Uhg, I just saw that blog, she is so original isn't she? One thing is for sure, she, herself, and herself is that most important thing in her life hahahaha.
Sep 19, 2018 @ 06:49

So
so110@yahoo.com
2601:646:8580:1878:15b5:50ef:7a96:ae03

In reply to Jessie.
So do u know her personally? I've heard she is great at acting like some delicate flower haha.
Sep 18, 2018 @ 08:11

luludance
luludance1989@mail.com
73.71.162.112

Haha I just found out she has a new blog. Why does she have so many accounts?? How much money does this girl spend??? christysecretgarden.blogspot.com
Sep 18, 2018 @ 06:02

Luludance
luludance989@yahoo382.com
77.111.246.5

Haha I know who you are talking about. I just found out she has a new blog. Why does she have so many accounts? christysecretgarden.blogspot.com
Sep 18, 2018 @ 05:32

YANG_002120

Tonia
toniachen@gmail.com
2604:2000:1002:9:5c37:95a2:2a52:ab35

In reply to Tiffany C..
Hi Tiffany , sounds like she works in the men's bathroom lol
Agree with what you say, we all know how this engagement/marriage will turn out to be (no surprises) just a matter of time ( which by the way she thinks she has A TON ) but she is def not looking fresh anymore
Sep 16, 2018 @ 22:42

Wendy
djgy56@yahoo.com
2604:2000:1002:9:a145:6319:105a:173a

In reply to Jessie.
ok~
Sep 16, 2018 @ 03:28

Jessie
willierbeaudoin@gmail.com
106.70.173.178

hmmmmm. I think I know this person. I'll check out my suspicions and come back tomororw if I am correct
Sep 15, 2018 @ 11:41

Tiffany C.
tiffanychung@yahoo.com
2601:646:8580:1878:1cf5:2a1e:624e:b6a7

In reply to Tonia.
Lol Tonia, the slut was sleeping with other men right after she married the last husband Nov. 2014, so who's to say she won't do it during the day while he's at work or if he is working late?
Class… non existent here. She's an attention whore. She knows people know her FB site and her whore baby handle… but she has no shame!
she still uses it cause she like all the old men she ammassed on FB!
( all with her bikini and bedroom pics by the way)
Sep 14, 2018 @ 20:42

Tonia
jfdu55@yahoo.com
72.225.148.162

In reply to So.
if it last longer than 12/31/2018 it's a milestone lol bet it will go downhill quickly afterwards ( too predictable this soap opera ) .
bank account isn't unlimited. Makeup can only look fresh early in the day . Go marry trump or some one with a deeper pocket with all that Chanel you need . Regardless you a a savage wearing Chanel/Dior/Hermès. You don't have class nor elegance !
Sep 13, 2018 @ 02:45

YANG_002121

YANG021621

So
so1985@yahoo.com
2601:646:8580:1878:857f:7dbf:e15d:c845

Looks like she should add Christine Lau to her list of names. The new fiance's last name is Lau. Let's see how long this one lasts. When a guy stops putting her at the center of his universe she will definitely start hitting up the old men she used to do plus new men she picks up at bars.
Always have one at the ready, her ho money from her last two marriages can only last so long.
Sep 11, 2018 @ 17:44

mercedes
dke933388@hotmail.com
72.225.148.162

why isn't this piece of garbage in jail yet? she needs to be on medicine to treat her narcissist....actually don't bother wasting medical supply on this crap.
Sep 10, 2018 @ 17:30

Lliang
lliang1@yahoo.com
2601:646:8580:1878:e149:62c5:56e7:f388

In reply to jenny.
LOL you guys are so funny! Not sure, but men are stupid and like that other girl said, a lot of the engineer types never had a relationship probably so when a glamor girl comes on to them they think. Wow this girl is into me! She loves me! Yeah... let't see if she will love your arse if you drive a Ford pickup and take her to Denny's lol.
Looks like the idiot new Boyfriend proposed to her. Hope he has a prenup, he is the third guy she is snagging for money. I guess divorcing 3 x's will be the charm lol.
Aug 23, 2018 @ 06:13

Tonia
lkdh67@gmail.com
2604:2000:1002:22fd:191e:25b5:223a:e98d

will she sleep with women too lol
Aug 19, 2018 @ 15:01

jenny
jeennu.eehdi297@g
mail.com
2604:2000:1002:b1
6:205c:3615:d288:b
07a

In reply to So.

hahaha..so funny, with so many Chinese knowing her by now (and simply doing a google search her reputation is already trashed all over internet) I wonder how long she can last. fortunately American is so big she can more to 50 diff states and hunt for a new target in each new city lol

but I wonder why these men don't pick someone more beautiful, more natural make up (there are tons of pretty asians out there, and much more educated) dunno why men would fall for someone with 3 inch makeup and 5 inch fake eyelash. anyone seeing her, even if is a first time meet & greet, can totally tell she is a prostitute (from head to toe she looks like a prostitute no doubt) and its so obvious she is the type of girl who cannot keep her legs closed.

Aug 16, 2018 @ 02:07

So
sophie98@yahoo.co
m
2605:3e80:1800:10:
:42c

Good question… but I have an inkling that it has to do with her picking very, in a weird way, clueless men who have not really messed around before. Plus she probably has a decade supply of Taiwanese condoms from her last husband lol.

Anyways initially she thought only old men had money, so would target them. She has been the mistress of many in a crew that her first husband hung around with in the Bay area. They are all a part of social groups on FB as well as general Taiwanese Business Men with money social groups, you can get an idea if you look at all the groups she is involved in on FB.

She snagged the second husband and the long term previous boyfriend from hanging around those groups. Then her HO…ific friends told her to try stupid white engineer boys in the Silicon Valley cause they will go crazy over any Asian girl, plus many of them probably didn't have girlfriends before, and she said she tried some and she just wasn't into them, but it gave her the idea to start hitting up Asian American's who never had a girl hit on them before.

So from married to single, she just doesn't give a shit, she pretty much does any guy who will give her things, even while being in a "relationship" long term with another guy. She's good at pretending to be all innocent and sweet to any guy she is currently with, but that act can only go so far. Generally guys get sick of her within 3 yrs. at the max, cause one can only "ACT" for so long.

And let's face it divorced 2x's and with each husband loads of plastic surgery? Ha this poor idiot she is doing now… if that really is an engagement ring he gave her…. yeah it looks like she is trying to hide the fact that the ring is worn at a Store and the only thing she got from there is that silly Cartier braclete that ALL the Chinese girls are wearing… yeah sooo original.

Anyways she'll probably get a few more cosmetic enhancements (she's definetly not looking fresh any more) while with the next guy, get all that she can, and when she senses he isn't into her, will start

YANG_002123

YANG021623

screwing other men again to make sure someone will carry her while she gets what she can from the divorce procedures.
She's pretty calculating like that. She also has sex with men in power positions to help her with her legal stuff and feigns innocence during everything.
Aug 10, 2018 @ 03:54


ADDENDUM


| | | | |
|---|---|---|---|
| Qxiao<br><br>Qxiao@yahoo.com<br><br>2601:646:8580:1878:a0ae:46e4:711:4374 | In reply to Sophie.<br><br>Look like link does not work for Chinese Chat. This one works:<br><br>http://forums.huaren.us/archiver/showtopic.aspx?topicid=2223063 | Christine Yang of CaliforniaView Post3737 comments | 2018/06/27 at 6:59 am |

YANG_002124

YANG021624

| Select comment | Qxiao<br><br>Qxiao@yahoo.com<br><br>2605:3e80:1800:10::f | Yes, I know what you mean. I friends with some men that she is "friends" with. She tries to talk them into taking her to where ever she wants to go. The man will think he is thinking of taking her to Taiwan Las Vegas, or Hawaii, but truth is she looks at her social media and finds out where is best to go and then ask a lot of different men until one of them will take her.<br><br>Any time she post a trip, new bag, shoes, or makeup which wow, did you see her new post? Probably over $8000 worth of La Mar, Sissley, and Cle de peau?<br><br>This is not normal buying pattern. Normal people buy 1 or 2 things at a time. When she buys it is a lot of the same thing like when she got those butterfly shoes or a whole line of $1000 a piece makeup. Which only shows she obviously must have had a man buy her a bunch of stuff in exchange for sex.<br><br>She is so stupid, she thinks she is showing a beautiful life for other women to envy, but all that she show is that she must opened her legs to another rich old man. The other thing is it is obvious she is now worried about aging.<br><br>LOL her sh it will age too and she will not be able to have rich old men buy her things any more. What a sad sad empty life. Already in her 30's and nothing to show her daughter, but all the things she got for having sex.<br><br>And oh lady is right. Her last ex-husband did post pictures of them on a trip last year. | Christine Yang of CaliforniaView Post3737 comments | 2018/05/08 at 5:37 pm |

**YANG_002125**

YANG021625

(Boyfriend may not know or the boyfriend can be old pictures she repost to pretend she is in normal relationship.) The last husband did pay for her body so he still offers her money, trips, shopping spree, and dinners at expensive restraunts when he wants sex with her. She is his back door hooker.

YANG_002126

YANG021626

| Sophie | She has never held a job in her life, but she tells people she is a real estate agent. When in fact she is also the mistress of one. He pays her $5000/ month to be his whore and she uses that as cache as a "job". He was also a part of the circle of rich Taiwanese business men that her ex-husbands were a part of, in fact they all probably know of each other. | Christine Yang of CaliforniaView Post3737 comments | 2018/04/29 at 4:58 am |
| sophiel@yahoo.com | | | |
| 2601:646:8580:1878:d828:53bb:ad97:81fe | | | |

She has never held a job in her life, but she tells people she is a real estate agent. When in fact she is also the mistress of one. He pays her $5000/ month to be his whore and she uses that as cache as a "job". He was also a part of the circle of rich Taiwanese business men that her ex-husbands were a part of, in fact they all probably know of each other.

Not only does she have her toes dipped in the old man money pool, she is also part of a circle of gold diggers and gigolos. In fact unknown to her last ex-husband's ex-wife, she had her closest gigolo friend spread rumors about her that she paid for sex.

Not only is she fake on the outside with all her sad plastic surgery, she is fake on the inside. She will lie through her teeth and enjoy the demise of the poor women she destroyed for her disgusting pleasure.

She will tell men, she mostly has men friends cause women are too jealous of her, but in fact most of these male friends where either men who paid for her to have sex with them or part of that gigolo click. Also, on her Face Book, men do not realize that she will play around with the public facing and private tab. So while the boyfriend or lover of the season may think she is posting to the world that they are a couple. In secret if she is trolling for a new man, she will hide the public facing side of the "couple" pics.

She also lies about "buying" a new home, when in fact the homes are usually places she is put up by men. For instance, the last town home she lived in

YANG_002127

YANG021627

was actually owned by her ex-husband. His first wife was also name Christine and he had many home purchased around the bay area with her name. So when she moved from his mansion in San Jose and downgraded into one of his town homes in Fremont, she ripped off a picture from Redfine of a home that was purchased in her neighborhood and then posted it and told her lovers she just purchased a home.

This is also the case after she was kicked out of that town home and was moved to somewhere in probably Newark. She posted a fake picture of having purchased a home there as well. Sad… just sad.

Her "motherly" images with her daughter is only for show. She never really cooked with her daughter until maybe a few years ago, as was blatantly obvious in the Thanksgivings pic. in 2016, with all the NEW products, and the idiot even said, Oh not bad for first time making pie.

For the most part her version of mothering, was having the men she sleeps with pay for lavish vacations for her daughter, or to buy her daughter expensive outfits from Burberry with the money gained by sleeping with men. (great role model)

Originality is definitely not her forte. Most of her picture poses are copied from either her friends, or people she follows online. She is also actually quite short, she uses the App Cymera, to stretch her legs out and give herself extra nip and tucks to look perfect.

Her sad attempts at interior design, from the pathetic flowers, cliche prints of books, to the

YANG_002128

YANG021628

luxury products she covets, and the really bad non-original drawings she does, all copied off of other Instagram and Face Book accounts.

So to sum it all up, there is a reason why a supposed "perfect" beautiful woman can't keep a man. It is like putting lipstick on a pig, no matter how you shellac a rotten facade, it is still a rotten facade, sad and empty. There is just nothing inside.

She tries desperately to sound educated by regurgitating things she hears on TV or online, but has no actual thought of her own and its quite boring. Her lack of any sort of normal skill such as cooking, much less holding a normal conversation that doesn't involve sex, FaceBook, shopping, or gossip.

It seems many know of this whore. Check out the chatter on this Chinese chat site. You can use Google Translate if you don't know Chinese.

https://www.gjczz.com/p/DmAXADRj/zhou-wu-xia-wu-xian-lai-wu-shi-ba-yi-ge-wang-hong-dan-qin-ma-ma/

She also goes by the name Annie Chang when she thinks too many people know her real name. , Cbaby_96, and Tinetine_96 are other handles she uses

**YANG_002129**

**YANG021629**

Ste88

Stefen88@yahoo.com

103.105.165.201

I been with her many time. She not smart, but easy to have sex with when you give shopping. She is very very good in bed. She know many things. Only thing is no fun when she spend day on Facebook and text. She no have job and spend day watch beauty video, drama, and text men. All seems to be true on chat site. She very short girl, but she do funny thing on picture look long. She empty in head, but have good whole chest for fun.

Christine Yang of CaliforniaView Post37 37 comments

2018/05/16 at 11:44 pm

---

Dxioa

Dxioa@yahoo.com

103.105.165.92

Very true, very true, I too also see picture of her with other men last year. I do not think boyfriend knows.

I heard girl was very poor before she married first old man. That is why she buys so much when she can get money from men. People who have poor mental have poor habits. Glutenous habit. The go crazy when buying things, especially when they want to get as much as they can from one man before moving on to next.

I have to agree, she is very sad girl. She like to pretend she is rich in things and life, but she really show she is empty in head and sad that she has no skills other than seducing and conning men out of money. I feel sad for daughter when she find out mom is hooker.

Christine Yang of CaliforniaView Post37 37 comments

2018/06/26 at 11:52 pm

**YANG_002130**

YANG021630

| Sophie | This is so very funny. I hadn't checked on this since I replied to post, but yes it does seem like many people know of this disgusting whore. | Christine Yang of CaliforniaView Post 37 comments | 2018/07/24 at 1:12 am |
| sophie68@yahoo.com | | | |
| 2605:3e80:1800:10::424 | | | |

This is so very funny. I hadn't checked on this since I replied to post, but yes it does seem like many people know of this disgusting whore.

I find it funny someone ask what she does for work on that Chinese chat site and on her recent post with her sad drawing of some living room she hash tag it "enjoymywork". I almost died laughing. Obviously she is reading all this talk about her.

We all know her "enjoymywork" is having sex for money. Of course she does. She can not possibly think copying some interior image from a magazine is actually what an interior designer does? Or putting silly little tiffany boxes all around the house, or sad photos of books on the walls equals interior design.

Hey idiot, if you are reading this, interior designing actually requires skills, such as an actual sense of creativity that doesn't involve ripping off people online, CAD, actual design programs, understanding codes and regulations, actually understanding how to solve problems, and first and fore most actual WORK that doesn't involve opening up your legs and mouth for money. Something you could have found out after a few minutes of looking things up on the internet, but oh… but that isn't something your tiny little brain can comprehend can it? Nah your delicate little fingers can only do things like post selfies and troll other people for ideas on how to life a "beautifullife" haha.

What a colossal moron, the other thing that makes me laugh is her sketching skills. I find it

YANG_002131

YANG021631

very apropros that she chose herself as the first subject of her drawing. Take narcissism to a new height. And god… really? The marker work and the shading style, yet again ripped off from people online.

Sad just sad… give it up empty little silicone girl. Just go back to posting half naked pictures of your silicone tits, your redone face, and your materialistic travel, purses, and jewlerly you get from the men you do for money, and call it

a day. Why try to pretend to be able to do anything else?

Its just laughable!

YANG_002132

YANG021632

1  **KRONENBERGER ROSENFELD, LLP**

2  Karl S. Kronenberger (CA Bar No. 226112)
   Jeffrey M. Rosenfeld (CA Bar No. 222187)

3  150 Post Street, Suite 520
   San Francisco, CA 94108

4  Telephone: (415) 955-1155
   Facsimile: (415) 955-1158

5  karl@KRInternetLaw.com
   jeff@KRInternetLaw.com

6

7  Attorneys for Plaintiff
   Tzuhsin Yang

8

9

10

11

12                    **SUPERIOR COURT OF CALIFORNIA**
                        **COUNTY OF SAN FRANCISCO**
13                          **UNLIMITED CIVIL**

14

15  **TZUHSIN YANG**, an individual,          Case No. CGC-18-570963

16          Plaintiff,                        **DISCOVERY**

17      v.

18  **JULIA KIM,** an individual, and         **DECLARATION OF CUSTODIAN**
                                              **OF RECORDS [CAL. EVID. CODE**
19  **JOHN DOES 2–20**,                       **§ 1561(a)]**

20          Defendants.

21

22

23

24

25

26

27

28

Case No. CGC-18-570963                        **DECL. OF CUSTODIAN OF RECORDS**

1    I, the undersigned, certify and declare as follows:

2    1.    I am over the age of eighteen years, and I am not a party to this action. I have

3    personal knowledge of each fact stated in this declaration.

4    2.    My business address is  4802 E. Ray Rd. #23-271, Phoenix, AZ, 85044.

5    My occupation is  Attorney.

6    2.    I am the duly authorized custodian of records for  Relic Agency, Inc.

7    ("Company") and have authority to certify the Company's records as stated herein.

8    3.    Plaintiff served a subpoena on Company requesting records, which is

9    attached hereto.

10    4.    I produced a true and correct copy of record(s) on file with Company, as

11    requested by the subpoena, to Plaintiffs' representative on  November 16, 2018 , and

12    which are attached hereto.

13    5.    The records were prepared by Company personnel in the ordinary course of

14    business duties at or near the time of the events recorded.

15    6.    The produced records are:

16    [XX] All available requested records; or

17    [  ] Specific records:_____

18    and reason for withholding:_____

19    7.    The records were retrieved from  Relic Agency, Inc. computer system.

20    I declare under penalty of perjury under the laws of the State of California that the

21    foregoing is true and correct. Executed at the place and on the date stated below.

22

23    By: _____

24    Name:  David S. Gingras

25    Date:  May 23, 2019

    Location:  Phoenix, Arizona

26

27

28

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

YANG007760

**SUBP-010**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Karl S. Kronenberger (226112); Jeffrey M. Rosenfeld (222187)<br>150 Post Street, Suite 520<br>San Francisco, CA 94108<br>TELEPHONE NO.: 415 955-1155    FAX NO.: 415-955-1158<br>E-MAIL ADDRESS: karl@KRInternetLaw.com<br>ATTORNEY FOR *(Name):* Plaintiff Tzuhsin Yang | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   San Francisco
STREET ADDRESS:    400 McAllister Street
MAILING ADDRESS:    400 McAllister Street
CITY AND ZIP CODE:    San Francisco 94102
BRANCH NAME:    Civic Center Courthouse

PLAINTIFF/PETITIONER: Tzuhsin Yang

DEFENDANT/RESPONDENT: John Does 1-20

| | |
|---|---|
| **DEPOSITION SUBPOENA**<br>**FOR PRODUCTION OF BUSINESS RECORDS** | CASE NUMBER:<br>CGC-18-570963 |

**THE PEOPLE OF THE STATE OF CALIFORNIA, TO** *(name, address, and telephone number of deponent, if known):*
<shesahomewrecker.com>

1. **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:**

To *(name of deposition officer):* Jeffrey M. Rosenfeld
On *(date)* : December 6, 2018    At *(time):* 5:00 p.m.
Location *(address):* 150 Post St., Suite 520, San Francisco, CA 94108

**Do not release the requested records to the deposition officer prior to the date and time stated above.**

a. ☐ by delivering a true, legible, and durable **copy** of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. ☑ by delivering a true, legible, and durable **copy** of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. ☐ by making the **original** business records described in item 3 available for inspection at your business address by the attorney's representative and permitting **copying** at your business address under reasonable conditions during normal business hours.

2. *The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.*

3. The records to be produced are described as follows *(if electronically stored information is demanded, the form or forms in which each type of information is to be produced may be specified):*
   See Attachment 3

   ☑ Continued on Attachment 3.

4. **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OR CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.**

Date issued: November 15, 2018

Jeffrey M. Rosenfeld
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PERSON ISSUING SUBPOENA)

Attorney for Plaintiff
_____
(Proof of service on reverse)    (TITLE)    Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUBP-010 [Rev. January 1, 2012] | **DEPOSITION SUBPOENA FOR PRODUCTION**<br>**OF BUSINESS RECORDS** | Code of Civil Procedure, §§ 2020.410–2020.440;<br>Government Code, § 68097.1<br>www.courts.ca.gov |

YANG007761

**SUBP-010**

| PLAINTIFF/PETITIONER: Tzuhsin Yang | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: John Does 1-20 | CGC-18-570963 |

## PROOF OF SERVICE OF DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS

1. I served this *Deposition Subpoena for Production of Business Records* by personally delivering a copy to the person served as follows:

   a. Person served *(name)*:

   b. Address where served:

   c. Date of delivery:

   d. Time of delivery:

   e. (1) ☐ Witness fees were paid.
      Amount: . . . . . . . . . . . . . . $ _____
      (2) ☐ Copying fees were paid.
      Amount: . . . . . . . . . . . . . . $ _____

   f. Fee for service: . . . . . . . . . . . . . . . . $ _____

2. I received this subpoena for service on *(date)*:

3. Person serving:
   a. ☐ Not a registered California process server.
   b. ☐ California sheriff or marshal.
   c. ☐ Registered California process server.
   d. ☐ Employee or independent contractor of a registered California process server.
   e. ☐ Exempt from registration under Business and Professions Code section 22350(b).
   f. ☐ Registered professional photocopier.
   g. ☐ Exempt from registration under Business and Professions Code section 22451.
   h. Name, address, telephone number, and, if applicable, county of registration and number:

**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ _____
              (SIGNATURE)

**(For California sheriff or marshal use only)**
**I certify** that the foregoing is true and correct.

Date:

▶ _____
              (SIGNATURE)

SUBP-010 [Rev. January 1, 2012]

**DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS**

**Page 2 of 2**

YANG007762

*Yang v. Does*                                                 Case No. CGC-18-570963

### **Attachment 3**

1.      Documents and electronically stored information containing, and/or that may lead to, the identification, personal information (including date of birth, gender, and mobile phone number), Internet Protocol ("IP") address(es), and/or contact information, including email address, of the party and/or parties involved with the publication of the following posts that appear on the website <shesahomewrecker.com>:

a)   https://shesahomewrecker.com/?p=87274

b)   https://shesahomewrecker.com/?p=59491.

*"Document(s)" shall mean all writings under Cal. Evid. Code §250 in whatever form or medium, including electronically stored information. The subpoena seeks documents within your possession, custody, or control. The subpoena specifically excludes any communications, contents of a user's private mail messages, or stored content files held or maintained on behalf of a user that are protected by the Stored Communications Act, 18 U.S.C. §2701, et seq.*

.

1

YANG007763



# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SAN FRANCISCO

# Document Scanning Lead Sheet

Nov-14-2018 12:07 pm

Case Number: CGC-18-570963

Filing Date: Nov-14-2018 12:05

Filed by: WILLIAM TRUPEK

Image: 06573351

ORDER

TZUHSIN YANG VS. JOHN DOES 1 TO 20

001C06573351

**Instructions:**
Please place this sheet on top of the document to be scanned.

YANG007764

**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com

Attorneys for Plaintiff
Tzuhsin Yang

**F I L E D**
San Francisco County Superior Court

NOV 1 4 2018

CLERK OF THE COURT
BY: _____
Deputy Clerk

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF SAN FRANCISCO**
**UNLIMITED CIVIL**

| | |
|---|---|
| **TZUHSIN YANG**, an individual, | Case No. CGC-18-570963 |
| Plaintiff, | |
| v. | **DISCOVERY** |
| | HK |
| **JOHN DOES 1–20**, | [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR EXPEDITED DISCOVERY AND RELATED ORDERS |
| Defendants. | |
| | Date:    November 14, 2018 |
| | Time:    11:00 a.m. |
| | Dept.:    302 |
| | |
| | Complaint Filed: October 30, 2018 |

Case No. CGC-18-570963

[~~PROP.~~] ORDER GRANTING PLAINTIFF'S EX PARTE APP. FOR EXPEDITED DISCOVERY

YANG007765

1   The Court, having reviewed and considered Plaintiff Tzuhsin Yang's ex parte

2   application for expedited discovery and related orders, the memorandum of points and

3   authorities and declarations in support thereof, the other related papers and pleadings on

4   file herein, and with good cause appearing therefore:

5   IT IS HEREBY ORDERED that Plaintiff's request for expedited discovery under

6   Code of Civil Procedure §2025.210(b) and related authorities is GRANTED.

7   IT IS FURTHER ORDERED that Plaintiff is permitted to engage in early discovery

8   for the limited purpose of identifying Defendants John Does 1–20, and Plaintiff may a)

9   serve the subpoenas attached as Exhibits H–N to the Declaration of Jeffrey M. Rosenfeld

10  ("Initial Subpoenas"); and b) serve subpoenas on any cable operator or telephone

11  corporation that is identified as the owner of an IP address used to publish the allegedly

12  defamatory statements.

13  IT IS FURTHER ORDERED that this order constitutes an order under 47 U.S.C.

14  §551(c), authorizing a cable operator that receives a subpoena from Plaintiff to disclose

15  personally identifiable information about its subscribers.

16  IT IS FURTHER ORDERED that this order constitutes an order under Cal. Public

17  Utilities Code §2894, authorizing a telephone corporation to disclose subscriber

18  information pursuant to a court order.

19  IT IS FURTHER ORDERED that because Plaintiff has exercised due diligence in

20  attempting to notify Defendants John Does 1–20 of this ex parte application, to the extent

21  any recipient of a subpoena authorized by this order is a telephone corporation which is a

22  public utility or otherwise possesses personal records subject to Code of Civil Procedure

23  §1985.3, the notice requirements of §1985.3 are hereby waived pursuant to §1985.3(h).

24

25  IT IS SO ORDERED this 14th day of November, 2018.

26

27  _____

28  Judge of the Superior Court
    San Francisco County
    HAROLD KAHN

Case No. CGC-18-570963                    1        [PROP.] ORDER GRANTING PLAINTIFF'S EX
                                                    PARTE APP. FOR EXPEDITED DISCOVERY

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

YANG007766



WordPress 4.9.8 is available! Please update now

An automated WordPress update has failed to complete - please attempt the update again now

## Edit Post  Add New

Christine Yang (Hu) -- Freemont, California

Permalink: http://shesahomewrecker.com/christine-yang-h...emont-california/  Edit

This girl named Christine Yang, also known as Christine Hu is a piece of Taiwanese garbage. She is roughly around 36 and has married 2 men both close to if not over 20 yrs. her senior. She has never worked a day of her life accept the oldest on in the book. (facebook.com/christine.yang.739) Money is her objective so when the first husband was about to call it quits, she got pregnant. Didn't matter, she was such a terrible mother she never got custody of her. Meanwhile she found her next target, a cross-dressing bisexual. He paid for her lifestyle so she put a blind eye to his BS, for 4 years, until she found a super rich old business tycoon from Taipei. She married his old saggy butt for the gifts and expensive trips he takes her on ( which is what she tells younger men she has sex with). While married.. or possibly still married to that guy, she is having sex with anything else that is married or single. Yes... she seduced even my husband. The only man I was with for 21 yrs. and 17 yrs. of marriage. The man I had 2 kids with that hated skanky girls like this one. Oh.. she played her innocent cards with him. He was introduced to her by her friend who... wanted some whores to entertain her business meeting and called her in to join in... and she lied saying that she actually worked in Realestate. ( I noticed around him she would wear very demure clothing.) Her last husband or is it still current? She lied so much to everyone... gave her a full body haul. Breast implants... you name it. She makes herself look like a little innocent Asian doll. Apparently she spends her days manipulating her FB posts so that her friends back in Taipei will be jealous of her.

So in order to do that, she chooses which guy will take her out on the most expensive dinner, hotel, or trip and then will post it on her FB page. My husband was an idiot enough to think she was a normal person and was "into" him. In the space of a year, granted it was on and off because she had other men to have sex with and get gifts from, he spent close to $30,000 on her on $1,200 a/night hotels and $500 Michelin dinners. This from a man that thought a $65 shirt was over the top. We are not rich by any means. I found out later, the girlfriend of the cross dresser found out how much her boyfriend spent on that whore and went ballistic. She said exactly what I said, which is, she bleeds men to death of their finances. She however, has ties to the Taiwanese community here and has been telling people about her. So why is she angry about a past girlfriend? Because this piece of work still keeps in contact with all the men she's slept with for "just incase" sex sessions and "just incase" financial needs if one money bags slips through her grasps. Which accounts for her on and off relationship with my husband. So any who, when I did the cross check of credit card bills, email histories, etc. against her FB posts. Basically the whore would get other dates and sex session inline while at hotels with other men and many times would go to the same hotels around the bay area with not only her husband, but the many different men she had been with. She has probably been to a good 70% of all the 5 star hotels around the WHOLE of the bay area, wine country, and Las Vegas. She is obsessed with her phone. So you will probably see her around Fremont, Santana Row San Jose, San Francisco, Palo Alto, Mountain View and Las Vegas taking selfies of herself or getting the poor schmuck she is screwing her to take her whoretastic pictures. Mean while how disgusting is this?

Her husband or ex...the Taiwanese Tycoon from Taipei, owns several homes around the Bay area. He demoted her from his mansion to one of his crappier homes in Fremont cause he found out she was sleeping around, but decided he invested enough in her to keep her as his side whore. Anyways, he has a large box of condoms at the house for his open house sex visits, and the whore actually walks around with them in her purse to use with other men!!! She is such an idiot, she thinks she is being coy by not posting pictures with men's faces, but in her

---

### Screen Options ▼   Help ▼

#### Publish ▲

Preview Changes

🔒 Status: Published Edit

👁 Visibility: Public Edit

🕒 Revisions: 4 Browse

📅 Published on: Sep 14, 2016 @ 09:48 Edit

Purge from cache

Move to Trash    **Update**

#### Categories ▲

All Categories | Most Used

- ☑ Women
- ☑ California
- ☐ Betrayed Wives Club
- ☐ Blog
- ☐ Cheaters
- ☐ Dear Ariella
- ☐ Dear Judge MW
- ☐ Hollywood Cheaters

+ Add New Category

#### Tags ▲

[                    ]  Add

Separate tags with commas

✖ front

Choose from the most used tags

#### Post Options ▲

- ☑ Remove image due to DMCA
- ☐ Remove image due to nudity
- ☐ Remove image due to legal request

Image Credit
[                    ]

Image Link URL
[                    ]

- ☐ Sponsored Post
- ☐ Created by Admin

#### Featured Image ▲

Set featured image

YANG007767



YANG007768

her days manipulating her FB posts so that her friends back in Taipei will be jealous of her. So in order to do that, she chooses which guy will take her out on the most expensive dinner, hotel, or trip and then will post it on her FB page. My husband was an idiot enough to think she was a normal person and was "into" him. In the space of a year, granted it was on and off because she had other men to have sex with and get gifts from, he spent close to $30,000 on her on $1,200 a/night hotels and $500 Michelin dinners. This from a man that thought a $65 shirt was over the top. We are not rich by any means. I found out later, the girlfriend of the cross dresser found out how much her boyfriend spent on that whore and went ballistic. She said exactly what I said, which is, she bleeds men to death of their finances. She however, has ties to the Taiwanese community here and has been telling people about her. So why is she angry about a past girlfriend? Because this piece of work still keeps in contact with all the men she's slept with for "just incase" sex sessions and "just incase" financial needs if one money bags slips through her grasps. Which accounts for her on and off relationship with my husband. So any who, when I did the cross check of credit card bills, email histories, etc. against her FB posts. Basically the whore would get other dates and sex session inline while at hotels with other men and many times would go to the same hotels around the bay area with not only her husband, but the many different men she had been with. She has probably been to a good 70% of all the 5 star hotels around the WHOLE of the bay area, wine country, and Las Vegas. She is obsessed with her phone. So you will probably see her around Fremont, Santana Row San Jose, San Francisco, Palo Alto, Mountain View and Las Vegas taking selfies of herself or getting the poor schmuck she is screwing her to take her whoretastic pictures. Mean while how disgusting is this? Her husband or ex..the Taiwanese Tycoon from Taipei, owns several homes around the Bay area. He demoted her from his mansion to one of his crappier homes in Fremont cause he found out she was sleeping around, but decided he invested enough in her to keep her as his side whore. Anyways, he has a large box of condoms at the house for his open house sex visits, and the whore actually walks around with them in her purse to use with other men!!! She is such an idiot, she thinks she is being coy by not posting pictures with men's faces, but in her "food" pics there are always arms, watches, phones, bellys, shirts, etc. caught and you can tell they are from different men. (At least 6 in just this past 9 months and that is without all her posts... as she will show and hide things all the time) What a disgusting piece of trash. I mean who does this? She who's father left his mother for another woman, who grew up with the pain of divorce and infidelity actually said to my husband she was fine that he was married and had two kids. She just wanted to have fun! She didn't care that she would destroy a relationship of over 20 yrs, much less 2 other kid's lives. SO SHE COULD HAVE FUN! While posting pictures of herself drappen on beds all around the Bay area, she posts pictures of herself with her daughter... with locations stamps!!! Who does that and opens up their FB to public? She should be thrown in jail for endangerment of a minor. So be careful ladies of the Bay area, she doesn't care if the men are married or old, as long as they pay for an expensive dinner and a nice hotel she'll gladly have sex with them because it is "FUN" and she can make her friend back home jealous. Check out her FB page and you'll know what I mean :





Publish

Preview Changes

Status: Published Edit

Visibility: Public Edit

Revisions: 4 Browse

Published on: Sep 14, 2016 @ 09:48 Edit

Purge from cache
Move to Trash                                    Update

Categories

+ Add New Category

Tags

Add

Separate tags with commas

ⓧ front

Choose from the most used tags

Post Options

☑ Remove image due to DMCA

☐ Remove image due to nudity

☐ Remove image due to legal request

Image Credit

Image Link URL

☐ Sponsored Post

☐ Created by Admin

Featured Image

Set featured image

YANG007769



facebook.com/christine.yang.739 By the way all these pictures are on her public facing page.

**Submitter's Name**
Very Hurt

**Submitter's Email**
christy@facebook.com

**Submitter's IP**
173.245.66.152

**Other IP**
185.93.231.6

**Device**
Mozilla/5.0 (Macintosh; Intel Mac OS X 10_10_5)
AppleWebKit/537.36 (KHTML, like Gecko)
Chrome/52.0.2743.116 Safari/537.36

**Language**
en-US,en;q=0.8

*Some data may be missing on submissions between 1/1/15 - 3/10/15*

**Debug Info**

```
                array(4) {
  ["id"]=>
  string(20) "submission_post_meta"
  ["title"]=>
  string(14) "Submitted Info"
  ["callback"]=>
  string(24) "submission_post_meta_box"
  ["args"]=>
  array(23) {
    ["submission_name"]=>
    string(9) "Very Hurt"
    ["submission_email"]=>
    string(20) "christy@facebook.com"
    ["submission_IP"]=>
    string(12) "185.93.231.6"
    ["submission_IP_forwarded_for"]=>
    string(14) "173.245.66.152"
    ["submission_date_time"]=>
    string(31) "September 12th 2016 03:30:12 PM"
    ["submission_device"]=>
    string(121) "Mozilla/5.0 (Macintosh; Intel Mac OS X 10_10_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/52.0.2743.116 Saf
    ["submission_city"]=>
    string(7) "Fremont"
    ["submission_subject"]=>
    string(19) "Christine Yang (Hu)"
    ["submission_title"]=>
    string(58) "Bay Area Narcassistic Taiwanese Gold Digging Whore"
    ["submission_content"]=>
    string(5402) "This girl named Christine Yang, also known as Christine Hu is a piece of
    ["submission_language"]=>
    string(14) "en-US,en;q=0.8"
    ["submission_photo_1"]=>
    NULL
    ["submission_photo_2"]=>
    NULL
    ["submission_photo_3"]=>
    NULL
    ["submission_photo_4"]=>
    NULL
    ["submission_photo_5"]=>
    NULL
    ["_edit_lock"]=>
    string(16) "1499243773:64675"
    ["_edit_last"]=>
    string(5) "64675"
    ["photos"]=>
    string(1) "0"
    ["_photos"]=>
    string(8) "field_15"
    ["_pingne"]=>
    string(1) "1"
    ["_enclosene"]=>
    string(1) "1"
```

**Publish**

Preview Changes

📍 Status: Published Edit

👁 Visibility: Public Edit

🕙 Revisions: 4 Browse

🗓 Published on: Sep 14, 2016 @ 09:48 Edit

**Purge from cache**
**Move to Trash**                    Update

**Categories**

☐ front

+ Add New Category

**Tags**

Add

*Separate tags with commas*

⊗ front

Choose from the most used tags

**Post Options**

☑ Remove image due to DMCA

Remove image due to right

☐ Remove image due to legal request

**Image Credit**

**Image Link URL**

☐ Sponsored Post

☐ Created by Admin

**Featured Image**

Set featured image

**Dashboard**
**Posts**
All Posts
Add New
Categories
Tags
Guide
Preview
Layout
Publisher
Categories
Item

**Media**
**Pages**
**Comments**
**Dictionary**
**Legal FAQS**
**Reports**
**Castings**

**Appearance**
**Plugins**
**Users**
**Tools**
**Settings**
**Legal**

Performance

**Collapse menu**

YANG007770

```
    ["submission_DMCA"]=>
    string(3) "yes"
  }
}
```

### Video

*Adding a video will replace the gallery and/or featured image, on the top of the post.*

YouTube URL

MP4 URL

### Photo Gallery

*Adding a gallery will replace the featured image, on the top of the post.*

Photo #1

[ Browse ]

Photo #2

[ Browse ]

Photo #3

[ Browse ]

Photo #4

[ Browse ]

Photo #5

[ Browse ]

### Revisions

Nik7, 2 years ago (September 14, 2016 @ 09:48:59)

Nik7, 2 years ago (September 14, 2016 @ 09:48:28) [Autosave]

Nik7, 2 years ago (September 13, 2016 @ 08:31:40)

, 2 years ago (September 12, 2016 @ 15:30:12)

### Comments

[ Add comment ]

No comments yet.

*Thank you for creating with WordPress.*

**Dashboard**

**Posts**

All Posts
Add New
Categories
Tag
Claim
Reviews
Private
Published
Scheduled
Trash

**Media**

**Pages**

**Comments** 77

**Dictionary**

**Legal FAQs**

**Reports**

**Castings**

**Appearance**

**Plugins** 1

**Users**

**Tools**

**Settings**

**Legal**

Performance

**Collapse menu**

### Publish

[ Preview Changes ]

⚲ Status: Published Edit

👁 Visibility: Public Edit

🕐 Revisions: 4 Browse

🗓 Published on: Sep 14, 2016 @ 09:48 Edit

Purge from cache

Move to Trash          [ Update ]

### Categories

+ Add New Category

### Tags

[                    ]  [ Add ]

*Separate tags with commas*

⊗ front

Choose from the most used tags

### Post Options

☑ Remove image due to DMCA

☐ Remove image due to nudity

☐ Remove image due to legal request

Image Credit

Image Link URL

☐ Sponsored Post

☐ Created by Admin

Get Version 4.9.8

### Featured Image

Set featured image

YANG007771



YANG007772



**Submitter's IP**
24.6.143.148

**Other IP**
192.88.134.6

**Device**
Mozilla/5.0 (Macintosh; Intel Mac OS X 10_10_5)
AppleWebKit/537.36 (KHTML, like Gecko)
Chrome/56.0.2924.87 Safari/537.36

**Language**
en-US,en;q=0.8

*Some data may be missing on submissions
between 1/1/15 – 3/10/15*

**Debug Info**

```
                array(4) {
 ["id"]=>
 string(20) "submission_post_meta"
 ["title"]=>
 string(14) "Submitted Info"
 ["callback"]=>
 string(24) "submission_post_meta_box"
 ["args"]=>
 array(23) {
   ["submission_name"]=>
   string(11) "Exboyfriend"
   ["submission_email"]=>
   string(17) "anon101@gmail.com"
   ["submission_IP"]=>
   string(12) "192.88.134.6"
   ["submission_IP_forwarded_for"]=>
   string(12) "24.6.143.148"
   ["submission_date_time"]=>
   string(30) "February 16th 2017 03:02:56 PM"
   ["submission_device"]=>
   string(120) "Mozilla/5.0 (Macintosh; Intel Mac OS X 10_10_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/56.0.2924.87 Safa
   ["submission_city"]=>
   string(7) "Fremont"
   ["submission_subject"]=>
   string(14) "Christine Yang"
   ["submission_title"]=>
   string(29) "Christy Baby / Christine Yang"
   ["submission_content"]=>
   string(793) "Here is her single's profile in Taiwan. She calls herself Christy Baby 96. Nasty, she uses the same name handle
   ["submission_language"]=>
   string(14) "en-US,en;q=0.8"
   ["submission_photo_1"]=>
   NULL
   ["submission_photo_2"]=>
   NULL
   ["submission_photo_3"]=>
   NULL
   ["submission_photo_4"]=>
   NULL
   ["submission_photo_5"]=>
   NULL
   ["_edit_lock"]=>
   string(16) "1534293351:82897"
   ["_edit_last"]=>
   string(5) "82897"
   ["_thumbnail_id"]=>
   string(5) "87277"
   ["photos"]=>
   string(1) "0"
   ["_photos"]=>
   string(8) "field_15"
   ["_pingme"]=>
   string(1) "1"
   ["_encloseme"]=>
   string(1) "1"
 }
}
```

**Featured Image**  ▲

*Click the image to edit or update*

**Remove featured image**

Video

YANG007773



YANG007774

```
############## * Google Confidential and Proprietary * ##############

GOOGLE SUBSCRIBER INFORMATION
Name: Peony Lin
e-Mail: peony.t.lin@gmail.com
Recovery e-Mail: lin_peony@yahoo.com
Created on: 2010/03/18-15:22:06-UTC
Terms of Service IP: 12.169.6.40, on 2010/03/18-15:22:06-UTC
SMS: +16102031933 [US]
Google Account ID: 88915938861
Last Logins: 2018/11/06-03:51:57-UTC, 2018/10/17-18:56:45-UTC


+------------------------+---------------------------------------+------
--+
| Time                   | IP Address                            | Type
|
+------------------------+---------------------------------------+------
--+
| 2018/11/06-03:51:57-UTC | 71.172.57.200                        | Login
|
| 2018/10/17-18:56:45-UTC | 72.225.148.162                       | Login
|
| 2018/10/09-01:17:45-UTC | 2604:2000:1002:9:41b0:e0ee:f360:dc88 | Login
|
| 2018/10/09-01:17:45-UTC | 72.225.148.162                       | Login
|
| 2018/10/09-01:17:44-UTC | 72.225.148.162                       | Login
|
| 2018/10/09-01:17:44-UTC | 72.225.148.162                       | Login
|
| 2018/10/09-00:58:53-UTC | 2604:2000:1002:9:41b0:e0ee:f360:dc88 | Login
|
| 2018/10/09-00:58:53-UTC | 2604:2000:1002:9:41b0:e0ee:f360:dc88 | Login
|
| 2018/10/09-00:58:49-UTC | 2604:2000:1002:9:41b0:e0ee:f360:dc88 |
Logout |
| 2018/09/30-00:17:56-UTC | 2604:2000:1002:9:5451:c768:6530:55c1 | Login
|
| 2018/09/30-00:12:53-UTC | 2604:2000:1002:9:5451:c768:6530:55c1 | Login
|
| 2018/09/28-19:36:58-UTC | 2604:2000:1002:9:a863:32b8:b184:65ab | Login
|
| 2018/09/28-19:36:27-UTC | 2604:2000:1002:9:a863:32b8:b184:65ab | Login
|
| 2018/07/16-17:15:36-UTC | 2604:2000:1002:b16:a4e1:fc72:e7f2:3012 | Login
|
| 2018/07/16-17:15:36-UTC | 2604:2000:1002:b16:a4e1:fc72:e7f2:3012 | Login
|
| 2018/07/16-17:15:36-UTC | 2604:2000:1002:b16:a4e1:fc72:e7f2:3012 | Login
|
| 2018/07/14-15:48:19-UTC | 2607:fb90:a76:553:910d:75a4:dca2:d41c | Login
|
| 2018/07/14-15:48:19-UTC | 2607:fb90:a76:553:910d:75a4:dca2:d41c | Login
|
```

YANG003548

```
| 2018/07/14-15:24:22-UTC | 2607:fb90:a76:553:910d:75a4:dca2:d41c  | Login
|
| 2018/07/14-15:24:22-UTC | 2607:fb90:a76:553:910d:75a4:dca2:d41c  | Login
|
| 2018/07/05-01:53:09-UTC | 2604:2000:1002:b16:61b3:d0cd:da5a:2dad | Login
|
| 2018/06/08-13:11:55-UTC | 220.136.64.167                         | Login
|
| 2018/06/08-13:11:55-UTC | 220.136.64.167                         | Login
|
| 2018/06/08-13:11:55-UTC | 220.136.64.167                         | Login
|
| 2018/06/08-13:11:55-UTC | 220.136.64.167                         | Login
|
| 2018/06/08-11:50:27-UTC | 60.244.124.125                         | Login
|
| 2018/06/08-11:50:27-UTC | 60.244.124.125                         | Login
|
| 2018/05/25-00:30:25-UTC | 2604:2000:1002:b16:999e:a67f:1eb9:e75  | Login
|
+------------------------+----------------------------------------+------
--+
```

############## * Google Confidential and Proprietary * ##############

YANG003549

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043



google-legal-support@google.com
www.google.com

December 12, 2018

***Via Email Only***
*jeff@krinternetlaw.com*

Jeffrey M. Rosenfeld
Kronenberger Rosenfeld, LLP
150 Post Street, Suite 520
San Francisco, California 94108
415-955-1155

      Re: ***Tzuhsin Yang v. John Does 1-20***, **Superior Court of California, County of San Francisco, CGC-18-570963 (Internal Ref. No. 2176295)**

Dear Jeffrey M. Rosenfeld:

      Pursuant to the subpoena issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Without waiving, and subject to its objections, Google hereby produces the attached documents. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq. By this response, Google does not waive any objection to further proceedings in this matter.

      We understand that you have requested customer information regarding the user account(s) specified in the subpoena, which includes the following information: (1) subscriber and recent login information for the Google Account PEONY.T.LIN@GMAIL.COM.

      Accompanying this letter is responsive information to the extent reasonably accessible from our system, a list of hash values corresponding to each file, and a signed Certificate of Authenticity. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values.

      Finally, Google requests reimbursement in the amount of $125 for reasonable costs incurred in processing your request. Please forward your payment to Google Custodian of Records, at the address above and please write the Internal Reference Number (2176295) on your check. The federal tax ID number for Google is 77-0493581.

                    Very truly yours,

                    Mattingly Messina
                    Legal Investigations Support

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043



google-legal-support@google.com
www.google.com

**Hash Values for Production Files (Internal Ref. No. 2176295)**

peony.t.lin.AccountInfo.txt:

MD5- c3379f99add4d0aee771e538e86d6202
SHA512-
55be62b06b18902ea6fdd08b0b8d29730deae6bace2d681ba14db854d04861024e1018a3d97966f7bfb274e
42407089595ce4b1ef7da5ab6db32212a2e460ab8

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043



google-legal-support@google.com
www.google.com

## CERTIFICATE OF AUTHENTICITY

I, Mattingly Messina, certify:

1. I am a Custodian of Records for Google LLC ("Google"), located in Mountain View, California. I am authorized to submit this Certificate of Authenticity on behalf of Google in response to a subpoena dated November 15, 2018 (Google LLC Internal Reference No. 2176295) in the matter of *Tzuhsin Yang v. John Does 1-20*. I have personal knowledge of the following facts and could testify competently thereto if called as a witness.

2. The accompanying file contains a true and correct copy of records pertaining to the email address PEONY.T.LIN@GMAIL.COM ("Document").

3. The documents attached hereto reflect records made and retained by Google. The records were made at or near the time the data was acquired, entered, or transmitted to or from Google; the records were kept in the course of a regularly conducted activity of Google; and the making of the records were a regular practice of that activity.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: December 12, 2018

Mattingly Messina, Custodian of Records for Google LLC



Jessica Hedgpeth
Paralegal

January 22, 2019

Jeffrey Rosenfeld
Kronenberger, Rosenfeld Internet Law
150 Post Street, Suite 520
San Francisco, CA 94108

**Re:** Charter Subscriber Information Request Dated 12/18/2018
**Charter Case ID:** 69211
**Your Reference ID:** 18-570963

Dear Jeffrey Rosenfeld,

Charter Communications, Inc., ("Charter") acknowledges receipt of the above referenced request for subscriber information. Pursuant to the specific obligations imposed by 18 U.S.C. §2703, this letter is to advise you that Charter investigated and was able to identify the attached information.

Charter's billing and customer records from which the above information is obtained are subject to human error and Charter cannot always guarantee the accuracy of such records. You should not rely solely on this information and should always independently corroborate the information Charter provides with other information you have concerning the identity of the individual.

We understand this satisfies Charter's obligations in this regard. If you would like to discuss this matter, please contact me at (314) 394-9756. When calling, please reference Charter case number 69211.

Respectfully,

Jessica Hedgpeth, Paralegal
jessica.hedgpeth@charter.com
www.charter.com/lea

YANG004313

**SUBSCRIBER RECORD**

| Target Details | 72.225.148.162, 10/17/2018 6:56:00 PM, GMT, +;<br>72.225.148.162, 10/9/2018 1:17:00 AM, GMT, +;<br>2604:2000:1002:9:41b0:e0ee:f360:dc88, 10/9/2018 1:17:00 AM, GMT, +;<br>2604:2000:1002:9:41b0:e0ee:f360:dc88, 10/9/2018 12:58:00 AM, GMT, +;<br>2604:2000:1002:9:5451:c768:6530:55c1, 9/30/2018 12:17:00 AM, GMT, +;<br>2604:2000:1002:9:5451:c768:6530:55c1, 9/30/2018 12:12:00 AM, GMT, +;<br>2604:2000:1002:9:a863:32b8:b184:65ab, 9/28/2018 7:36:00 PM, GMT, +;<br>2604:2000:1002:b16:a4e1:fc72:e7f2:3012, 7/16/2018 5:15:00 PM, GMT, +;<br>2604:2000:1002:b16:61b3:d0cd:da5a:2dad, 7/5/2018 1:53:00 AM, GMT, +;<br>2604:2000:1002:b16:999e:a67f:169:e75, 5/25/2018 12:30:00 AM, GMT, +; |
|---|---|



Account: 8150170010772244

**JIAYANG CHEN**

4 MAIN ST # 408
EDGEWATER, NJ 07020

Digital Ph(s)            None

Home Ph            (610)203-1933

Email            lin_peony@yahoo.com

| IP Type: | IPv4 address | Original Lease Start: | 9/3/2018 1:17:20 AM |
|---|---|---|---|
| IP Address: | 72.225.148.162 | Current Lease Start: | |
| MAC: | 20aa4b051588 | Lease End: | 10/30/2018 11:57:36 PM |
| CM MAC: | c0143de15a5c | | |
| IP Type: | V6_PD | Original Lease Start: | 9/3/2018 1:17:19 AM |
| IP Address: | 2604:2000:1002:9:0:0:0:0 | Current Lease Start: | 9/3/2018 1:17:19 AM |
| MAC: | 20aa4b051587 | Lease End: | 11/5/2018 12:18:10 AM |
| CM MAC: | c0143de15a5c | | |
| IP Type: | V6_PD | Original Lease Start: | 3/16/2018 12:34:01 PM |
| IP Address: | 2604:2000:1002:b16:0:0:0:0 | Current Lease Start: | 3/16/2018 12:34:01 PM |
| MAC: | 20aa4b051587 | Lease End: | 8/24/2018 6:13:04 AM |
| CM MAC: | c0143de15a5c | | |

STATE OF MISSOURI )

)

COUNTY OF ST. LOUIS )

AFFIDAVIT OF RECORDS CUSTODIAN CERTIFYING RECORDS

PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Jessica Hedgpeth, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

I am employed by Charter Communications, Inc., (Charter) and my title is Paralegal. Part of my job responsibilities is to review the records that Charter maintains relating to individual subscriber accounts to specific business records. I have reviewed the attached Charter records for 72.225.148.162, 10/17/2018 6:56:00 PM, GMT, +; 72.225.148.162, 10/9/2018 1:17:00 AM, GMT, +; 2604:2000:1002:9:41b0:e0ee:f360:dc88, 10/9/2018 1:17:00 AM, GMT, +; 2604:2000:1002:9:41b0:e0ee:f360:dc88, 10/9/2018 12:58:00 AM, GMT, +; 2604:2000:1002:9:5451:c768:6530:55c1, 9/30/2018 12:17:00 AM, GMT, +; 2604:2000:1002:9:5451:c768:6530:55c1, 9/30/2018 12:12:00 AM, GMT, +; 2604:2000:1002:9:a863:32b8:b184:65ab, 9/28/2018 7:36:00 PM, GMT, +; 2604:2000:1002:b16:a4e1:fc72:e7f2:3012, 7/16/2018 5:15:00 PM, GMT, +; 2604:2000:1002:b16:61b3:d0cd:da5a:2dad, 7/5/2018 1:53:00 AM, GMT, +; 2604:2000:1002:b16:999e:a67f:169:e75, 5/25/2018 12:30:00 AM, GMT, + in response to a lawful request dated 12/18/2018 and issued to Charter Communications.

I further state that:

1. All records attached to this certificate were made at or near the time of the occurrence of the activity;

2. These records are kept in the ordinary course of the regularly conducted business activity of Charter Communications and making such records is a regular practice of Charter Communications; and

3. These records were generated by Charter Communications by an electronic process or system that produces an accurate result.

FURTHER AFFIANT SAITH NOT.

01/22/2019

_____

Date

_____

Jessica Hedgpeth, Paralegal
Legal Response Operations Center
Charter Communications, Inc.
12405 Powerscourt Drive
St. Louis, Missouri 63131
jessica.hedgpeth@charter.com
www.charter.com/lea



Anya Oliver
LEROC Team Lead

July 15, 2019

Jeffrey Rosenfeld
Kronenberger Rosenfeld, LLP
150 Post Street, Suite 520
San Francisco, CA 94108

**Re:** Charter Records Request; *Subpoena* dated <u>April 19th, 2019</u>, ***Court Order*** Dated <u>*November 15th, 2018*</u>
**Charter Case ID:** 77896
**Case Information:** Yang v. Kim et al., Case Number 19CV349841

Dear Jeffrey Rosenfeld,

Charter Communications, Inc., ("Charter") acknowledges receipt of the above referenced request for subscriber information. Pursuant to the specific obligations imposed by 47 U.S.C. § 551(c) and (h), the Federal Cable Privacy Act, this letter is to advise you that Charter investigated and was able to identify the attached information.

Charter's billing and customer records from which the above information is obtained are subject to human error and Charter cannot always guarantee the accuracy of such records. You should not rely solely on this information and should always independently corroborate the information Charter provides with other information you have concerning the identity of the individual.

The subscriber information requested by the court order (previously served on Charter) is enclosed in this Packet. As such, it is Charter's understanding that the response constitutes compliance with said order, and deems moot the motion to compel and request for sanctions filed with the court. If you have any additional questions or concerns, please reach out to Mr. John Farmer, Vice President of Litigation at Charter Communications, at (314) 394-9885.

We understand this satisfies Charter's obligations in this regard. If you would like to discuss this matter, please contact me at (314) 394-9738. When calling, please reference the Charter case number listed above.

Respectfully,

Anya Oliver
Legal Response Operations Center Team Lead
leroc@charter.com
www.charter.com/lea

## __SUBSCRIBER RECORD__

| Target Details | 2604:2000:1002:9:e03b:d30e:332a:b4ed, 10/27/2018 1:13:00 AM, GMT |
|---|---|
| Subscriber Name: | JIAYANG CHEN |
| Subscriber Address: | 4 MAIN ST - 408, EDGEWATER, NJ 070201045 |
| Billing Address: | 3 SOMERSET LN APT 515, EDGEWATER NJ 07020-2423 |
| User Name or Features: | N/A |
| Phone number: | (610) 203-1933 |
| MAC Address: | c0143de15a5c |
| IP Lease Information: | Lease Start: 9/3/2018 1:17:19 AM<br>Lease End: 11/5/2018 12:18:10 AM |

| Target Details | 2604:2000:1002:b16:205c:3615:d288:b07a, 8/16/2018 2:07:00 AM, GMT<br>2604:2000:1002:22fd:191e:25b5:223a:e98d, 8/19/2018 3:01:00 PM, GMT<br>2604:2000:1002:9:a145:6319:105a:173a, 9/16/2018 3:28:00 AM, GMT<br>2604:2000:1002:9:5c37:95a2:2a52:ab35, 9/16/2018 10:42:00 PM, GMT<br>2604:2000:1002:9:34c8:e66c:64a2:70f, 9/20/2018 2:11:00 AM, GMT<br>2604:2000:1002:9:149e:ca66:2242:5760, 9/20/2018 2:04:00 PM, GMT<br>2604:2000:1002:9:4d16:2ad8:a6f7:e9c3, 10/7/2018 2:32:00 AM, GMT<br>2604:2000:1002:b16:44b2:21c1:e764:59fd, 7/30/2018 1:39:00 AM, GMT<br>2604:2000:1002:9:149e:ca66:2242:5760, 9/20/2018 2:00:00 PM, GMT<br>2604:2000:1002:9:6cdb:92b7:61b4:520f, 9/28/2018 7:22:00 PM, GMT<br>2604:2000:1002:9:fcf0:4c38:cb88:9ad9, 9/29/2018 3:05:00 AM, GMT |
|---|---|
| We are unable to retrieve any records responsive to targets listed above as the data is no longer available in accordance with our records retention policy. | |

YANG010165

STATE OF MISSOURI    )
                             )
COUNTY OF ST. LOUIS  )

### AFFIDAVIT OF RECORDS CUSTODIAN CERTIFYING RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Anya Oliver, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

I am employed by Charter Communications, Inc., (Charter) and my title is Legal Response Operations Center Team Lead. Part of my job responsibilities is to review the records that Charter maintains relating to individual subscriber accounts to specific business records. I have reviewed the attached Charter records for targets 2604:2000:1002:9:e03b:d30e:332a:b4ed, 10/27/2018 1:13:00 AM, GMT, 2604:2000:1002:b16:205c:3615:d288:b07a, 8/16/2018 2:07:00 AM, GMT, 2604:2000:1002:22fd:191e:25b5:223a:e98d, 8/19/2018 3:01:00 PM, GMT, 2604:2000:1002:9:a145:6319:105a:173a, 9/16/2018 3:28:00 AM, GMT, 2604:2000:1002:9:5c37:95a2:2a52:ab35, 9/16/2018 10:42:00 PM, GMT, 2604:2000:1002:9:34c8:e66c:64a2:70f, 9/20/2018 2:11:00 AM, GMT, 2604:2000:1002:9:149e:ca66:2242:5760, 9/20/2018 2:04:00 PM, GMT, 2604:2000:1002:9:4d16:2ad8:a6f7:e9c3, 10/7/2018 2:32:00 AM, GMT, 2604:2000:1002:b16:44b2:21c1:e764:59fd, 7/30/2018 1:39:00 AM, GMT, 2604:2000:1002:9:149e:ca66:2242:5760, 9/20/2018 2:00:00 PM, GMT 2604:2000:1002:9:6cdb:92b7:61b4:520f, 9/28/2018 7:22:00 PM, GMT, 2604:2000:1002:9:fcf0:4c38:cb88:9ad9, 9/29/2018 3:05:00 AM, GMT in response to a lawful request issued to Charter Communications.

I further state that:
1. All records attached to this certificate were made at or near the time of the occurrence of the activity;
2. These records are kept in the ordinary course of the regularly conducted business activity of Charter Communications and making such records is a regular practice of Charter Communications; and
3. These records were generated by Charter Communications by an electronic process or system that produces an accurate result.

FURTHER AFFIANT SAITH NOT.

July 15, 2019
_____
Date

                              _____
                              Anya Oliver,
                              Legal Response Operations Center Team Lead
                              Legal Response Operations Center
                              Charter Communications, Inc.
                              12405 Powerscourt Drive
                              St. Louis, Missouri 63131
                              Anya.Oliver@charter.com

YANG010166

```
############## * Google Confidential and Proprietary * ##############

GOOGLE SUBSCRIBER INFORMATION
Name: Peony Lin
e-Mail: peony.t.lin@gmail.com
Recovery e-Mail: lin_peony@yahoo.com
Created on: 2010/03/18-15:22:06-UTC
Terms of Service IP: 12.169.6.40, on 2010/03/18-15:22:06-UTC
SMS: +16102031933 [US]
Google Account ID: 88915938861
Last Logins: 2018/11/06-03:51:57-UTC, 2018/10/17-18:56:45-UTC


+------------------------+---------------------------------------+------
--+
| Time                   | IP Address                            | Type
|
+------------------------+---------------------------------------+------
--+
| 2018/11/06-03:51:57-UTC | 71.172.57.200                        | Login
|
| 2018/10/17-18:56:45-UTC | 72.225.148.162                       | Login
|
| 2018/10/09-01:17:45-UTC | 2604:2000:1002:9:41b0:e0ee:f360:dc88 | Login
|
| 2018/10/09-01:17:45-UTC | 72.225.148.162                       | Login
|
| 2018/10/09-01:17:44-UTC | 72.225.148.162                       | Login
|
| 2018/10/09-01:17:44-UTC | 72.225.148.162                       | Login
|
| 2018/10/09-00:58:53-UTC | 2604:2000:1002:9:41b0:e0ee:f360:dc88 | Login
|
| 2018/10/09-00:58:53-UTC | 2604:2000:1002:9:41b0:e0ee:f360:dc88 | Login
|
| 2018/10/09-00:58:49-UTC | 2604:2000:1002:9:41b0:e0ee:f360:dc88 |
Logout |
| 2018/09/30-00:17:56-UTC | 2604:2000:1002:9:5451:c768:6530:55c1 | Login
|
| 2018/09/30-00:12:53-UTC | 2604:2000:1002:9:5451:c768:6530:55c1 | Login
|
| 2018/09/28-19:36:58-UTC | 2604:2000:1002:9:a863:32b8:b184:65ab | Login
|
| 2018/09/28-19:36:27-UTC | 2604:2000:1002:9:a863:32b8:b184:65ab | Login
|
| 2018/07/16-17:15:36-UTC | 2604:2000:1002:b16:a4e1:fc72:e7f2:3012 | Login
|
| 2018/07/16-17:15:36-UTC | 2604:2000:1002:b16:a4e1:fc72:e7f2:3012 | Login
|
| 2018/07/16-17:15:36-UTC | 2604:2000:1002:b16:a4e1:fc72:e7f2:3012 | Login
|
| 2018/07/14-15:48:19-UTC | 2607:fb90:a76:553:910d:75a4:dca2:d41c | Login
|
| 2018/07/14-15:48:19-UTC | 2607:fb90:a76:553:910d:75a4:dca2:d41c | Login
|
```

YANG003548

```
| 2018/07/14-15:24:22-UTC | 2607:fb90:a76:553:910d:75a4:dca2:d41c  | Login
|
| 2018/07/14-15:24:22-UTC | 2607:fb90:a76:553:910d:75a4:dca2:d41c  | Login
|
| 2018/07/05-01:53:09-UTC | 2604:2000:1002:b16:61b3:d0cd:da5a:2dad | Login
|
| 2018/06/08-13:11:55-UTC | 220.136.64.167                         | Login
|
| 2018/06/08-13:11:55-UTC | 220.136.64.167                         | Login
|
| 2018/06/08-13:11:55-UTC | 220.136.64.167                         | Login
|
| 2018/06/08-13:11:55-UTC | 220.136.64.167                         | Login
|
| 2018/06/08-11:50:27-UTC | 60.244.124.125                         | Login
|
| 2018/06/08-11:50:27-UTC | 60.244.124.125                         | Login
|
| 2018/05/25-00:30:25-UTC | 2604:2000:1002:b16:999e:a67f:1eb9:e75  | Login
|
+------------------------+----------------------------------------+------
--+

############## * Google Confidential and Proprietary * ##############
```

YANG003549

| start_date | end_date | imei | msisdn | imsi | served_pdp_address |
|---|---|---|---|---|---|
| 7/14/2018 15:23 | 7/14/2018 15:49 | 35950008140335 | 16102031933 | 310260425342546 | 2607:FB90:0A76:0553:0000:0002:2040:A101 |

YANG007439

| data_session_duration | data_session_upload_size | data_session_downlink_size |
|---|---|---|
| 1568 | 914808 | 4407499 |

YANG007440

**Information Provided To:**

| | | |
|---|---|---|
| Agency: | Civil Attorney | |
| Requestor: | Jeffrey Rosenfeld | |
| Agent Address: | Kronenberger Rosenfeld, LLP | |
| Billing City, State, Zip: | San Francisco, CA 94108-0000 | |
| Provided On: | January 15, 2019 | |

# **T · ·Mobile·**

**Request Submission Response**

This is in response to the Subpoena, CGC-18-570963, dated December 18, 2018, which was served upon T-Mobile US, Inc. You have requested Information for the subscriber associated with MSISDN: 6102031933.

**Subscriber Details:**

| | |
|---|---|
| Subscriber Name | JIAYANG  CHEN |
| Subscriber Address | 4 MAIN ST UNIT 408, EDGEWATER, NJ 07020 USA |
| Subscriber Status | Active |
| Subscriber Name Effective Date | 10/20/2014 |

**Account Details:**

| | |
|---|---|
| Brand | TMUS |
| Activation Date | 10/20/2014 |
| Termination Date | |
| Account Name | JIAYANG  CHEN |
| Account No | 853263560 |
| Account Effective Date | 10/20/2014 |
| Account Expiration Date | |

**Device Details:**

| | |
|---|---|
| IMSI | 310260425342546 |
| MSISDN Expiration Date | |
| MSISDN Disconnect Reason | |
| MSISDN No | 6102031933 |
| MSISDN Status | Active |
| MSISDN Market | LAC |
| MSISDN Name | JIAYANG  CHEN |

YANG007441

| | |
|---|---|
| SIM | 8901260422753425463 |
| IMEI | 14089000790714 |
| Begin Service Date | 10/20/2014 |

**Billing Details:**

| | |
|---|---|
| Bill Name | JIAYANG  CHEN |
| Bill Birth Date | 08/30/1981 |
| Bill SSN | 614662025 |
| Bill Cycle | 10 |
| Bill Address | 4 MAIN ST UNIT 408, EDGEWATER, NJ 07020 USA |
| Company Name | CHEN |
| Rate Plan | FRLTULF2 |
| Rate Plan Desc | T-Mobile ONE |
| Contact 1 | |
| Contact 2 | 6261111111 |
| Coupon | |
| Last Refilled | |

**Ported Details:**

| | |
|---|---|
| Ported Carrier | Regular |

YANG007442