

www.trimprulaw.com

*Please Respond to the New Jersey Office*

December 2, 2020

**VIA ECF**

Hon. Edward S. Kiel, U.S.M.J.
United States District Court, District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, New Jersey 07102

>**Re: Yang, Tzuhsin v. Lin, Peony, et al.
>Civil Action No. 2:19-cv-08534-ES-MAH
>T&P File No.: 19-044**

Dear Magistrate Judge Kiel:

The parties filed a joint letter to the Court this date, which included several exhibits. However, Defendant's exhibits, Exhibits A through G were inadvertently included in Plaintiff's Exhibit #10. As such, for ease of reference and for clarity, I am refiling Defendant's exhibits herewith. Please also be advised that a hard copy of the letter and exhibits are being mailed to the Court this date.

I thank you for the Court's attention to this matter.

>Respectfully Submitted,
>**Trimboli & Prusinowski, LLC**
>
>s/*James T. Prusinowski*
>James T. Prusinowski, Esq.

Enclosures
c: All Counsel of Record (*via ECF*)