# EXHIBIT A

Re: NON-PRIVILEGED--Request for Consent for Withdrawal of Tommy Barczyk

**Christine Yang** <christyyang96@gmail.com>

Thu 1/7/2021 4:05 PM

**To:** Jeff Rosenfeld <jeff@krinternetlaw.com>
**Cc:** Leah Vulic <leah@krinternetlaw.com>; Iyah Turminini <Iyah@krinternetlaw.com>

Hi Jeff,

Yes, I consent to Tommy withdrawing as my counsel of record for this case.

Best,

Christine

On Thu, Jan 7, 2021 at 9:28 AM Jeff Rosenfeld <jeff@krinternetlaw.com> wrote:

> **THIS IS A NON-PRIVILEGED COMMUNICATION, WHICH MAY BE PUBLICLY FILED WITH THE COURT**
>
> Dear Christine,
>
> As we discussed, Tommy Barczyk is no longer associated with our firm. He has taken a position with a new law firm. As such, Tommy must file a motion with the Court asking for leave to let him withdraw as your counsel of record in *Yang v. Lin*, Case No.
>
> 2:19-cv-08534-ES-ESK (D.N.J.). As we discussed, both Jim Prusinowski and I will continue to represent you in this action after Tommy's withdrawal.
>
> Can you please let me know whether you consent to Tommy withdrawing as your counsel of record in this case?
>
> Please let me know if you would like to discuss this issue further.
>
> Best Regards,
>
> Jeff
>
> _____
>
> **Jeffrey M. Rosenfeld**,
>
> **PARTNER**
>
> **KRONENBERGER ROSENFELD, LLP**

150 Post Street, Ste 520 San Francisco, CA 94108
**Phone:** (415) 955-1155 Ext. 112

**Get vCard**   **LinkedIn**   **jeff@krinternetlaw.com**

**www.krinternetlaw.com**



Follow us

 

NOTICE: This email may contain material that is privileged, confidential, and/or attorney-client work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express written permission is strictly prohibited.  If you are not the intended recipient, please contact the sender at the above number and delete all copies.  Inadvertent waiver shall waive no privileges.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein (the foregoing paragraph has been affixed pursuant to U.S. Treasury Regulations governing tax practice).