# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

Joel G. MacMull, Esq., *Admitted Pro Hac Vice*
Brian M. Block, Esq.
**MANDELBAUM SALSBURG, P.C.**
3 Becker Farm Road
Roseland, New Jersey 07068
Tel. (973) 736-4600
jmacmull@lawfirm.ms
bblock@lawfirm.ms

*Attorneys for Defendant Peony Lin*

| | |
|---|---|
| TZUHSIN YANG a/k/a CHRISTINE YANG,<br><br>*Plaintiff,*<br><br>v.<br><br>PEONY LIN, an individual, and JANE DOE, an unknown individual,<br><br>*Defendants.* | Civil Action No.<br><br>19-cv-8534<br><br>**NOTICE OF MOTION OBJECTING TO THE ORDER OF THE HON. EDWARD S. KIEL, U.S.M.J. DATED SEPTEMBER 20, 2021**<br><br>**Motion Return Date:**<br>November 1, 2021 |

**PLEASE TAKE NOTICE** that the undersigned, counsel for defendant Peony Lin ("defendant") shall move before the Honorable Esther Salas, U.S.D.J., United States District Court, District of New Jersey, located at 50 Walnut Street, Newark, New Jersey 07101 on November 1, 2021, at 9:30 a.m. or as soon thereafter as counsel may be heard, for an order granting defendant's motion objecting to the order entered on September 20, 2021 (ECF No. 88) pursuant to Fed. R. Civ. P. 72 and L. Civ. R. 72.1(c)(1);

4821-1693-9773, v. 1

**PLEASE TAKE FURTHER NOTICE** that defendant will rely upon the Declaration of Brian M. Block, Esq. dated October 4, 2021, in support of the motion to and its accompanying exhibits as well as the memorandum of law in support of the motion submitted herewith. A proposed form of order granting the relief sought in the motion is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Respectfully,
**MANDELBAUM SALSBURG P.C.**


By: */s/ Brian M. Block*
      Brian M. Block
Joel G. MacMull
3 Becker Farm Road
Roseland, New Jersey 07068
Tel.: 973-736-4600
bblock@lawfirm.ms
jmacmull@lawfirm.ms

*Attorneys for Defendant Peony Lin*

Dated: October 4, 2021