**EXHIBIT A**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| TZUHSIN YANG a/k/a CHRISTINE YANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PEONY LIN, *et al.*,<br><br>　　　　Defendants. | Case No. 19–cv–08534–ES–ESK<br><br><br>ORDER |

　　**THIS MATTER** having come before the Court on the parties' joint letter of August 5, 2021 (ECF No. 83) concerning a discovery dispute relating to plaintiff's supplemental responses to defendant's interrogatories (Dispute); and the Court having held a settlement conference on August 16, 2021 (minute entry after ECF No. 85), following which the Court discussed the Dispute with the parties; and the parties not having resolved the Dispute; and for the reasons stated on the record at the telephone conference on September 20, 2021,

　　**IT IS** on this   **20th** day of **September 2021**   **ORDERED** that:

　　1.　Defendant's request to bar plaintiff's supplemental discovery responses (Supplemental Responses) is **DENIED**. Plaintiff is granted leave to file by **September 27, 2021** an amended complaint solely to add the five additional allegedly defamatory statements referenced in the Supplemental Responses.

　　2.　A telephone status conference is scheduled for **November 22, 2021 at 2:00 p.m.** before Magistrate Judge Edward S. Kiel. The dial in number is 1-888-684-8852 and the access code is 310-0383#. The parties shall file a joint letter, at least three business days before the conference advising of any issues to be addressed.

　　　　　　　　　　　　　　　　　　　　　 */s/ Edward S. Kiel*
　　　　　　　　　　　　　　　　　　　　　**EDWARD S. KIEL**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**