```
1            IN THE UNITED STATES DISTRICT COURT
2               FOR THE DISTRICT OF NEW JERSEY
3
4    - - - - - - - - - - - x
5    TZUHSIN YANG A/K/A        :
6    CHRISTINE YANG,           :
7          Plaintiff,          :
8       v.                     :  Civil Action No.
9    PEONY LIN, an             :  2:19-cv08534-ES-ESK
10   individual, and JANE      :
11   DOE, an unknown           :
12   individual,               :
13         Defendants.         :
14   - - - - - - - - - - - x
15              ** CONFIDENTIAL **
16            Remote Deposition of
17                  PEONY LIN
18           Friday, November 6, 2020
19                  12:12 p.m.
20
21
22   Job No.: 332038
23   Pages: 1 - 188
24   Reporter: DEBRA BOLLMAN FARFAN, RMR, CRR, CRC,
25           CA CSR NO. 11648
```

CONFIDENTIAL
Transcript of Peony Lin
Conducted on November 6, 2020

2

1    Videoconference Deposition of Peony Lin,
2 held remotely:
3
4
5
6
7
8
9
10   Pursuant to notice, before Debra Bollman
11 Farfan, Registered Merit Reporter, Certified
12 Realtime Reporter, CRC, and Certified Shorthand
13 Reporter No. 11648, in and for the State of
14 California.
15
16
17
18
19
20
21
22
23
24
25

```
 1                A P P E A R A N C E S

 2      ON BEHALF OF THE PLAINTIFF TZUHSIN YANG

 3   A/K/A CHRISTINE YANG:

 4           JEFF ROSENFELD, ESQUIRE

 5           KRONENBERGER ROSENFELD, LLP

 6           150 Post Street, Suite 520

 7           San Francisco, CA 94108

 8           Tel: 415-955-1155

 9           Jeff@krinternetlaw.com

10

11

12

13      ON BEHALF OF THE DEFENDANTS PEONY LIN, AN

14   INDIVIDUAL, AND JANE DOE, AN UNKNOWN

15   INDIVIDUAL:

16           JOEL G. MACMULL, ESQUIRE

17           MANDELBAUM SALSBURG, P.C.

18           3 Becker Farm Road

19           Roseland, New Jersey 07068

20           Tel. (973) 736-4600

21           Jmacmull@lawfirm.ms

22

23

24

25
```