## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

TZUHSIN YANG a/k/a
CHRISTINE YANG,

*Plaintiff,*

v.

PEONY LIN, an individual, and
JANE DOE, an unknown individual,

*Defendants.*

Civil Action No.

19-cv-8534-ES-ESK

**[PROPOSED] ORDER**

**THIS MATTER**, having been opened to the Court by Mandelbaum Salsburg P.C., attorneys for defendant Peony Lin ("Defendant"), by way of a motion objecting to the order of the magistrate judge under Fed. R. Civ. P.  72 and L. Civ. R. 72.1, on notice to Trimboli & Prusinowski LLC and Kronenberger Rosenfeld LLP, attorneys for plaintiff Tzuhsin Yang ("Plaintiff"); and the Court having considered all papers submitted and the oral argument of counsel, if any; and for good cause shown;

**IT IS** on this _____ day of _____, 2021, **ORDERED** as follows:

1.     Defendant's objections to the Magistrate Judge's Order dated September 20, 2021 (ECF No. 88) are hereby **SUSTAINED** and the Order is **OVERRULED**.

2.     Plaintiff's supplemental discovery responses are **BARRED** as untimely and the Amended Complaint (ECF No. 93-2) is hereby **STRICKEN**.  Plaintiff's operative pleading shall be the Complaint (ECF No. 1).

_____
Honorable Esther Salas, U.S.D.J.