UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TZUHSIN YANG a/k/a CHRISTINE YANG, *Plaintiff,* v. PEONY LIN, an individual, and JANE DOE, an unknown individual, *Defendants.* | Civil Action No. 19-cv-8534-ES-ESK **[PROPOSED] ORDER** |

The above matter having been opened to the Court by Mandelbaum Salsburg, P.C., attorneys for the defendant for the entry of an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing in its entirety the amended complaint (ECF Nos. 92 and 93) filed on behalf of plaintiff Tzuhsin Yang a/k/a Christine Yang ("Yang"), on notice to all counsel of record, and the Court having considered all papers submitted in opposition thereto, if any, and for good cause and the reasons stated in the record,

IT IS on this _____ day of _____, 2021,

**ORDERED** and **ADJUDGED** that defendant's motion for the entry of an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the amended complaint in its entirety filed by plaintiff Yang is hereby GRANTED on the basis that the amended complaint fails to state a claim on which relief can be granted.

_____
Hon. Esther Salas, U.S.D.J.