

**Brian Block, Counsel**
bblock@lawfirm.ms
973.243.7981 Direct

New Jersey • New York • Florida

3 Becker Farm Road
Roseland, New Jersey 07068
973.736.4600 Main
973.325.7467 Fax

570 Lexington Avenue, 21st Floor
New York, New York 10022
212.776.1834 Main
www.lawfirm.ms

October 22, 2021

**VIA ECF**

Hon. Esther Salas, U.S.D.J.
United States District Court, District Of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom 5A
Newark, New Jersey 07101

      **Re:** *Yang v. Peony Lin et al.*
           **Case No. 19-cv-8534 (ES) (MAH)**

Dear Judge Salas,

    We represent defendant Peony Lin ("Defendant") in the above-referenced matter. On October 4, 2021, Defendant filed an appeal from the decision of the Hon. Edward Kiel, U.S.M.J. dated September 20, 2021. (ECF 94). Included with that filing as Exhibit B was the transcript of the Magistrate Judge's decision on the matter now being appealed. (*See* ECF 94-4). We included this as an exhibit pursuant to L. Civ. R. 72.1(c)(1)(A), which requires Defendant to provide the Court with a transcript of the hearing which is the subject of the appeal.

    On October 18, 2021, the Clerk's Office removed Exhibit B from the docket pursuant to the district's transcript policy. Today, we contacted the Clerk's Office to determine how Defendant was to provide the transcript in compliance with the above-cited Local Rule. The Clerk's Office advised that, although it remains under seal at present, Your Honor has access to that transcript at ECF 90 and that Defendant need not separately provide the transcript.

    Accordingly, it is our understanding that Defendant has complied with L. Civ. R. 72.1(c)(1)(A) and the Court is in possession of the transcript. Should the Court have any questions, counsel is available at the Court's convenience.



       Respectfully submitted,

       */s/ Brian M. Block*

       Brian M. Block

Cc: All Counsel (*via* ECF)