Not for Publication

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TZUHSIN YANG a/k/a CHRISTINE YANG,<br><br>Plaintiff,<br><br>v.<br><br>PEONY LIN, *et al.*,<br><br>Defendants. | Civil Action No.: 19-8534 (ES) (ESK)<br><br>ORDER |

**SALAS, DISTRICT JUDGE**

      Before the Court is Defendant Peony Lin's appeal of the Honorable Edward S. Kiel's September 20, 2021 Order (D.E. No. 88), denying Defendant's request to bar Plaintiff Tzuhsin Yang a.k.a. Christine Yang's supplemental discovery responses and granting Plaintiff leave to file the Amended Complaint. (D.E. No. 94). Also before the Court is Defendant's motion to dismiss the Amended Complaint. (D.E. No. 98). Having considered the parties' submissions, the Court decides this matter without oral argument. *See* Fed. R. Civ. P. 78(b); L. Civ. R. 78.1(b). For the reasons set forth in an Opinion to follow,

      IT IS on this <u>30th</u> day of June 2022,

      **ORDERED** that the appeal (D.E. No. 94) is **DENIED**; and it is further

      **ORDERED** that Judge Kiel's September 20, 2021 Order (D.E. No. 88) is hereby **AFFIRMED**; and it is further

      **ORDERED** that the motion to dismiss (D.E. No. 98) is **DENIED**.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**
